AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

AMY ANAGNOS and THE ESTATE OF
THEODORE ANAGNOS, DECEASED

    Plaintiffs,
         V.

THOMAS HULTGREN, in his official
and personal capacities,
CHRISTOPHER FINNERAL, in his personal
and official capacities,
OFFICER JOHN DOE, in his personal
and official capacities, and
THE CITY OF LOWELL, MASSACHUSETTS,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)
THOMAS HULTGREN
c/o LOWELL POLICE DEPARTMENT
50 Arcand Drive
Lowell, MA 01852

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROLAND L. MILLIARD
Counsel for plaintiffs
1470 Lakeview Ave., Unit 5
Dracut, MA 01826
978-957-6799

DANIEL S. SHARP, PC
Co-counsel for plaintiffs
48 Locust Street
Marblehead, MA 01945
781-639-1862

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  7-27-04

℘AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

August 4, 2004

I hereby certify and return that on 8/3/2004 at 12:00PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner. To wit, by delivering in hand to SGT. O'KEEFE, agent, person in charge at the time of service for THOMAS HULTGREN, at , 50 ARLAND Drive, LOWELL POLICE DEPARTMENT Lowell, MA 01852. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($16.00) Total Charges $52.00.

Arthur Santos

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                    Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.