# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF MASSACHUSETTS

| | | |
|---|---|---|
| **ANDREW ANAGNOS** and ) | | C.A. NO. 04-11665-WGY |
| **IRENE ANAGNOS-HATGIS,** ) | | |
|     **Plaintiffs** ) | | |
| ) | | |
| **V.** ) | | |
| ) | | |
| **THOMAS HULTGREN,** in his official and ) | | |
| personal capacities, **CHRISTOPHER FINNERAL,** ) | | |
| in his personal and official capacities, **OFFICER** ) | | |
| **JOHN DOE,** in his personal and official capacities, ) | | |
| and **THE CITY OF LOWELL**, ) | | |
|     **Defendants** ) | | |

AND

| | | |
|---|---|---|
| **AMY ANAGNOS** and **THE ESTATE OF** ) | | C.A. NO. 04-11664-JLT |
| **THEODORE ANAGNOS, DECEASED,** ) | | |
|     **Plaintiffs** ) | | |
| ) | | |
| **V.** ) | | |
| ) | | |
| **THOMAS HULTGREN,** in his official and ) | | |
| personal capacities, **CHRISTOPHER FINNERAL,** ) | | |
| in his personal and official capacities, **OFFICER** ) | | |
| **JOHN DOE,** in his personal and official capacities, ) | | |
| and **THE CITY OF LOWELL**, MASSACHUSETTS ) | | |
|     **Defendants** ) | | |

## DEFENDANTS' MOTION TO CONSOLIDATE

Now come the Defendants in the above-entitled actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure praying that this Honorable Court will permit them to consolidate the above-entitled actions into a single action with the lead case number 04-CV-11665 WGY. As reason in support thereof, the Defendants state that the cases involve common questions of fact and law.

Federal Rule of Civil Procedure 42(a) states that "when actions involving a common question of law or fact are pending before the court, it may order ... all the actions consolidated." Id. These actions both allege, *inter alia*, the wrongful death Plaintiff Theodore Anagnos after a car chase by the defendant police officers. The facts and issues of law are related and need only be tried once, rather than twice as would be the result without consolidation.

Additionally, Judge Young in case number 04-CV-11665 WGY has already noticed a scheduling conference, whereas no judicial action or scheduling has occurred in 04-CV-11664 JLT. For this reason also, the defendants pray that the cases will be consolidated with the lead case number as 04-CV-11665 WGY. In addition, counsel for the Plaintiff have no objection to consolidation.

WHEREFORE, the Defendants pray that this Honorable Court will permit them to consolidate the above-cases into one with the lead case number 04-CV-11665 WGY.

Respectfully submitted,

| Defendants,<br>THOMAS HULTGREN,<br>CHRISTOPHER FINNERAL, | Defendant,<br>CITY OF LOWELL, |
|---|---|
| By their attorneys, | By its attorney, |
| /s Joseph W. Monahan, III<br>Joseph W. Monahan, III, Esq.<br>BBO# 351100<br>Thomas J. Freda, Esq.<br>BBO# 178150<br>Monahan & Padellaro<br>43 Thorndike Street<br>Cambridge, MA 02141-1714<br>(617) 494 - 1188<br>Fax: (617) 494 – 0433<br>Email: mplaw@bellatlantic.net | /s Kimberley A. McMahon<br>Kimberley A. McMahon<br>Assistant City Solicitor<br>BBO# 641398<br>City of Lowell, Law Department<br>375 Merrimack Street, 3RD Fl.<br>Lowell, MA 01852-5909<br>(978) 970-4050<br>Fax: (978) 453-1510<br>Email: kmcmahon@ci.lowell.ma.us |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served a copy of the foregoing Defendants' Motion to Consolidate upon all interested parties by mailing a letter, postage prepaid, containing a copy of the same, directed to:

Kirk Y. Griffin, Esq., 50 Staniford Street, Box 8090, Boston, MA 02114; Daniel S. Sharp, Esq., Daniel S. Sharp, P.C., 48 Locust Street, Marblehead, MA 01945; Roland L. Millard, Esq., 1470 Lakeview Avenue, Unit 5, Dracut, MA 01826, on October 5, 2004.

/s Kimberley A. McMahon
Kimberley A. McMahon, Assistant City Solicitor