UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANDREW ANAGNOS and<br>IRENE ANAGNOS-HATGIS,<br>    Plaintiffs | )<br>)<br>)<br>) | C.A. NO. 04-11665-WGY |
| V. | )<br>) | |
| THOMAS HULTGREN, in his official and<br>personal capacities, CHRISTOPHER FINNERAL,<br>in his personal and official capacities, OFFICER<br>JOHN DOE, in his personal and official capacities,<br>and THE CITY OF LOWELL,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) | |

AND

| | | |
|---|---|---|
| AMY ANAGNOS and THE ESTATE OF<br>THEODORE ANAGNOS, DECEASED,<br>    Plaintiffs | )<br>)<br>) | C.A. NO. 04-11664-JLT |
| V. | )<br>) | |
| THOMAS HULTGREN, in his official and<br>personal capacities, CHRISTOPHER FINNERAL,<br>in his personal and official capacities, OFFICER<br>JOHN DOE, in his personal and official capacities,<br>and THE CITY OF LOWELL, MASSACHUSETTS<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) | |

### DEFENDANTS' MOTION TO CONSOLIDATE

Now come the Defendants in the above-entitled actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure praying that this Honorable Court will permit them to consolidate the above-entitled actions into a single action with the lead case number 04-CV-11665 WGY. As reason in support thereof, the Defendants state that the cases involve common questions of fact and law.

Federal Rule of Civil Procedure 42(a) states that "when actions involving a common question of law or fact are pending before the court, it may order ... all the actions consolidated." Id. These actions both allege, *inter alia*, the wrongful death Plaintiff Theodore Anagnos after a car chase by the defendant police officers. The facts and issues of law are related and need only be tried once, rather than twice as would be the result without consolidation.

Additionally, Judge Young in case number 04-CV-11665 WGY has already noticed a scheduling conference, whereas no judicial action or scheduling has occurred in 04-CV-11664 JLT. For this reason also, the defendants pray that the cases will be consolidated with the lead case number as 04-CV-11665 WGY. In addition, counsel for the Plaintiff have no objection to consolidation.

WHEREFORE, the Defendants pray that this Honorable Court will permit them to consolidate the above-cases into one with the lead case number 04-CV-11665 WGY.

Respectfully submitted,

Defendants,
THOMAS HULTGREN,
CHRISTOPHER FINNERAL,

By their attorneys,

_____
Joseph W. Monahan, III, Esq.
BBO# 351100
Thomas J. Freda, Esq.
BBO# 178150
Monahan & Padellaro
43 Thorndike Street
Cambridge, MA 02141-1714
(617) 494 - 1188
Fax: (617) 494 – 0433
Email: mplaw@bellatlantic.net

Defendant,
CITY OF LOWELL,

By its attorney,

_____
Kimberley A. McMahon
Assistant City Solicitor
BBO# 641398
City of Lowell, Law Department
375 Merrimack Street, 3RD Fl.
Lowell, MA 01852-5909
(978) 970-4050
Fax: (978) 453-1510
Email: kmcmahon@ci.lowell.ma.us

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served a copy of the foregoing Defendants' Motion to Consolidate upon all interested parties by mailing a letter, postage prepaid, containing a copy of the same, directed to:

Kirk Y. Griffin, Esq., 50 Staniford Street, Box 8090, Boston, MA 02114; Daniel S. Sharp, Esq., Daniel S. Sharp, P.C., 48 Locust Street, Marblehead, MA 01945; Roland L. Millard, Esq., 1470 Lakeview Avenue, Unit 5, Dracut, MA 01826, Joseph W. Monahan III, Esq. and Thomas J. Freda, Esq., Monahan & Padellaro, 43 Thorndike Street, Cambridge MA 02141-1714, on October 5, 2004.

Kimberley A. McMahon, Assistant City Solicitor