UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMY ANAGNOS

      V                                CIVIL ACTION No. 04-11664  -JLT

THOMAS HULTGREW


DISCOVERY ORDER

TAURO,.J.:


On or before, 11/17/04  the parties shall have exchanged and reviewed (1) all  documents in accordance with Local Rule 26.2(A), and (2) sworn statements in accordance with Local Rule 26.1(B), and (3) a list of persons they wish to depose.  A list of the proposed deponents should be presented to the Court at the scheduling conference.

      In addition, the parties shall, without awaiting a discovery request, provide to other parties:

      (A) the name and, if known, the address and telephone number of each individual  likely to have discoverable information relevant to disputed facts alleged with particularity  in the pleadings, identifying the subjects of the information and
      (B) a copy of, or a description by category and location of, all documents, data compilations,   and tangible  things in the possession, custody, or control of the party that are relevant to disputed facts  alleged with particularity in the pleadings.

      No additional discovery shall take place without further order of the court.

      Counsel shall notify the court in writing, no less than (5) days prior to the   scheduled conference, of pending motions. Any motion not brought to the court's   attention (5) days prior to the scheduled conference will be deemed denied as  moot.

The court does not accept any letters requesting decision or action.  Any such request must be in the form of a motion.  Letters submitted for information purposes only must be addressed to Zita Lovett, Deputy Clerk.

      IT IS SO ORDERED.
11/03/04                                    By the Court,
                                        /s/     Zita Lovett,
                                    DEPUTY CLERK