UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANDREW ANAGNOS, IRENE ANAGNOS-HATGIS, AMY ANAGNOS, and THE ESTATE OF THEODORE ANAGNOS, DECEASED, | * * * * | |
| Plaintiffs, | * * | Civil Action No. 04-11664-JLT |
| v. | * * * | |
| THOMAS HULTGREN, in his official and personal capacities, CHRISTOPHER FINNERAL, in his official and personal capacities, OFFICER JOHN DOE, in his official and personal capacities, and THE CITY OF LOWELL, MASSACHUSETTS, | * * * * * * * | |
| Defendants. | * | |

ORDER

December 9, 2004

TAURO, J.

After a conference on December 7, 2004, this court hereby orders that:

1. The Parties shall comply with the Rule 26 Discovery Order forthwith;

2. Plaintiffs may depose Officer Thomas Hultgren, Officer Christopher Finneral, and the Supervising Officer in charge of Officer Hultgren and Finneral when the events concerning this action took place;

3. Defendants may depose Andrew Anagnos, Irene Anagnos-Hatgis, Amy Anagnos, Thomas Zazarra, and Steven Barnes;

4. Defendants will provide Plaintiffs with a copy of the internal investigation conducted by the State Police concerning the matters underlying this action, if such

       investigation was completed;

5.     The Parties shall complete all discovery by May 31, 2005;

6.     No additional discovery will be permitted without leave of this court; and

7.     A Further Conference is scheduled for June 7, 2005 at 10:00 a.m.

IT IS SO ORDERED.

                                                        /s/ Joseph L. Tauro  
                                          United States District Judge

Case 1:04-cv-11664-JLT    Document 16    Filed 12/09/2004    Page 2 of 2