UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
```
ANDREW ANAGNOS, IRENE ANAGNOS-     *    Civil Action No. 04-11664-JLT
HATGIS, AMY ANAGNOS and THE        *
ESTATE OF THEODORE ANAGNOS,        *
Deceased                           *
                                   *
              Plaintiffs           *
                                   *
       v.                          *
                                   *
THOMAS HULTGREN, in his official   *
and personal capacities;           *
CHRISTOPHER FINNERAL, in his       *
official and personal capacities,  *
OFFICER JOHN DOE, in his personal  *
and official capacities, THE       *
CITY OF LOWELL, MASSACHUSETTS,     *
                                   *
              Defendants           *
```
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL AS TO PLAINTIFFS
ANDREW ANAGNOS and IRENE ANAGNOS-HATGIS**

The plaintiffs Andrew Anagnos and Irene Anagnos-Hatgis in this action (previously consolidated with Docket No. 04-11665-WGY), hereby stipulate pursuant to the provisions of F.R.Civ.P. Rule 41(a) to the dismissal of their complaint with prejudice and without costs.

PLAINTIFF
ANDREW ANAGNOS and
IRENE ANAGNOS-HATGIS
By their attorney,

*[signature]*

Kirk Y. Griffin (BBO 211720)
50 Staniford Street
Boston, MA 02114

617.367.0966

PLAINTIFF
AMY ANAGNOS and THE ESTATE
OF THEODORE ANAGNOS, DECEASED
By their attorneys,

*[signature]*

Daniel S. Sharp (BBO 565524)
DANIEL S. SHARP P.C.
196 Atlantic Avenue
Marblehead, MA 01945

781.639.1862

*[signature]*

Roland L. Milliard (BBO 559361)
1470 Lakeview Avenue (Suite 5)
Dracut, MA 01826

978.957.6799

DEFENDANTS
THOMAS HULTGREN and
CHRISTOPHER FINNERAL
By their attorneys,

*[signature]*

Joseph W. Monahan, III (BBO 351100)
Thomas J. Freda (BBO 178150)
MONAHAN & PADELLARO
43 Thorndike Street
Cambridge, MA 02141-1714

617.494.1188

DATED: March 23, 2005

DEFENDANT CITY OF LOWELL
By its attorney,

*[signature]*

Kimberley A. McMahon (BBO 641938)
City of Lowell Law Department
375 Merrimack Street (3rd Floor)
Lowell, MA 01852-5909

978.970.4050

**CERTIFICATE OF SERVICE**

    I, Kirk Y. Griffin, do hereby certify that on March 23, 2005, I caused to be delivered by postage prepaid first class a copy of the within pleading to counsel of record indicated below:

    Daniel S. Sharp, Esquire
    DANIEL S. SHARP P.C.
    196 Atlantic Avenue
    Marblehead, MA 01945


    Roland L. Milliard, Esquire
    1470 Lakeview Avenue (Suite 5)
    Dracut, MA 01826


    Kimberley A. McMahon, Esquire
    City of Lowell Law Department
    375 Merrimack Street (3rd Floor)
    Lowell, MA 01852-5909


    Joseph W. Monahan, III, Esquire
    MONAHAN & PADELLARO
    43 Thorndike Street
    Cambridge, MA 02141-1714

                                          Kirk Y. Griffin