# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS and THE ESTATE OF ) <br> THEODORE ANAGNOS, DECEASED, ) <br>    Plaintiffs ) <br> ) <br> V. ) <br> ) <br> THOMAS HULTGREN, in his official and ) <br> personal capacities, CHRISTOPHER FINNERAL, ) <br> in his personal and official capacities, OFFICER ) <br> JOHN DOE, in his personal and official capacities, ) <br> and THE CITY OF LOWELL, MASSACHUSETTS ) <br>    Defendants ) | C.A. NO. 04-11664-JLT |

## DEFENDANT, CITY OF LOWELL'S MOTION FOR ORDER GRANTING ACCESS TO PLAINTIFF'S CRIMINAL OFFENDER RECORD INFORMATION

The Defendant, City of Lowell ("the City") moves this Court for an Order allowing the City to obtain from the state's Criminal Justice and Correctional Agencies, Criminal Offender Record Information ("CORI") relating to the Plaintiff, Amy Anagnos, d.o.b. ▇▇▇, social security number ▇▇▇▇▇▇.

The Court should allow the City access to the requested "CORI" information so that the City may determine what information exists relating to the Plaintiff's criminal records, in order to prepare an adequate cross-examination of the Plaintiff and to test the credibility of the Plaintiff's testimony in the above matter.

The CHSB has established a General Grant of access for such information known as the "Attorney of Record Certification" pursuant to 806 C.M.R. 4.02. This authorization provides that "[a]ttorneys of record may receive CORI in civil litigation for witness impeachment or trial strategy purposes. This general grant of access requires an approved motion from the court."

<u>Strong v. American Drug Stores Inc.</u>, 2002 WL 221028 *2 (Mass. Super.); see also <u>Schuurman v. Town of North Reading</u>. 139 F.R. p. 276 (D.Mass. 1991).

Counsel for Defendant, City of Lowell certifies that the information contained in Plaintiff's CORI Reports will not be released to any person not directly involved in this action (except to the extent that the Court determines any such information is admissible at trial) and will not use that information except as described in this motion.

For all the foregoing reasons, the Defendant, City of Lowell, requests that the Court enter an order directing the CHSB (or any other governmental agency possessing criminal offender record information) to release CORI Reports for Plaintiff Amy Anagnos.

A prepared form of Order has been attached.

May 26, 2005.                                **CITY OF LOWELL, DEFENDANT**

/s Kimberley A. McMahon
Assistant City Solicitor
BBO # 641398
City of Lowell Law Department
375 Merrimack Street 3rd Fl
Lowell MA 01852-5909
(978) 970-4050
FAX (978) 453-1510

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was served upon Roland Milliard, Esq., 1470 Lakeview Avenue, Unit 5, Dracut MA 01826, Daniel S. Sharp, Esq., 48 Locust St., Marblehead MA 01945, and Thomas J. Freda, Esq., MONAHAN & PADELLARO, 43 Thorndike St., Cambridge MA 02141-1714, via first-class mail on May 26, 2005.

/s/ Kimberley A. McMahon
Assistant City Solicitor