UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS and THE ESTATE OF ) <br> THEODORE ANAGNOS, DECEASED, ) <br>     **Plaintiffs** ) <br> ) <br> V. ) <br> ) <br> THOMAS HULTGREN, in his official and ) <br> personal capacities, CHRISTOPHER FINNERAL, ) <br> in his personal and official capacities, OFFICER ) <br> JOHN DOE, in his personal and official capacities, ) <br> and THE CITY OF LOWELL, MASSACHUSETTS ) <br>     **Defendants** ) | C.A. NO. 04-11664-JLT |

**ORDER**

Defendant, City of Lowell's Motion for an Order granting access to criminal offender record information concerning the Plaintiff, Amy Anagnos, is hereby allowed.

Any governmental agency possessing criminal offender record information concerning the Plaintiff, Amy Anagnos, d.o.b. ▮▮▮▮, social security number ▮▮▮▮▮▮▮, shall release the information to Attorney Kimberley A. McMahon or her appointed agent upon presentation of this Order.

By the Court:

_____

Date: _____