UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS and THE ESTATE OF ) <br> THEODORE ANAGNOS, DECEASED, ) <br>     Plaintiffs ) <br> ) <br> V. ) <br> ) <br> THOMAS HULTGREN, in his official and ) <br> personal capacities, CHRISTOPHER FINNERAL, ) <br> in his personal and official capacities, OFFICER ) <br> JOHN DOE, in his personal and official capacities, ) <br> and THE CITY OF LOWELL, MASSACHUSETTS ) <br>     Defendants ) | C.A. NO. 04-11664-JLT |

**AFFIDAVIT IN SUPPORT OF MOTION FOR PLAINTIFF'S CORI RECORDS**

I, Kimberley A. McMahon, hereby swear and depose the following:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts with offices at City of Lowell Law Department, City Hall, 375 Merrimack Street, 3rd Fl., Lowell MA 01852-5909.

2. I represent the Defendant, City of Lowell in the above action.

3. I have requested CORI information on the Plaintiff. I will use the CORI for trial strategy or trial witness impeachment purposes only.

4. I will not otherwise disclose the CORI to unauthorized persons as required by Massachusetts General Law Chapter 6, §§167-178 and 803 C.M.R. 1 – 6.03.

Signed under the pains and penalties of perjury this 26th day of May 2005.

                                    /s Kimberley A. McMahon
                                    Assistant City Solicitor
                                    BBO # 641398
                                    City of Lowell Law Department
                                    375 Merrimack Street 3rd Fl
                                    Lowell MA 01852-5909
                                    (978) 970-4050
                                    FAX (978) 453-1510