UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS and THE ESTATE OF THEODORE ANAGNOS, DECEASED,<br>　　Plaintiffs<br><br>V.<br><br>THOMAS HULTGREN, in his official and personal capacities, CHRISTOPHER FINNERAL, in his personal and official capacities, OFFICER JOHN DOE, in his personal and official capacities, and THE CITY OF LOWELL, MASSACHUSETTS<br>　　Defendants | C.A. NO. 04-11664-JLT |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(2)

　　I hereby certify that I have conferred with all counsel of record prior to filing the attached Motion.

May 26, 2005　　　　　　　　　　　　　　CITY OF LOWELL, DEFENDANT


　　　　　　　　　　　　　　　　　　　　/s Kimberley A. McMahon
　　　　　　　　　　　　　　　　　　　　Assistant City Solicitor
　　　　　　　　　　　　　　　　　　　　BBO # 641398
　　　　　　　　　　　　　　　　　　　　City of Lowell Law Department
　　　　　　　　　　　　　　　　　　　　375 Merrimack Street 3rd Fl
　　　　　　　　　　　　　　　　　　　　Lowell MA 01852-5909
　　　　　　　　　　　　　　　　　　　　(978) 970-4050
　　　　　　　　　　　　　　　　　　　　FAX (978) 453-1510