Case 1:04-cv-11664-JLT     Document 18-5     Filed 05/26/2005     Page 1 of 2

May 26, 2005

Ms. Zita Lovett, Courtroom Clerk
Judge Joseph L. Tauro
United States District Court
One Courthouse Way
Boston MA 02210

Re:   Amy Anagnos, et al.
Vs:   City of Lowell, et al.
      C.A. No. 04-11664-JLT

Dear Ms. Lovett:

Enclosed for docketing and filing please find:

1. Defendant, City of Lowell's Motion For Order Granting Access to Plaintiffs' Criminal Offender Record Information;
2. proposed Order;
3. Affidavit in Support of Motion for Plaintiff's CORI Records; and
4. Certificate of Compliance with Local Rule 7.1(2).

Thank you for your attention to this matter.

Very truly yours,


/s Kimberley A. McMahon
Assistant City Solicitor

KAM:mfa

Encs.

cc:   Roland Milliard, Esq.
      Daniel S. Sharp, Esq.
      Thomas J. Freda, Esq.