UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS and THE ESTATE OF ) <br> THEODORE ANAGNOS, DECEASED, ) <br>   Plaintiffs ) <br> ) <br> V. ) <br> ) <br> THOMAS HULTGREN, in his official and ) <br> personal capacities, CHRISTOPHER FINNERAL, ) <br> in his personal and official capacities, OFFICER ) <br> JOHN DOE, in his personal and official capacities, ) <br> and THE CITY OF LOWELL, MASSACHUSETTS ) <br>   Defendants ) | C.A. NO. 04-11664-JLT |

### JOINT MOTION TO CONTINUE JUNE 16, 2005 FURTHER CONFERENCE

Now come the parties in the above-captioned matter and respectfully request that the Court reschedule the Further Conference currently scheduled form June 16, 2005 at 10:45 A.M., before Judge Joseph L. Tauro.

As grounds therefor, the parties state the following:

1. On June 13, 2005, counsel for Defendant, City of Lowell and counsel for Defendants Hultgren and Finneral will be commencing trial in Middlesex Superior Court in the matter of Kanu, et al. v. City of Lowell, et al., MICV1999-04537L. See pp. 1, 4, 7 and 8 of Middlesex Superior Court's docket, attached as Exhibit "A".[1] It is anticipated that said trial will continue for at least two weeks.

2. Pursuant to the local rules of the United States District Court for the District of Massachusetts, "when counsel have engagement conflicts with respect to cases pending in the Massachusetts Superior Court and the United States District Court for the District of Massachusetts….Trials shall take precedence over all other hearings." See Local Rule 40.2(D) and 40.2(D)(1), a copy of which is attached hereto as Exhibit "B".

---

[1] Exhibits A & B will be attached to the courtesy copy filed with the Court via mail on June 10, 2005.

3. While conferring with counsel for Plaintiffs, Attorney Roland Milliard, pursuant to L.R. 7.1(2), Attorney Milliard informed counsel for Defendant, City of Lowell that Attorney Daniel Sharp, co-counsel for Plaintiffs in this matter, will also be on trial on June 13, 2005.

For the foregoing reasons, the parties respectfully request that this Honorable Court reschedule the Further Conference currently scheduled for June 16, 2005.

June 10, 2005                                                                 Respectfully submitted:

AMY ANAGNOS, et al, PLAINTIFFS

/s Roland Milliard
Roland Milliard, Esq.
1470 Lakeview Ave., Unit 5
Dracut, MA  01826
(978) 957-6799
FAX (978) 957-5322
Daniel S. Sharp, Esq.
48 Locust Street
Marblehead MA 01945
(781) 639-1862

CITY OF LOWELL, DEFENDANT                    THOMAS HULTGREN and
                                             CHRISTOPHER FINNERAL,


/s Kimberley A. McMahon                      /s  Thomas J. Freda
Assistant City Solicitor                     BBO #178150
BBO #641398                                  MONAHAN & PADELLARO
City of Lowell Law Department                43 Thorndike Street
375 Merrimack Street, 3rd fl.                Cambridge MA 02141-1714
Lowell MA 01852-5909                         (617) 494-1188
(978) 970-4050                               FAX (617) 494-0433
Fax (978) 453-1510

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was served upon Roland Milliard, Esq., 1470 Lakeview Avenue, Unit 5, Dracut MA 01826, Daniel S. Sharp, Esq., 48 Locust St., Marblehead MA 01945, and Thomas J. Freda, Esq., MONAHAN & PADELLARO, 43 Thorndike St., Cambridge MA 02141-1714, via first-class mail on June 10, 2005.

/s Kimberley A. McMahon
Kimberley A. McMahon, Assistant City Solicitor