UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW ANAGNOS, IRENE ANAGNOS-HATGIS, AMY ANAGNOS, and THE ESTATE OF THEODORE ANAGNOS, DECEASED,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THOMAS HULTGREN, in his official and personal capacities, CHRISTOPHER FINNERAL, in his official and personal capacities, OFFICER JOHN DOE, in his official and personal capacities, and THE CITY OF LOWELL, MASSACHUSETTS,<br><br>　　　　　Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*    Civil Action No. 04-11664-JLT |

ORDER

July 26, 2005

TAURO, J.

1. <u>Defendant, City of Lowell's Motion for Order Granting Access to Plaintiff's Criminal Offender Record Information</u> [#18] is ALLOWED as follows:

    a. The Criminal History Systems Board shall release to counsel of record, Attorney Kimberley A. McMahon, Criminal Offender Record Information relating to Amy Anagnos (d.o.b. 1/10/71), which may be used for witness impeachment or trial strategy purposes.

    IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge