UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS, and THE ESTATE OF THEODORE ANAGNOS, DECEASED,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS HULTGREN, in his official and personal capacities, CHRISTOPHER FINNERAL, in his official and personal capacities, OFFICER JOHN DOE, in his official and personal capacities, and THE CITY OF LOWELL, MASSACHUSETTS,<br><br>Defendants. | Civil Action No. 04-11664-JLT |

ORDER

September 14, 2005

TAURO, J.

After a conference on September 14, 2004, this court hereby orders that:

1. The Parties shall comply with the Rule 26 Discovery Order by October 14, 2005;

2. Plaintiffs may depose Officer Thomas Hultgren, Officer Christopher Finneral, and the Supervising Officer in charge of Officer Hultgren and Finneral when the events concerning this action took place;

3. Defendants may complete the deposition of Amy Anagnos;

4. All abovementioned depositions must be completed by December 30, 2005;

5. No additional discovery will be permitted without leave of this court; and

6. A Further Conference is scheduled for January 10, 2006 at 10:00 a.m.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge