UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS and THE ESTATE OF THEODORE ANAGNOS, DECEASED, <br> Plaintiffs <br><br> v. <br><br> THOMAS HULTGREN, in his official and Personal capacities, CHRISTOPHER FINNERAL, In his personal and official capacities, OFFICER JOHN DOE, in his personal and official capacities, And THE CITY OF LOWELL, MASSACHUSETTS <br> Defendants | C.A. No. 04-11664-JLT |

## MOTION TO TAKE DEPOSITIONS OF CHRISTOPHER FINNERAL AND THOMAS HULTGREN AFTER DISCOVERY DEADLINE

NOW COME THE Plaintiffs, by and through undersigned counsel, and respectfully move this honorable court for leave to take the depositions of the Defendants Finneral and Hultgren on February 6, 2006 and February 15, 2006, and as grounds therefore state:

1. Defendants City of Lowell and the Defendants to be deposed have no objection to the Motion;

2. Prior attempts to schedule the depositions were unsuccessful due to trial schedules, vacations, holiday plans, and illness. The depositions have to be co-

Roland L. Milliard
Pilgrim Place
1470 Lakeview Ave.
Suite 5
Dracut, MA 01826
Tel. (978) 957-6799
Fax (978) 957-5322
BBO# 559361

ordinated through the schedules of four attorneys and the two Defendants, who are active duty police officers.

3. The Defendants gave extensive testimony at the criminal trial of this matter. Transcripts of the testimony have been obtained by the Plaintiffs and copies provided to the Defendants. None of the counsel of record in this matter participated in or attended the criminal trial. Both sides would like the opportunity to conduct depositions in light of these facts.

4. Counsel for Defendants Finneral and Hultgren has indicated that he intends to move for summary judgment after the depositions with respect to the federal claims in this matter. He has Plaintiffs' responses to Discovery and only needs the record testimony of his clients at the deposition to complete the Memorandum in Support of the Motion.

5. Undersigned counsel has conferred with all counsel of record and all join in this Motion.

//s// Roland L. Milliard
Roland L. Milliard
BBO # 559361
1470 Lakeview Ave. #5
Dracut, MA 01826
(978) 957-6799

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon Kimberley A. McMahon, Esq., City of Lowell Law Department, 375 Merrimack

Roland L. Milliard
Pilgrim Place
1470 Lakeview Ave.
Suite 5
Dracut, MA 01826
Tel. (978) 957-6799
Fax (978) 957-5322
BBO# 559361

Street, 3rd Floor, Lowell, MA 01852, Daniel S. Sharp, Esq., 48 Locust St., Marblehead, MA 01945, and Thomas Y. Freda, Esq., Monahan & Padellaro, 43 Thorndike St, Cambridge, MA 02141, via first-class mail on January 20, 2006, as well as e-mail.

//s//Roland L. Milliard<br>
Roland L. Milliard

Roland L. Milliard
Pilgrim Place
1470 Lakeview Ave.
Suite 5
Dracut, MA 01826
Tel. (978) 957-6799
Fax (978) 957-5322
BBO# 559361