UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMY ANAGNOS, and THE ESTATE OF THEODORE ANAGNOS, DECEASED, | * * * | |
| Plaintiffs, | * * | Civil Action No. 04-11664-JLT |
| v. | * * | |
| THOMAS HULTGREN, in his official and personal capacities, CHRISTOPHER FINNERAL, in his official and personal capacities, OFFICER JOHN DOE, in his official and personal capacities, and THE CITY OF LOWELL, MASSACHUSETTS, | * * * * * * | |
| Defendants. | * * | |

ORDER

January 25, 2006

TAURO, J.

After a conference on January 25, 2006 this court hereby orders that:

1. Plaintiffs' Motion to Take Depositions of Christopher Finneral and Thomas Hultgren after Discovery Deadline [#24] is ALLOWED.

2. A Further Conference is scheduled for March 15, 2006, at 10:00 a.m.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　　　United States District Judge