UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS and THE ESTATE OF THEODORE ANAGNOS, DECEASED,<br>    Plaintiffs<br><br>V.<br><br>THOMAS HULTGREN, in his official and personal capacities, CHRISTOPHER FINNERAL, in his personal and official capacities, OFFICER JOHN DOE, in his personal and official capacities, and THE CITY OF LOWELL, MASSACHUSETTS<br>    Defendants | C.A. NO. 04-11664-JLT |

### DEFENDANT CITY OF LOWELL'S MOTION FOR ORDER GRANTING ACCESS TO CRIMINAL OFFENDER RECORD INFORMATION ON THOMAS ZAZZARA

In compliance with the Policy of the Judicial Conference of the United States and the E-Government Act of 2002, the City of Lowell hereby electronically files this redacted copy of its Motion to be replaced by a complete copy of said Motion sent via first-class mail to the Office of the Civil Clerk, United States District Court, One Courthouse Way, Boston MA 02210-3002 on February 9, 2006. Said completed paper copy of said Motion includes personal information redacted from this electronically filed copy.

The Defendant, City of Lowell ("the City") moves this Court for an Order allowing the City to obtain from the state's Criminal Justice and Correctional Agencies, Criminal Offender Record Information ("CORI") relating to Thomas Zazzara, Date of Birth xx/xx/1956, Social Security Number xxx-xx-8307.

The Court should allow the City access to the requested "CORI" information so that the City may determine what information exists relating to Thomas Zazzara's criminal records, in

order to prepare an adequate cross-examination of Thomas Zazzara and to test the credibility of his testimony in the above-captioned matter.

The Criminal History Systems Board ("CHSB") has established a General Grant of access for such information known as the "Attorney of Record Certification" pursuant to 806 C.M.R. 4.02. This authorization provides that "[a]ttorneys of record may receive CORI in civil litigation for witness impeachment or trial strategy purposes. This general grant of access requires an approved motion from the court." Strong v. American Drug Stores Inc., 2002 WL 221028 *2 (Mass. Super.); see also Schuurman v. Town of North Reading. 139 F.R. p. 276 (D.Mass. 1991).

Counsel for Defendant, City of Lowell certifies that the information contained in Thomas Zazzara's CORI Reports will not be released to any person not directly involved in this action (except to the extent that the Court determines any such information is admissible at trial) and will not use that information except as described in this motion.

For all the foregoing reasons, the Defendant, City of Lowell, requests that the Court enter an order directing the CHSB (or any other governmental agency possessing criminal offender record information) to release CORI Reports for Thomas Zazzara.

A prepared form of Order has been attached.

February 10, 2006                                **CITY OF LOWELL, DEFENDANT**

/s Kimberley A. McMahon
Kimberley A. McMahon, Assistant City Solicitor
BBO # 641398
City of Lowell Law Department
375 Merrimack Street, 3rd Fl.
Lowell MA 01852-5909
(978) 970-4050
FAX (978) 453-1510

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(2)**

I hereby certify that I have conferred with all counsel of record prior to filing the Motion For Order Granting Access To Criminal Offender Record Information On Thomas Zazzara.

/s Kimberley A. McMahon
Kimberley A. McMahon, Assistant City Solicitor

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the Completed Copy of the foregoing document was served on all counsel of record, via first-class mail, on February 10, 2006.

/s Kimberley A. McMahon
Kimberley A. McMahon, Assistant City Solicitor