UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AMY ANAGNOS** and **THE ESTATE OF THEODORE ANAGNOS, DECEASED,**    **Plaintiffs** | ) ) ) ) |
| **V.** | ) ) |
| **THOMAS HULTGREN,** in his official and personal capacities, **CHRISTOPHER FINNERAL,** in his personal and official capacities, **OFFICER JOHN DOE,** in his personal and official capacities, and **THE CITY OF LOWELL**, **MASSACHUSETTS**    **Defendants** | ) ) ) ) ) ) |

C.A. NO. 04-11664-JLT

## (PROPOSED) ORDER

In compliance with the Policy of the Judicial Conference of the United States and the E-Government Act of 2002, the City of Lowell hereby files this redacted copy of the proposed Order to be replaced by complete copy of said proposed Order sent via first-class mail to the Office of the Civil Clerk, United States District Court, One Courthouse Way, Boston MA 02210-3002 on February 9, 2006. The completed paper copy of said proposed Order includes personal information redacted from this electronically filed copy.

Defendant, City of Lowell's Motion for an Order granting access to criminal offender record information concerning Thomas Zazzara, Date of Birth xx/xx/1956, Social Security Number xxx-xx-8307, is hereby allowed.

Any governmental agency possessing criminal offender record information

2

concerning Thomas Zazzara, Date of Birth xx/xx/1956, Social Security Number xxx-xx-8307, shall release the information to Attorney Kimberley A. McMahon or her appointed agent upon presentation of this Order.

        By the Court:

        _____

        Date: _____