UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **AMY ANAGNOS** and **THE ESTATE OF THEODORE ANAGNOS, DECEASED,**<br>   Plaintiffs | )<br>)<br>)<br>) | C.A. NO. 04-11664-JLT |
| **V.** | )<br>) | |
| **THOMAS HULTGREN,** in his official and personal capacities, **CHRISTOPHER FINNERAL,** in his personal and official capacities, **OFFICER JOHN DOE,** in his personal and official capacities, and **THE CITY OF LOWELL**, **MASSACHUSETTS**<br>   Defendants | )<br>)<br>)<br>)<br>)<br>) | |

### AFFIDAVIT IN SUPPORT OF DEFENDANT CITY OF LOWELL'S MOTION FOR ORDER GRANTING ACCESS TO CRIMINAL OFFENDER RECORD INFORMATION ON THOMAS ZAZZARA

I, Kimberley A. McMahon, hereby swear and depose the following:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts with offices at City of Lowell Law Department, City Hall, 375 Merrimack Street, 3rd Fl., Lowell MA 01852-5909.

2. I represent the Defendant, City of Lowell in the above action.

3. I have requested CORI information on Thomas Zazzara and I will use the CORI for trial strategy or trial witness impeachment purposes only.

4. I will not otherwise disclose the CORI to unauthorized persons as required by Massachusetts General Law Chapter 6, §§167-178 and 803 C.M.R. 1 – 6.03.

Signed under the pains and penalties of perjury this 10th day of February, 2006.

/s Kimberley A. McMahon
Kimberley A. McMahon, Assistant City Solicitor
BBO # 641398
City of Lowell Law Department
375 Merrimack Street 3rd Fl.
Lowell MA 01852-5909
(978) 970-4050
FAX (978) 453-1510