IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF MASSACHUSETTS

AMY ANAGNOS and THE ESTATE OF
THEODORE ANAGNOS,

       Plaintiffs,

v                                         Case No: 04-11664-JLT

THOMAS HULTGREN, in his official
and personal capacities,
CHRISTOPHER FINNERAL, in his personal
and official capacities,
OFFICER JOHN DOE, in his personal
and official capacities, and
THE CITY OF LOWELL, MASSACHUSETTS,

       Defendants.

----------------------------------

| | |
|---|---|
| ROLAND L. MILLIARD | DANIEL S. SHARP, PC |
| Counsel for plaintiffs | Co-counsel for plaintiffs |
| 1470 Lakeview Avenue, Unit 5 | 48 Locust Street |
| Dracut, MA  01826 | Marblehead, MA  01945 |
| 978-957-6799 | 781-639-1862 |

Attorney Christine O'Connor
City Solicitor
City Hall, Law Department
375 Merrimack Street, RM. 51
Lowell, MA  01852-5986
978-970-4050

_____

STATEMENT OF NO OPPOSITION
TO CITY'S REQUEST FOR AN ORDER TO
<u>PRODUCE CORI RECORDS</u>

      The plaintiffs appear through their counsel to state that the plaintiffs do not oppose the

motion filed by the City for an order to obtain the CORI records of Thomas Zazzara.

The plaintiffs join the motion with a request that the Defendant-City be required to provide a copy of the CORI records to plaintiff's counsel.

                                           Respectfully Submitted,

                                          _____/s/ Daniel Sharp Sharp
                                          Daniel S. Sharp (BBO 565524)
                                          Attorney for
                                          48 Locust Street
                                          Marblehead, MA  01945
                                          781-639-1862

## CERTIFICATE OF SERVICE

The undersigned certifies that he/she caused a true copy of the document above to served upon all counsel of record via the court's e-filing system.

                                          _____/s/ Dan Sharp_____