UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS and THE ESTATE OF THEODORE ANAGNOS, DECEASED,<br>   Plaintiffs<br><br>v.<br><br>THOMAS HULTGREN, in his official and Personal capacities, CHRISTOPHER FINNERAL, In his personal and official capacities, OFFICER JOHN DOE, in his personal and official capacities, And THE CITY OF LOWELL, MASSACHUSETTS<br>   Defendants | C.A. No. 04-11664-JLT |

### STIPULATION OF DISMISSAL AS TO DEFENDANT THOMAS HULTGREN PURSUANT TO Fed R. Civ. Pro. 41 (a) (1) (ii)

NOW COME THE Plaintiffs, by and through undersigned counsel, and respectfully move this honorable court to dismiss this action as against Defendant Thomas Hultgren only, and as grounds therefore state that after the depositions of Defendants Finneral and Hultgren, the Plaintiffs believe there is no cause of action against Defendant Hultgren.

//s// Daniel Sharp

//s// Roland L. Milliard
Roland L. Milliard
BBO # 559361
1470 Lakeview Ave. #5
Dracut, MA 01826
(978) 957-6799

Defendants Assent:

//s// Thomas Y. Freda
Monahan & Padellaro
43 Thorndike Street
Cambridge, MA 02141

//s// Kimberley A. McMahon
Assistant City Solicitor
375 Merrimack Street, 3rd flr
Lowell, MA 01852

Roland L. Milliard
Pilgrim Place
1470 Lakeview Ave.
Suite 5
Dracut, MA 01826
Tel. (978) 957-6799
Fax (978) 957-5322
BBO# 559361