UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS, and THE ESTATE OF THEODORE ANAGNOS, DECEASED,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS HULTGREN, in his official and personal capacities, CHRISTOPHER FINNERAL, in his official and personal capacities, OFFICER JOHN DOE, in his official and personal capacities, and THE CITY OF LOWELL, MASSACHUSETTS,<br><br>Defendants. | Civil Action No. 04-11664-JLT |

ORDER

March 15, 2006

TAURO, J.

After a conference on March 15, 2006 this court hereby orders that:

1. Plaintiff may depose: (1) Joyce Towers;

2. Plaintiff has until March 31, 2006, to complete the abovementioned deposition; and

3. Trial will begin on May 30, 2006, at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge