UNITED STATES OF AMERICA
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW ANAGNOS and<br>IRENE ANAGNOS-HATGIS,<br>　　　　　**Plaintiffs**<br><br>vs.<br><br>THOMAS HULTGREN, in his official and personal capacities, CHRISTOPHER FINNERAL, in his official and personal capacities, OFFICER JOHN DOE, in his personal and official capacities, and the CITY OF LOWELL<br>　　　　　**Defendants** | **CASE NO: 04-11664 JLT**<br><br>**JOINT STATEMENT AND PROPOSED DISCOVERY SCHEDULE** |

Now come the parties and pursuant to the Scheduling Conference Order dated **November 3, 2004** submit the following proposed Joint Statement and Proposed Discovery Schedule.

**I.     Local Rule 16.1 Joint Statement**.

This matter is the lead case that was consolidated with civil action number **04-11665 WGY.**

This case is a Section 1983 action brought by the Decedent's Estate administrators as well as the parents of the Decedent.  The Decedent was killed during a police pursuit of one Thomas Zazarra in the City of Lowell.  Zazarra is not a party to this proceeding.  In addition to the Section 1983 action, the Plaintiff has filed claims for negligence against the various individual defendant police officers as well as the City of Lowell.

**II.     Proposed Discovery Plan and Pre-Trial Schedule**

The parties have agreed to the following discovery schedule:

1.  Discovery will be phased.  Discovery of the City during the first phase will be limited to interrogatories and requests for documents.  Discovery of the individual defendants will include interrogatories and requests for documents, as well as depositions.  Including the parties, and given the list of witnesses outlined in the automatic disclosures, it is anticipated that the Plaintiffs and the Defendants will require ten to fifteen depositions, not including the depositions of the parties themselves.

    2.    The first phase of discovery will end on September 29, 2005.

    3.    The parties further propose that any Motions for Summary Judgment be filed on or before November 30, 2005.

    4.    In the event that the case is not settled or resolved by decision on the motions , the parties would seek a status conference at which point the Court would schedule any remaining discovery and/or schedule the matter for Final Pre-Trial Conference and Trial.

**III.    Settlement**

    1.    Plaintiffs have made a settlement demand.

**IV    Agenda of Matters to Be Discussed.**

    1.    None

**V    Trial By Magistrate**

    1.    The parties do not consent to trial by magistrate.

**VI    Certifications**

    1.    The parties will submit separately certifications required by the Local Rules.

**Plaintiffs' Attorney**
**Anderew Anagnos**
**Irene Anagnos-Hatgis**

**"/s/ Kirk Y. Griffin"**
Kirk Y. Griffin, Esquire BBO #211720
50 Staniford Street
Box 8190
Boston, MA 02114
Tel: (617)367-0966
Fax: (617)367-6736
Email: lawyeratlarge@aol.com

**Plaintiffs' Attorneys**
**Amy Anagnos**
**The Estate of Theodore Anagnos**


**"/s/ Daniel S. Sharp"**
Daniel S. Sharp, Esquire, BBO#565524
**Daniel S. Sharp, P.C.**
48 Locust Street
Marblehead, MA 01945
Tel: (781) 639-1862
Fax:(781) 639-1771
Email: dansharp@sharplaw.biz


**"/s/ Roland L. Miliard"**
Roland L. Milliard, Esquire, BBO# 559361
1470 Lakeview Avenue, Unit 5
Dracut, MA 01826
Tel: (978) 957-6799
Fax: (978)957-5322
Email: attyrmilliard@hotmail.com


**Defendant – City of Lowell**


**"/s/ Kimberly McMahon"**
Kimberly McMahon, Asst. City Solictor, BBO#641398
City of Lowell, Law Department
375 Merrimack Street, Room 64
Lowell, MA  01852
Tel: (978) 970-4050
Fax:(978) 453-1510
Email: KmcMahon@ci.lowell.ma.us.


**Defendants**
**Thomas Hultgren**
**Christopher Finneral**

**"/s/ Thomas J. Freda"**
Thomas J. Freda, BBO#178150
**Monahan & Padellaro**
43 Thorndike Street
Cambridge, MA 02141
Tel: (617)494-1188
Fax:(617)494-0433
Email: bctf79@aol.com

Dated: December 6, 2004