UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS and THE ESTATE OF ) THEODORE ANAGNOS, DECEASED, )    Plaintiffs ) ) vs. ) ) THOMAS HULTGREN, in his official and ) personal capacities, CHRISTOPHER FINNERAL, ) in his personal and official capacities, OFFICER ) JOHN DOE, in his personal and official capacities, ) and THE CITY OF LOWELL, MASSACHUSETTS )    Defendants ) | C.A. NO. 04-11664-JLT |

**DEFENDANT CHRISTOPHER FINNERAL'S
MOTION FOR SUMMARY JUDGMENT**

Now comes the Defendant Christopher Finneral, and moves for summary judgment pursuant to **Fed. Rule of Civ. Pro. Rule 56** with regard to as much Count V of the Plaintiff's Complaint as it pertains to Defendants Finneral for violation of the Plaintiff's rights under the Fourteenth Amendment and (presumably) **42 U.S.C. §1983** and Counts I, (Wrongful Death under State Law), II (Conscious Pain and Suffering Under State Law), and III (Negligence and Negligent Infliction of Emotional Distress Caused by Defendant-Officers Under State Law).

    **I.    Claims Under Count V – Violation of the Fourteenth Amendment**

As grounds thereof, Finneral states that the undisputed facts in this case are that the Plaintiff cannot offer any evidence by which it can show that he (or anyone else) intended to injure Theodore Anagnos, the Decedent; Thomas Zazzara, the operator of the fleeing automobile; or Thomas Zazzara, or anyone else. Accordingly, under the U.S. Supreme Court's holding in ***County of Sacramento v. Lewis, 523 U.S. 833, 118 S.Ct. 1708, 1711-1712,*** the Plaintiff has no viable claim under **42 U.S.C. §1983,** the sole federal civil rights claim against Defendant Finneral. Finneral also refers this Court to the arguments as set forth in his Memorandum in Support of this Motion along with the Statement of Material Facts, Affidavits and Exhibits attached.

1

**II.     Claims Under Counts I, II and III – Negligence Claims against the Individual Officers**

With regard to the claims contained in Counts I, II and III, Finneral is immune from negligence claims personally pursuant to the provisions of ***M.G.L. c. 258, §2,*** an affirmative defense which he has asserted in this case.  (See Amended Answer of Defendants, Third Affirmative Defense).  Finneral also refers the Court to his arguments as set forth in his Memorandum in Support of this Motion along with the Statement of Material Facts, Affidavits and Exhibits attached.

Accordingly, Finneral requests that his Motion for Summary Judgment be allowed.

Defendant Finneral requests an oral hearing on this motion.

                                        Respectfully submitted
                                        By Defendant
                                        Christopher Finneral

                                        /s/"Thomas J. Freda"
                                        Thomas J. Freda , BBO #178150
                                        **Monahan & Padellaro**
                                        43 Thorndike Street
                                        Cambridge, MA  02141
Dated: April 11, 2006                Tel: (617)-494-1188