UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS and THE ESTATE OF THEODORE ANAGNOS, DECEASED,<br>   Plaintiffs<br><br>vs.<br><br>THOMAS HULTGREN, in his official and personal capacities, CHRISTOPHER FINNERAL, in his personal and official capacities, OFFICER JOHN DOE, in his personal and official capacities, and THE CITY OF LOWELL, MASSACHUSETTS<br>   Defendants | C.A. NO. 04-11664-JLT |

Affidavit of Thomas J. Freda

I, Thomas J. Freda, on oath depose and state as follows:

1. I am an attorney admitted to practice before the United States District Court and the Commonwealth of Massachusetts, currently in good standing before both jurisdictions.

2. I represent the Defendant, Christopher Finneral, in the above-entitled matter and am familiar with the pleadings, documents produced during discovery and other Exhibits in this matter.

3. The documents listed in this statement of material undisputed facts following this affidavit and attached hereto as exhibits are true and accurate copies of the documents described above. I have personal knowledge of all of these documents and so certify as to there genuineness.

4. These documents are submitted in support of Christopher Finneral's motion for summary judgment and is properly before the Court pursuant to Fed. R. Civ. P. 56(e) and Local Rule 56.1.

Subscribed and sworn to under the pains and penalties of perjury this 29th day of March, 2006.

/s/ Thomas J. Freda
Thomas J. Freda

**EXHIBIT 1**

6