UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS and THE ESTATE OF THEODORE ANAGNOS, DECEASED,<br>　　Plaintiffs<br><br>vs.<br><br>THOMAS HULTGREN, in his official and personal capacities, CHRISTOPHER FINNERAL, in his personal and official capacities, OFFICER JOHN DOE, in his personal and official capacities, and THE CITY OF LOWELL, MASSACHUSETTS<br>　　Defendants | C.A. NO. 04-11664-JLT<br><br><br><br><br>Affidavit of Christopher Finneral |

I, Christopher Finneral, on oath depose and state as follows:

1. I am a Defendant in the above-entitled matter;

2. I did not know Thomas Zazzara prior to July 31, 2001 and only learned about him after he had killed Theodore Anagnos.

3. I did not know Theodore Anagnos prior to July 31, 2001.

4. My intent in pursing Thomas Zazzara was to apprehend him because I believed he had committed a drug offense in my presence and also because I believed he had injured my partner, Thomas Hultgren when Officer Hultgren sought to stop him for the drug offense we had observed him commit.

5. I did not intend to harm Thomas Zazzara, only to apprehend a fleeing suspect. Mr. Zazzara, although having the opportunity to stop, on his own fled the area at a high rate of speed. I followed Mr. Zazzara while he traveled on City streets, endangering oncoming traffic.

6. I followed Mr. Zazzara for approximately 20 seconds, before I saw his vehicle strike Mr. Anagnos. During this pursuit, I did not intend to worsen anyone's legal plight.

7. After striking Mr. Anagnos, Mr. Zazzara continued in his vehicle to flee the area. He never came to a stop at the scene of the impact with Mr. Zazzara. I apprehended him when somewhere down the road, his vehicle no longer operating.

8. I adopt the two page statement I provided to the Lowell Police on August 2, 2001 as an accurate account of the events of July 31, 2001, a copy of which is attached.

Subscribed and sworn to under the pains and penalties of perjury this 29th day of March, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Christopher Finneral
　　　　　　　　　　　　　　　　　　　　　　　　　　Christopher Finneral

**EXHIBIT 2**

7

## LOWELL MA, POLICE DEPT
### VICTIM / WITNESS STATEMENT REPORT

**DATE:** August 2, 2001     **TIME:** 3:00 PM     **TEL:** 937-3242

**MY NAME IS:** Finneral, Christopher

**ADDRESS:** 50 Arcand Drive

**DOB:** 1/16/68     **COMPOSITE FORMED?** No

**OCCUPATION:** Police Officer     **AT:** Lowell Police Department
**I am making a voluntary statement to officer (s):** Lt. Powers, Lt. Buckley
**What is the highest School grade you attended:** College Degree in Criminal Justice
**Are you presently under doctors care?** Yes
**Are taking any medication?** No
**Have you been drinking alcoholic beverages?** No
**Have you recently used any form of controlled substances?** No

### Summary:

For several days I was assisting Tom Hultgren in an investigation of stolen Oxycontin and an armed robbery. The robbery occurred at the CVS on Bridge St. in Lowell. On 7/31/01 we continued with this investigation. As a result of information obtained, we had set up surveillance on 423 Textile Ave. in Dracut. The targets of this surveillance were John Smith, Allan Lewis, and Kim Lewis/Smith. During the course of the surveillance we were able to identify the previously mentioned targets and could see that all three parties were at the residence.

At some point during the early afternoon I could see a small red Toyota Camry pull onto the grass area of 423 Textile Ave. There were two occupants inside the car. John Smith approached the car and conducted a transaction with the passenger of the motor vehicle. Smith leaned into the passenger side of the motor vehicle and conducted a hand-to-hand transaction that was consistent with a drug transaction based on my training and experience. Smith then stepped away from the car and the car pulled a u-turn heading back into Lowell. Hultgren and I made a decision to follow the Camry. I believe the last two letters of the license plate were "PO". We followed this M/V into Lowell, back to Dracut, and then into Lowell again. The vehicle ended up entering the shopping plaza at 1200 Bridge St. Once inside the parking lot, the Camry circled around the lot without stopping. The car then exited the parking lot. I could see that there was a heavy set Spanish female driving the car. I saw her face on more than one occasion. I could also see what appeared to be a smaller dark-skinned person in the passenger seat. I was unable to tell whether the second passenger was a male or a female. Hultgren and I maintained our surveillance from four or five cars back of the Camry. The Camry traveled outbound toward Dracut on Bridge St. It took a right onto Pleasant St. in Dracut. Hultgren then contacted Dracut PD via radio and asked for assistance in stopping the car. Before a cruiser was dispatched, the Camry took a right turn on Willard St. back into Lowell. At that time, Hultgren canceled the assistance from Dracut. The car traveled inbound on Willard St. and took a left turn onto Ashton St. As we turned onto Ashton St., I could now see a silver or gray Mercedes Benz in front of the Camry. The Mercedes continued down the street to the end and stopped at the entrance to the Pemberton Apartments. The Camry

**WITNESS (S)** *Lt. M Buckley*     **SIGNATURES** _____

PAGE 1 of 2     FILE NAME =statement

**LOWELL MA, POLICE DEPT**
**VICTIM / WITNESS STATEMENT REPORT**

pulled up next to the Mercedes. The passenger of the Camry and the driver of the Mercedes then conducted a hand-to-hand exchange while both still seated within their own vehicles. Based on my training and experience I believed this to also be a drug transaction. We began to approach the two M/V's. As this was happening, the Camry then began to drive away. I could now see that it was a 300E Mercedes with license plate 4488LO. Hultgren and I conversed and agreed that he would approach the Mercedes on foot, and I would follow the Camry in the car. Hultgren exited the car and identified himself as the police ordering the Mercedes to stop. The Mercedes then began to back up away from Hultgren. I could hear Hultgren screaming for the car to stop. At this time for safety concerns, I decided to stay with Hultgren and let the Camry go. I backed the car up. I could see the Mercedes driving up a driveway with Hultgren running besides the car ordering him to stop. I also began to drive up the driveway to assist Hultgren. Once the Mercedes reached the top of the driveway, I saw it accelerate around the corner. As the Mercedes was doing this, I saw Hultgren fall off to the side of the driveway. I thought that the Mercedes had hit Hultgren. Hultgren was yelling to me. He was saying, "Get him, get him". I began to follow the Mercedes down the driveway. When it hit Ashton St. it accelerated at a high rate of speed down the street. When it got to the end of the street, it went through two stop signs. As it went through the second stop sign, it nearly collided with a white motor vehicle on Willard St. The car on Willard St. had to slam on its brakes to avoid a collision. I kept the Mercedes in sight as I followed it onto Willard St. I yielded to the traffic that had already stopped on Willard St. from the erratic driving of the Mercedes. I was attempting to call in the license plate on my portable radio. I was requesting help from marked police units to stop the Mercedes. The driver of the Mercedes continued to accelerate as it traveled down Willard St. I could see a pedestrian crossing the street from right to left. I could see the pedestrian in the middle of the street. The Mercedes continued to accelerate down the street and veered into the left hand lane. As he did this, the pedestrian was directly in his path. The Mercedes hit the pedestrian and threw him high into the air. I never saw any activated brake lights on the Mercedes. Upon seeing this collision, I immediately radioed for medical assistance. The Mercedes continued inbound on Willard St. and took a right into the rear of Market Basket. I saw the vehicle turn and I followed him around the corner. As I turned the corner the Mercedes was parked close to the side of the parking area beneath the overhanging tree limbs. I then observed a white male exiting the driver's side of the Mercedes. He was a large white male wearing a white shirt and blue shorts with a bandanna covering his head. He had blood splatter on his exposed skin and what appeared to be broken glass on him. I exited my car and drew my service weapon. I ordered the male to the ground at gunpoint. I radioed my position and requested back up. After a short time, Sgt. Russ Taylor and Lt. Jon Webb arrived and assisted me. The male on the ground that was operating the Mercedes was identified as Thomas Zazzara (12/3/56). I also observed extensive damage to the roof, windshield, hood, grill, and front end of the Mercedes.

WITNESS (S) _H. M Buckley_    SIGNATURES _____

PAGE 2 of 2    FILE NAME =statement

9