**CHRISTOPHER FINNERAL**
**February 6, 2006**

**EXHIBIT 3**

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

***********************************

AMY ANAGNOS and THE ESTATE           C.A. No. 04-11664-JLT

OF THEODORE ANAGNOS, DECEASED,

                         Plaintiffs

VS.

THOMAS HULTGREN, in his official and

personal capacities, CHRISTOPHER FINNERAL,

in his personal and official capacities,

OFFICER JOHN DOE, in his personal

and official capacities,

and THE CITY OF LOWELL, MASSACHUSETTS,

                         Defendants

*************************************************


DEPOSITION OF CHRISTOPHER FINNERAL

Law Office of Roland L. Milliard

1470 Lakeview Avenue

Dracut, Massachusetts

February 6, 2006          10:15 a.m.


Annmarie Pereira

Court Reporter

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

CHRISTOPHER FINNERAL
February 6, 2006

Page 18

1   A. Yes.
2
3       MRS. McMAHON: Are you just putting page
4   one of three as the Exhibit 1?
5       MR. SHARP: Yes.
6       MRS. McMAHON: Just the first page.
7
8   Q. And you notice there's a patient name of
9   Theodore Anagnos?
10  A. Yes.
11  Q. Okay. And according to Exhibit number 1,
12  this ambulance was dispatched at 13:21.
13  A. Yes.
14  Q. Okay. So, that would be 1:20 in the
15  afternoon?
16  A. One twenty-one.
17  Q. One twenty-one in the afternoon, does that
18  strike you as being approximately when this accident
19  involving Officer Anagnos occurred?
20  A. I'm sure it's accurate.
21  Q. Okay. So, if the accident took place at
22  1:21, does that help you at all remember
23  approximately when it is you got to work that day?
24  A. No.

Page 19

1   Q. After you got to work, after you got to
2   work that day, what's the first thing you can recall
3   doing?
4   A. I don't recall the first thing I did at
5   work that day.
6   Q. Well, what's the first thing that you can
7   recall doing at work that day?
8   A. The only thing I remember -- the first
9   thing I remember about that day is sitting in the
10  parking lot of Dracut Dispatch News during a
11  surveillance on the house on Textile Ave.
12  Q. Okay. So, you don't remember getting in a
13  car and driving over to that parking lot?
14  A. I know I did that, but I don't understand
15  the -- no, that's not my memory of the day getting in
16  the car. I get in and out of a car every day, so I
17  don't have a fond memory of getting in or out of a
18  car. I know I was in one that day, yes.
19  Q. Um-hmm.
20  A. I don't remember when I did it.
21  Q. And do you remember what, what car it was?
22  A. I remember what car it was, yes.
23  Q. Okay. What car was it?
24  A. It was a Buick Century, and I believe

Page 20

1   there's only one in the police department, so.
2   Q. And as between you and officer or Detective
3   Hultgren, you were the driver that day; right?
4   A. Yes.
5   Q. So, do you remember getting into the Buick
6   Century and driving over to the parking lot where you
7   were conducting surveillance?
8   A. Yes.
9   Q. Okay. So, you remember getting into the
10  car at the police department?
11  A. I'll say it again. I don't have a fond
12  memory of getting into the car. I did get into the
13  car, and I did drive to Dracut Dispatch parking lot.
14  Q. Do you have any idea why you used the Buick
15  Century that day?
16  A. Yes.
17  Q. Why?
18  A. Because it's what we call at the police
19  department as a smooth car, and it has no -- it's not
20  a Crown Victoria which is what we call the unmarked
21  car. They're what's called an undercover car or a
22  smooth car, and that's why we took that car that day.
23  Q. Okay?
24  A. So, we would be less likely to be observed.

Page 21

1   Q. And the Buick Century, did you have other
2   smooth cars available in the department?
3   A. Not -- I did not have access to any other
4   smooth cars, no. That's the only one that was
5   available to people in the criminal bureau.
6   Q. What other cars of any type were available
7   to people in the criminal bureau that day?
8   A. We have probably I don't know four or five
9   unmarked Crown Victorias that are assigned to the
10  criminal bureau.
11  Q. Okay. But everybody knows that's an
12  unmarked police car when they see it; right?
13  A. I believe so, yes.
14  Q. Okay. And did you have any cruisers
15  available to the criminal bureau?
16  A. We don't have any cruisers assigned to the
17  criminal bureau that I know of.
18  Q. Okay. So, it's you take one. Your choice
19  is you take one of the Crown Victorias that every
20  criminal recognizes or you take the Buick Century
21  that they might not recognize; right?
22  A. Yes.
23  Q. Okay. Now, you've mention, what did people
24  do in the criminal bureau?

6 (Pages 18 to 21)

### Page 22

1  A. The criminal bureau investigates what I
2  guess most people would consider the more serious
3  crimes, robbery, rapes, stabbings, shootings,
4  homicides, stuff like that.
5  Q. And the criminal bureau also conducts the
6  drug surveillance?
7  A. No.
8  Q. Okay. What department or division conducts
9  drug surveillance?
10  A. Vice Narcotics.
11  Q. So, why were you doing drug surveillance?
12  I mean, if you agree with me, that you were doing
13  drug surveillance?
14  A. I don't.
15  Q. Okay. What was it that you were doing in
16  the parking lot?
17  A. We were investigating a robbery.
18  Q. All right. And you had some reason to
19  believe that the people in the house you were
20  observing were connected to that robbery?
21  A. Yes.
22  Q. And, so, what were you hoping to see at
23  that location?
24

### Page 23

1    MRS. McMAHON: Objection.
2
3  A. I wasn't hoping to see anything. It was
4  part of the investigation. We had information that
5  the person that may be involved lived there and we
6  were watching the location. It was part of the
7  investigation.
8  Q. In relation to the day you were in the
9  parking lot, when did the drugstore robbery take
10  place?
11  A. I don't know.
12  Q. Can you recall whether it was a month
13  earlier or two days earlier?
14  A. No, it was a recent robbery.
15  Q. Okay?
16  A. It was, you know, an active case.
17  Q. Okay. So, probably took place within a
18  week of your surveillance?
19  A. I, if I had to guess, I would say, yes,
20  within a week.
21  Q. Do you think it would have been within a
22  day or two?
23  A. I couldn't say. It was a fresh case. It
24  had just happened, and it was a sizeable robbery and.

### Page 24

1  Q. Okay. And was the robbery of money or
2  pharmaceuticals or both?
3  A. Pharmaceuticals.
4  Q. And the pharmaceutical was Oxycontin?
5  A. Correct.
6  Q. Okay. Were there more than just Oxycontin
7  or it was a theft of Oxycontin?
8  A. There may have been more. I'm not sure.
9  Q. Okay. But you recall the Oxycontin for
10  sure?
11  A. Yes.
12  Q. And, so, can you help me to understand why
13  the criminal bureau was investigating that as opposed
14  to Vice and Narcotics?
15  A. I'll help you the best I can. It was a
16  robbery. We were investigating the robbery part of
17  it.
18  Q. Okay. What kind of things did you do when
19  you went to the parking lot and you were conducting
20  surveillance on a house, right, or it was an
21  apartment building?
22  A. It was a house.
23  Q. A house, okay. And what were you expecting
24  that you might see at the house?

### Page 25

1  A. We were -- once again, I wasn't hoping to
2  see anything. We believed that to be the location of
3  somebody involved with the robbery.
4  Q. Okay. But, I mean, like, if you saw him
5  come out on the porch, were you going to arrest him
6  or, you know, you must have had some reason for
7  conducting the surveillance other than just looking
8  at the house?
9  A. I could not say what. I don't understand
10  what you're getting at. We were conducting a
11  surveillance on a house.
12  Q. Did you have an arrest warrant at that
13  time?
14  A. No, not that I know of.
15  Q. As between you and was it Detective
16  Hultgren at the time?
17  A. Yes.
18  Q. So, you were both detectives?
19  A. Yes.
20  Q. As between the two of you, who was in
21  charge?
22  A. We share the same rank.
23  Q. Okay. So, there wasn't a senior?
24  A. No.

CHRISTOPHER FINNERAL
February 6, 2006

Page 26

1   Q. Okay. All right. So, do you recall a
2 Toyota pulling up to the house?
3   A. Yes.
4   Q. Okay. How long had you been there before
5 the Toyota arrived?
6   A. I don't recall.
7   Q. Do you think it was more than an hour?
8   A. I don't recall.
9   Q. Do you think it was less than an hour?
10   A. I don't recall.
11   Q. But you do recall a Toyota pulling up?
12   A. Yes.
13   Q. Did the Toyota pull up to the curb or did
14 it actually pull up onto the lawn in this house?
15   A. It pulled onto the driveway. I think it
16 was a dirt driveway.
17   Q. Okay. And then what happened next?
18   A. A person came out of the house, and there
19 was a transaction that took place between the
20 occupants of the car and the person that came out of
21 the house and then the car left.
22   Q. Can you describe that transaction?
23   A. It was consistent with what we believed to
24 be a drug transaction.

Page 27

1   Q. Were you actually able to see the person
2 from the house hand something to the driver?
3   A. There was an exchange, yes.
4   Q. And was it the driver's side or the
5 passenger's side where this exchange occurred?
6   A. Passenger's side, I believe.
7   Q. Were you able to see somebody from the car
8 actually hand something to the person from the house?
9   A. That's what I believe transpired, yes.
10   Q. Okay. But could you actually see something
11 going --
12   A. That's what I believe to have taken place,
13 yes.
14   Q. Well, hold on a second, okay. Did you
15 actually see something being transferred from one
16 person's hand into another?
17   A. That's what I believe transpired, yes.
18   Q. All right. I know that you believe that
19 that's what transpired. I appreciate that. But I'm
20 asking something a little bit different. Did you
21 actually see something exchanged?
22   A. That's what I believe transpired. That's
23 what appeared to have happened, yes.
24   Q. Okay. Then what happened next?

Page 28

1   A. The Camry left and we followed the Camry.
2   Q. All right. And this was a maroon color?
3   A. Yes.
4   Q. And for how long did you follow the Camry?
5   A. I couldn't put a length of time on it, but
6 it was for a couple of miles and then the car
7 zigzagged its way over towards the DeMoulas parking
8 lot on Bridge Street at several different times
9 backtracking and making no sense with the direction
10 of travel.
11   Q. The DeMoulas, is that the Market Basket?
12   A. Market Basket, DeMoulas, I guess.
13   Q. It's the same thing?
14   A. Yes.
15   Q. I just went by there, so I wanted to make
16 sure I had the right place. And the car was
17 sometimes in Lowell and sometimes in Dracut?
18   A. I'm not sure that that Camry went into
19 Dracut until after it got in the parking lot on
20 Market Basket.
21   Q. Okay. And at some point it, like, pulled a
22 loop around some type of parking lot; is that right?
23   A. No, it entered the parking lot at Market
24 Basket, and it made several loops up and down the

Page 29

1 rows of cars in Market Basket and then pulled back
2 out onto Bridge Street heading towards Dracut at that
3 time.
4   Q. Okay. And you continued to follow it?
5   A. Yes.
6   Q. Now, at some point you noticed that the
7 Camry was following a Mercedes; is that right?
8   A. My memory on that is that, that I don't --
9 I'm not sure that I knew that until they turned on
10 Ashton Street that they were together.
11       I'm not sure when I picked up on it, but
12 when they both pulled onto Ashton Street, it seemed
13 apparent that they had hooked up in DeMoulas parking
14 lot there.
15   Q. Okay. But you didn't see that they had
16 hooked up, you just deduced that one car was
17 following the other?
18   A. I didn't see them hookup, no.
19   Q. And when they pulled onto Ashton Street,
20 that was off of what street?
21   A. It may be off of Cheevers Street, actually,
22 off Cheevers Street but the main road would be
23 Willard Street. It's a funny intersection. A little
24 triangle intersection where Cheevers and Ashton and

8 (Pages 26 to 29)