# CHRISTOPHER FINNERAL
# February 6, 2006

### Page 34

1. Dracut, but Willard, so, I guess I'm looking at map
2. number two.
3.    Q. Now, you're looking at Exhibit number 2?
4.    A. Exactly. I'm not sure where Willard Street
5. turns to Broadway Road. And prior to being on
6. Willard slash Broadway, they were on Arlington
7. Street.
8.       And Arlington Street is, actually, it is
9. shown over on the right-hand side on three, but they
10. weren't over there. They were up here at that
11. triangle part there.
12.    Q. All right. So, they came toward this funny
13. intersection? This "Y" shaped intersection?
14.    A. Um-hmm.
15.    Q. From Arlington Street?
16.    A. Or, yes, Arlington to Broadway to Willard
17. to Cheever, Ashton, whatever that intersection is
18. there.
19.    Q. Could you take the highlighter and on
20. either map, number two or number three whatever is
21. easier, just draw the route that they took to get to
22. Ashton?
23.    A. Sure.
24.    Q. Okay.

### Page 35

1.
2.      (Witness complies.)
3.
4.    Q. No, use the highlighter.
5.    A. I was going to write where DeMoulas is on
6. here, the parking lot.
7.    Q. Let's do the route.
8.    A. I believe DeMoulas is over in this area.
9. They come out of the parking lot. They come up
10. Bridge Street onto Pleasant onto Arlington onto
11. Broadway. The funny intersection, Ashton, and ended
12. up at the end of Pemberton Street.
13.    Q. Okay. All right. So, let's just have the
14. record reflect that Officer Finneral has highlighted
15. this route on Exhibit number 2. Okay. All right.
16.      So, they pull over down where you've put
17. that highlighter "X" on Exhibit number 2 and then
18. what happens?
19.    A. What happens, the two cars pull up next to
20. each other, observe what appears to be another
21. transaction between the two vehicles. Me and my
22. partner were pulled to the side of the road back
23. aways when the second transaction takes place.
24.      We begin to slowly move up to the road

### Page 36

1. towards the two vehicles, and we have some discussion
2. about what's going to happen.
3.    Q. All right. Now, let me just stop you there
4. for a second. Can you put an "X" on Exhibit number 2
5. where you and Officer Hultgren were when you saw this
6. transaction?
7.    A. I don't know exactly where we were.
8.    Q. I understand. But can you put an "X" at
9. the best approximate area where you think you were.
10.    A. I don't know exactly. We were back a
11. couple of hundred feet from where the two vehicles
12. were. You want an "X" with a pen?
13.    Q. Sure.
14.
15.      (Witness complies.)
16.
17.    Q. Okay. And, so, you're putting that "X"
18. about halfway between Willard Street and Pemberton;
19. right?
20.    A. Somewhere in that area, yup.
21.    Q. Okay. And you think, and as you sit here
22. today, you estimate you were about two hundred feet
23. behind?
24.    A. I don't remember exactly, but we were aways

### Page 37

1. behind them, yup.
2.    Q. Okay. Well, how many feet? I understand
3. it's not going to be to the inch or anything, but how
4. much feet in back do you think you were?
5.    A. I don't recall. Exact footage I wouldn't
6. be able to say sitting here today.
7.    Q. Okay. And did you actually see something
8. exchanging hands?
9.    A. I saw what I believe to be another drug
10. transaction taking place between the two vehicles. I
11. believe I saw an exchange of items between the two
12. vehicles, yes.
13.    Q. Okay. All right. So, then what happens
14. next?
15.    A. We begin to move closer to the two
16. vehicles. We have some conversation about whose
17. going to do what. The Mercedes was off to the
18. shoulder.
19.      In my best memory was we were thinking that
20. that car, we were just going to be able to stop that
21. car. Tommy was going to get out of the car and stop
22. the vehicle. And if the Camry took off, I was going
23. to go with the Camry.
24.    Q. And then what happens?

10 (Pages 34 to 37)

# CHRISTOPHER FINNERAL
# February 6, 2006

### Page 38

1    A. As we're approaching them, the Camry
2  appeared to get spooked or make us. The Camry begins
3  to speed off. Tommy jumped out of the car. And as
4  we approached the rear of the Mercedes, I was going
5  to go with the Camry, but the Mercedes wouldn't stop
6  when Tommy was yelling for him to stop.
7    Q. Okay. Now, which way did the Camry go?
8    A. The Camry went straight into the Pemberton
9  Street Apartments.
10    Q. So, the Camry made a right into the
11  apartments?
12    A. My memory is he went straight into. Did
13  turn to the right, but it's -- I don't believe that
14  map is accurate to what my memory is.
15    Q. Okay.
16    A. It's more of a large parking area, but
17  eventually did go to the right and inside that
18  parking lot.
19    Q. And did you make any call then for somebody
20  to come and find the Camry?
21    A. No. Not that I remember.
22    Q. Okay. All right. So, what happens next?
23    A. Well, I remember hearing my partner yelling
24  for the Mercedes to stop and the Mercedes was not

### Page 39

1  stopping. So, I decided -- and I don't remember if I
2  just pulled a u-turn when I got into that parking
3  lot, but I decided that I would stay with my partner.
4    Q. So, as far as July 31st is concerned, the
5  Camry is now out of the picture?
6    A. I don't understand. As of July 31st it's
7  out of the picture. What do you mean?
8    Q. You didn't have anymore contact with the
9  Camry that day; did you?
10    A. Later on this day?
11    Q. Yes.
12    A. In a matter of another ten minutes from
13  this all happening, I had nothing to do with this
14  case whatsoever. Period.
15    Q. Okay.
16    A. I was --
17    Q. And, so, you didn't see the Camry then
18  either?
19    A. I know that the people that were in the
20  Camry were located.
21    Q. Later that day?
22    A. By the investigator, the guy.
23    Q. Okay. But you had nothing to do with that?
24    A. I never spoke with them, no.

### Page 40

1    Q. And do you know whether Hultgren had
2  anything to do with it?
3    A. I don't know what Tom did.
4    Q. Okay, fine. So, all right. So, what
5  happens next?
6    A. When I get back to where Tom is, I observed
7  Tom running beside the Mercedes yelling for the
8  Mercedes to stop and the Mercedes isn't stopping.
9    He's going very slow, and he's driving
10  towards the rear of whatever the address is of the
11  last house on Ashton Street.
12    Q. Okay. Not into the apartment complex?
13    A. Not into the apartment complex.
14    Q. Okay. All right. So, keep going.
15    A. I then entered into that same driveway that
16  both Tom and the Mercedes were in, and I began to
17  follow the Mercedes.
18    Q. All right. And the Mercedes looped around
19  the back of the house?
20    A. The house had a horseshoe driveway that
21  went behind the house unbeknownst to me, and as the
22  Mercedes approached the top or starting coming around
23  the backside of it, I remember the Mercedes
24  accelerating down the horseshoe back towards Ashton

### Page 41

1  Street.
2    Q. Okay. And then the Mercedes went left on
3  Ashton; right?
4    A. The Mercedes went left on Ashton, went up
5  to the intersection there of Cheever, went through a
6  stop sign at Willard Street and turned left on
7  Willard Street.
8    Q. Okay. So, if I understand you correctly,
9  where Ashton meets up with Cheever on map number two,
10  Exhibit number 2?
11    A. Yes.
12    Q. There's a stop sign there?
13    A. There was, yes.
14    Q. Okay. And if I understand you correctly,
15  where that little street that we're not sure what it
16  is?
17    A. Right.
18    Q. Meets Willard, that, there's a stop sign
19  there also?
20    A. Yes. I believe, if you went out there,
21  there's like a little triangle intersection. That's
22  what I believe. That's what I remember anyways.
23    Q. Okay. Then the Mercedes goes through those
24  two stop signs that we've just identified and then

11 (Pages 38 to 41)

# CHRISTOPHER FINNERAL
## February 6, 2006

Page 42

1  goes down Willard Street straight; right?
2      A. Yes.
3      Q. Can you put and "X" on Exhibit number 2
4  where the Mercedes hit Officer Anagnos?
5      A. I'm not sure exactly, but it is right at
6  the intersection of Humphrey and Willard. So, do you
7  want another "X" or do you want something different?
8      Q. Why not put an "X" with a little circle
9  around it.
10
11     (Witness complies.)
12
13     Q. So, is there, like, pedestrian markings on
14  the pavement there at Willard and Humphrey? Do you
15  recall?
16     A. No, I don't recall.
17     Q. But it was right at the intersection?
18     A. I believe so, yes.
19     Q. Okay. Now, on Ashton Avenue how fast, what
20  speed do you think the Mercedes got up to?
21     A. My memory was that I thought he was going
22  about fifty miles an hour up Ashton Street.
23     Q. Okay. And then did he slow down at all or
24  stop for these stop signs?

Page 43

1      A. Yes. He didn't stop for them, but he
2  slowed down.
3      Q. Okay. And then what did he do when he got
4  onto Willard Street?
5      A. Just accelerated down Willard Street
6  towards Bridge Street.
7      Q. So, how fast do you figure he was going on
8  Willard Street?
9      A. My estimation was I thought he was going
10  about seventy miles an hour on Willard Street.
11     Q. And then after he hit Officer Anagnos,
12  where did he go?
13     A. Continued on Willard Street and then he
14  pulled his car into the rear of DeMoulas or Market
15  Basket parking lot kind of off to the side on some
16  overhanging tree limbs.
17     Q. And where would that be on map number two
18  if it is on map number two?
19     A. Well, I'm not so sure that this is so
20  accurate. I don't know how much of this chunk stays
21  out here, but it's -- I don't know.
22     Q. Why don't you put a "D" where you think he
23  pulled into DeMoulas.
24

Page 44

1      (Witness complies.)
2
3      Q. Okay. Thanks. And could you just put your
4  signature down on the bottom of that, that map
5  somewhere?
6
7      (Witness complies.)
8
9      Q. Okay. Thank you. So, from the time that
10  you, that you pulled out of that horseshoe driveway
11  until the time that Officer Anagnos was hit, how long
12  do you think that lasted?
13     A. Approximately twenty seconds.
14     Q. And how fast do you think you were going on
15  Willard Street?
16     A. I don't know.
17     Q. This was a Buick with a six cylinder?
18     A. I believe so, yes. That's my memory of
19  what's in that car. It's a six cylinder.
20     Q. Okay. Now, the Buick had no flashing
21  lights of any kind; is that right?
22     A. Not that car, nope. Well, probably had
23  hazards but no emergency lights.
24     Q. Okay. Standard hazard lights like a car?

Page 45

1      A. Um-hmm.
2      Q. Did it have a siren?
3      A. Not that I'm aware of, nope.
4      Q. Did it have any grill lights?
5      A. No.
6      Q. There were flashing lights in the rear, but
7  you didn't activate those; right?
8      A. I'm not sure if they were there or not at
9  least the bracket.
10     Q. They wouldn't have done any good anyway?
11     A. They have, they may have had brackets and
12  the lights. But, no, I didn't activate those, no.
13     Q. Okay. And did it have any, like, did it
14  have an installed police radio?
15     A. No.
16     Q. So, it didn't have a police radio antenna?
17     A. No.
18     Q. Do you remember whether the license plates
19  were, like, state plates or just regular civilian
20  plates?
21     A. Regular plates.
22     Q. Regular civilian plates?
23     A. Um-hmm.
24     Q. On this day, July 31st, 2001, did the

12 (Pages 42 to 45)