**EXHIBIT 4**

UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CASE NO.: 04-11664JLT

| | |
|---|---|
| Amy Anagnos, and the Estate of Theodore Anagnos, Deceased<br>    Plaintiff<br>v.<br>Thomas Hultgren, et al<br>    Defendants | PLAINTIFF AMY ANAGNOS RESPONSE TO DEFENDANT THOMAS HULTGREN'S INTERROGATORIES |

1. Please state your full name, date of birth, social security number, address and occupation and the capacity in which you are answering these interrogatories.

   ANSWER: Amy Anagnos, a/k/a Amy Barnes; 1/10/71; 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; 48 Bailey Road, Dracut, MA 01826; school teacher; as the administratrix of Theodore Anagnos, deceased.

2. Please describe in complete detail what evidence you intend to present at trial that the defendants Hultgren and/or Finneral intended to harm physically or to worsen their legal plight of either Thomas Zazzara, Theodore Anagnos or any one else during the chase of Thomas Zazzara.

   ANSWER: Objection. This interrogatory, especially with reference to "worsen their legal plight", makes no sense and, therefore, cannot be answered. Without waiving this objection, the plaintiff makes no claim that any defendant *intended* to injure Theodore Anagnos, Thomas Zazzara, or anyone else.

3. Please list all witnesses, including their names and addresses who will testify that defendants Hultgren and/or Finneral intended to harm physically or to worsen the legal plight of either Thomas Zazzara, Theodore Anagnos or any one else during the chase of Thomas Zazzara. Please describe what each witness listed will testify to.

   ANSWER: Objection. This interrogatory, especially with reference to "worsen their legal plight", makes no sense and, therefore, cannot be answered. Further, this interrogatory seeks the impressions of counsel. Without waiving these

Roland L. Milliard
Pilgrim Place
1 Lakeview Ave.
S    5
Dracut, MA 01826
Tel. (978) 957-6799
Fax (978) 957-5322
BBO# 559361

objections, the plaintiff makes no claim that any defendant *intended* to injure Theodore Anagnos, Thomas Zazzara, or anyone else, and doubts whether any witness will ever say that the defendants intended to injure Anagnos.

4. Please describe' all evidence you intend to present at trial that Hultgren and Finneral caused Zazzara to begin his high speed driving.

   ANSWER: Objection. First, this interrogatory seeks the mental impressions of counsel. Second, it is too early in discovery to answer the question. Without waiving these objections, the evidence will be as described in the detailed Complaint.

5. Please describe all evidence you intend to present at trial that Hultgren and Finneral did to excuse Zazzara from ending his high speed driving.

   ANSWER: Objection. This interrogatory makes no sense and, therefore, cannot be answered.

6. Please describe all evidence you intend to present at trial that Hultgren and Finneral did to encourage Zazzara to race through the streets of Lowell.

   ANSWER: Objection. This interrogatory makes no sense and, therefore, cannot be answered.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY:

*/s/ Amy Anagnos*
Amy Anagnos

As to objections:

*/s/ Roland L. Milliard*
Roland L. Milliard

Dated: October 19, 2005

Roland L. Milliard
Pilgrim Place
\_\_\_\_ Lakeview Ave.
Suite 5
Dracut, MA 01826
Tel. (978) 957-6799
Fax (978) 957-5322
BBO# 559361