UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS and THE ESTATE OF ) <br> THEODORE ANAGNOS, DECEASED, ) <br>     Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> THOMAS HULTGREN, in his official and ) <br> personal capacities, CHRISTOPHER FINNERAL, ) <br> in his personal and official capacities, OFFICER ) <br> JOHN DOE, in his personal and official capacities, ) <br> and THE CITY OF LOWELL, MASSACHUSETTS ) <br>     Defendants ) | C.A. NO. 04-11664-JLT |

**DEFENDANT CHRISTOPHER FINNERAL'S
STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF
HIS MOTION FOR SUMMARY JUDGMENT**

Pursuant to ***Fed. Rule of Civ. Pro. Rule 56*** and ***Local Rule 56.1*** of the District Court of Massachusetts, Defendant Christopher Finneral hereby submits his Statement of Material Facts, which they assert are undisputed, in support of their Motion for Summary Judgment.

**Statement of Undisputed Material Facts**

| No. | Description of Undisputed Fact | Exhibit No. | Evidentiary Reference |
|---|---|---|---|
| 1 | Officer Finneral was engaged in an on-duty undercover surveillance at CVS Pharmacy at 1140 Bridge Street, Lowell. | 3 | Finneral Deposition, Page 22 |
| 2 | Finneral was operating a Buick Century, which he described as a "smooth car", an undercover vehicle which would be less likely to be observed. | 3 | Finneral Deposition, Page 20-21 |
| 3 | The robbery that was being investigated was an oxycontin robbery. | 3 | Finneral Deposition, Page 24 |
| 4 | While conducting surveillance, the officers observed a Toyota approach and pull up to a house that was the subject of the surveillance. | 3 | Finneral Deposition, Page 26 |
| 5 | During this surveillance, Finneral observed a person come out of the house and head towards the Toyota, where Finneral stated he observed a transaction between the occupants and the person that came out of the house. | 3 | Finneral Deposition, Page 26 |
| 6 | Finneral believed that the transaction was a drug transaction. | 3 | Finneral |

3

| No. | Description of Undisputed Fact | Exhibit No. | Evidentiary Reference |
|---|---|---|---|
|  |  |  | Deposition, Page 26 |
| 7 | After the transaction, the Toyota then left and Finneral and Hultgren followed the Toyota. | 3 | Finneral Deposition, Page 28 |
| 8 | The Toyota was followed for a couple of miles while the Toyota zigzagged its way over towards the DeMoulas parking lot on Bridge Street. | 3 | Finneral Deposition, Page 28 |
| 9 | The Toyota eventually entered the parking lot, making several loops around the lot. | 3 | Finneral Deposition, Page 28 |
| 10 | At some point while the Toyota was making loops in the parking lot, a black Mercedes was observed in the lot, though Officer Finneral did not make a connection between the Toyota and the Mercedes until both vehicles pulled on to Ashland Street. | 3 | Finneral Deposition, Page 29 |
| 11 | There, the vehicles pulled up next to each other and Finneral observes another drug transaction. | 3 | Finneral Deposition, Page 29 |
| 12 | Officers Finneral and Hultgren, then began to slowly approach the two vehicles. | 3 | Finneral Deposition, Page 35 |
| 13 | As both officers approach, the Toyota speeds off, Officer Hultgren jumps out of the "smooth car" and begins to yell to the Mercedes to stop. | 3 | Finneral Deposition, Page 38 |
| 14 | The Mercedes did not stop and Hultgren continues to yell at the operator of the Mercedes to stop. | 3 | Finneral Deposition, Page 38 |
| 15 | Officer Finneral at that point, decided to stay with and did stay with his partner, Officer Hultgren, who was engaged with the Mercedes. | 3 | Finneral Deposition, Page 38-39 |
| 16 | At this point, Hultgren was running next to the moving Mercedes and continued to yell to the operator to stop. | 3 | Finneral Deposition, Page 40 |
| 17 | Eventually, the Mercedes made it out of the parking lot area and began to accelerate on to Willard Street. | 3 | Finneral Deposition, Page 43 |
| 18 | Officer Finneral pursued the Mercedes on to Willard Street. While on Willard Street, Finneral estimated the Mercedes' speed at close to fifty miles an hour. | 3 | Finneral Deposition, Page 42-43 |
| 19 | Finneral estimated the pursuit lasted twenty (20) seconds, before the Decedent was struck by the Mercedes. The Decedent died at the scene. | 3 | Finneral Deposition, Page 44 |
| 20 | Officer Finneral did not know the operator of the Mercedes, Thomas Zazzara nor did he know the Decedent, Theodore Anagnos. | 2 | Finneral Affidavit at paragraphs 2 and 3 |

4

| No. | Description of Undisputed Fact | Exhibit No. | Evidentiary Reference |
|---|---|---|---|
| 21 | Officer Finneral never intended to harm either Zazzara, Anagnos, or anyone else. | 2 | Finneral Affidavit at paragraph 6 |
| 22 | Officer Finneral's purpose in pursuing Zazzara was to apprehend an individual that he believed had committed a drug offense, and one who he also believed had hit Officer Hultgren with the Mercedes. | 2 | Finneral Affidavit at paragraph 4 |
| 23 | It was not Officer Finneral's intent to worsen the legal plight of anyone. | 2 | Finneral Affidavit at paragraph 5 |
| 24 | The Plaintiff admits that it has no evidence, and will not be able to produce any evidence that Finneral (or for that matter Hultgren) intended to injure Theodore Anagnos, Thomas Zazzara or anyone else or to worsen their legal plight. | 4 | Plaintiff's Responses to Hultgren's Request for Interrogatories, Nos 2 and 3 |
| 25 | The Plaintiff was at all times relevant in this matter, a police officer with the City of Lowell. | See Docket | First Amended Answer of Finneral at paragraph 5 |

Respectfully submitted
By Defendant
Christopher Finneral

/s/"Thomas J. Freda"
Thomas J. Freda , BBO #178150
**Monahan & Padellaro**
43 Thorndike Street
Cambridge, MA  02141
Tel: (617)-494-1188

Dated: April 11, 2006

5