UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS and THE ESTATE OF ) <br> THEODORE ANAGNOS, DECEASED, ) <br>     Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> THOMAS HULTGREN, in his official and ) <br> personal capacities, CHRISTOPHER FINNERAL, ) <br> in his personal and official capacities, OFFICER ) <br> JOHN DOE, in his personal and official capacities, ) <br> and THE CITY OF LOWELL, MASSACHUSETTS ) <br>     Defendants ) | C.A. NO. 04-11664-JLT |

**DEFENDANT CHRISTOPHER FINNERAL'S
MOTION FOR SUMMARY JUDGMENT**

**LOCAL RULE 7.I(a)(2) CERTIFICATION**

Undersigned counsel hereby certifies that he has conferred with plaintiff's counsel, Roland Milliard, and in good faith attempted to resolve or narrow the issues in this case but has been unable to do so.

Defendant Finneral's counsel would request that upon the filing of this certification, the previously filed Motion for Summary Judgment be deemed "re-filed". If the Court however, requires refilling of all the previously filed motions and documents, the Defendant will re-file all documents forthwith. Defendant's counsel would advise the Court that Plaintiff's counsel is in agreement that it would not require refilling of all of the previously filed documents.

                                                      Respectfully submitted
                                                      By Defendant
                                                      Christopher Finneral

                                                      /s/"Thomas J. Freda"
                                                      Thomas J. Freda , BBO #178150
                                                      **Monahan & Padellaro**
                                                      43 Thorndike Street
                                                      Cambridge, MA  02141
Dated: April 14, 2006                         Tel: (617)-494-1188

1