84    Volume ll

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                  CRIMINAL NO. 01-01379

COMMONWEALTH                    TRANSCRIPT OF THE EVIDENCE

V

THOMAS ZAZZARA

BEFORE:   SCJ MUSE AND JURY

APPEARANCES:   ASSISTANT DISTRICT ATTORNEY NATHANIEL YEAGER, ESQ.; APPEARING ON BEHALF OF THE COMMONWEALTH.

OSCAR CRUZ, ESQ.; APPEARING IN BEHALF OF THE DEFENDANT.

BENJAMIN H. KEENE, ESQ.; APPEARING IN BEHALF OF THE DEFENDANT.

CAMBRIDGE. MA.

MAY 23, 2003



FILED IN THE OFFICE OF THE CLERK OF THE COURTS FOR THE COUNTY OF MIDDLESEX
NOV 17 2003

## INDEX

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | F.D.FC |
|---|---|---|---|---|---|
| JOYCE POWERS | 5 | 10 | 13 | 14 | |
| PATRICK KEANE | 15 | 33 | 58 | 62 | |
| JOHN GUILFOYLE | 71 | 93 | 121 | | |
| KEVIN BILBEAU | 130 | | | | |

## EXHIBITS

NO. 7 - PHOTO-                              37

NO. 8 - DIAGRAM                             57

NO. 9 - PHOTOGRAPH                          82

NO. 10 - MIRANDA CARD                       85

NO. 11 - AUDIO-CASSETTE TAPE                91

NO. 12 - PHOTOGRAPH                        136

NO. 13 - PHOTOGRAPH                        136

NO. 14 - PHOTOGRAPH                        136

NO. 15 - PHOTOGRAPH                        152

NO. 16 - PHOTOGRAPH                        155

NO. 17 - PHOTOGRAPH                        155

NO. 18 - PHOTOGRAPH                        159

NO. 19 - PHOTOGRAPH                        160

| | | |
|---|---|---|
| 1 | NO. 20 - PHOTOGRAPH | 161 |
| 2 | NO. 21 - PHOTOGRAPH | 164 |
| 3 | NO. 22 - PHOTOGRAPH | 167 |
| 4 | NO. 23 - MIRANDA CARD | 175 |
| 5 | NO. 24 - WAIVER FORM | 176 |
| 6 | NO. 25 - AUDIO-CASSETTE TAPE | 181 |

IDENTIFICATION

| | | |
|---|---|---|
| 9 | C FOR IDENTIFICATION - DIAGRAM | 17 |
| 10 | D FOR IDENTIFICATION - DIAGRAM | 36 |
| 11 | E FOR IDENTIFICATION - UNREDACTED TRANSCRIPT | 70 |
| 12 | F FOR IDENTIFICATION - TRANSCRIPT OF INTERVIEW OF | |
| 13 | MR. ZAZZARA | 91 |
| 14 | G FOR IDENTIFICATION - UNREDACTED TRANSCRIPT | 129 |
| 15 | H FOR IDENTIFICATION - TRANSCRIPT OF INTERVIEW | 181 |

Tuesday, May 27, 2003

P R O C E E D I N G S

THE COURT: Good morning, everyone. And before we begin, let me apologize to everyone in the Courtroom. It's my fault, I'm going to take responsibility. I don't like the trial being interrupted for many reasons, most of which is I think that each of your hours being spent in this Court are so necessary and vital, and I recognize that for every half hour or an hour that I detain you it's really multiples of that one hour.

I apologize. When we had left last Friday, I had another case that was assigned to me for another matter which I thought was going to be finished up by shortly before ten o'clock, and I thought that extra half an hour that we had was going to do it. So, I apologize. I don't like any of you ever to feel that your time is not going to be respected, and that goes for everyone, counsel and parties and spectators and witnesses.

So, if we may proceed. But before I do, I need to inquire of the jury whether,

since your departure last Friday, you have had any contact with any of the facts or the issues or the parties involved in this case.

And the answer, for the record, is "no."

More particularly, have you seen or heard about this case through any source -- whether it's a newspaper or radio or television or any other kind of media outlet.

The answer to that question is "no."

Have you had any discussions about this case?

The answer to that is "no."

And more particularly, have you discussed this case among yourselves.

I find that the jury remains indifferent.

And Mr. Yeager?

MR. YEAGER: Good morning, Your Honor.

THE COURT: Good morning.

MR. YEAGER: Counsel, members of the jury.

Your Honor, if it please the Court,

5

1   the Government's first witness is Joyce Powers.
2               THE COURT: What is the first name
3   again?
4               MR. YEAGER: Joyce Powers.
5               THE COURT: Thank you.
6   (PAUSE.)
7   (JOYCE POWERS, SWORN.)
8               THE CLERK: You may be seated. Try
9   and keep your voice --
10              THE COURT: Good morning.
11              THE WITNESS: Good morning.
12              THE CLERK: -- up, please. This is
13  not an amplifier, so keep your voice up,
14  please.
15              MR. YEAGER: May I proceed, Your
16  Honor?
17              THE COURT: Yes, please.
18
19  DIRECT EXAMINATION OF JOYCE POWERS BY MR. YEAGER:
20  Q.    Good morning. Would you please state your
21        name, spelling your last name for the record.
22  A.    Joyce Powers, p-o-w-e-r-s.
23  Q.    And Miss Powers, what city do you live in?
24  A.    Lowell, Mass.

| | | |
|---|---|---|
| 1 | Q. | And what do you do? |
| 2 | A. | I'm retired. |
| 3 | Q. | Did you have occasion to be on Willard Street |
| 4 | | on July 31st 2001? |
| 5 | A. | I did. |
| 6 | Q. | And what were you doing? |
| 7 | A. | I was leaving Mass. Bank in Dracut. |
| 8 | Q. | Miss Powers, just to be clear, what's your date |
| 9 | | of birth? |
| 10 | A. | December 8th 1938. |
| 11 | Q. | And when you say you were leaving the Mass. |
| 12 | | Bank in Dracut, where were you going after |
| 13 | | leaving the Mass. Bank in Dracut? |
| 14 | A. | To Demoulas Market Basket. |
| 15 | Q. | And what kind of car were you driving? |
| 16 | A. | Pontiac. |
| 17 | Q. | And what color was your car? |
| 18 | A. | White. |
| 19 | Q. | And when you say you were on Willard Street, |
| 20 | | what direction were you traveling on Willard |
| 21 | | Street? |
| 22 | | Let me ask you this. Were you traveling |
| 23 | | towards Dracut or away from Dracut? |
| 24 | A. | I was going into Lowell. |

| | | |
|---|---|---|
| 1 | Q. | All right. And describe what happened while |
| 2 | | you were driving on Willard Street towards |
| 3 | | Lowell. |
| 4 | A. | I was going down the road and there's a side |
| 5 | | road and a car come flying out of there, and |
| 6 | | then another one come bumper to bumper, and I |
| 7 | | had to stop. |
| 8 | Q. | And describe how you stopped. |
| 9 | A. | Immediately. |
| 10 | Q. | All right. And when you stopped, describe the |
| 11 | | first car, what did it do as it came out of the |
| 12 | | side street, specifically. |
| 13 | A. | It just come -- I'm coming like this. It come |
| 14 | | flying right out. |
| 15 | Q. | And how far away was that car from your car? |
| 16 | A. | I was like about there. |
| 17 | Q. | How many feet? |
| 18 | | Or, let me say, how many car lengths away |
| 19 | | was your car from the car when it came -- was |
| 20 | | coming out? |
| 21 | A. | Let's see. I'm -- they're coming out here and |
| 22 | | I'm coming here. Not far. I don't know |
| 23 | | footage. |
| 24 | Q. | All right. And what did you do when you first |

|    |    |                                                                                  |
|----|----|----------------------------------------------------------------------------------|
|    |    | saw that car come flying out? Specifically, as far as operating your car is concerned, what did you do? |
|    | A. | What -- I -- I stopped my car. |
|    | Q. | All right. And how quickly did you stop your car? |
|    | A. | Fast. Just -- right away. |
|    | Q. | All right. And how -- do you have a driver's license? |
|    | A. | Yes. |
|    | Q. | And how long have you been driving? |
|    | A. | Since I'm eighteen. |
|    | Q. | Can you tell us -- describe the speed of the vehicle, how fast was it going, the one that cut in front of you. |
|    | A. | I would say, at least seventy miles an hour. |

   MR. CRUZ: Objection.

   It's the form of the question.

   THE COURT: No, I'll allow it.

   You may answer -- the answer may stand.

   Be careful next time, Mr. Yeager, in terms of the form.

   MR. YEAGER: Yes, Your Honor.