BY MR. YEAGER:

Q.    What happened after both --

      First of all -- let me go back for a second.

      What color was the first car?

A.    Gray.

Q.    What color was the second car?

A.    Gray.

Q.    And what happened after both cars came in front of you?

A.    One come flying out and the other one was bumper to bumper, and they just flew out and just kept going.

Q.    And what direction did they go on Willard Street?

A.    Towards Lowell.

Q.    What did you do after both of the cars were on Willard Street?

A.    I stopped because I thought they were crazy, they were -- they were speeding and then they went off to the side of the road.

Q.    All right.

A.    And then they went down behind Demoulas.

Q.    Did you see anything happen between when the

| | | |
|---|---|---|
| 1 | | cars came in front of you and when they went |
| 2 | | into Demoulas? |
| 3 | A. | They swerved to the side of the road, both of |
| 4 | | them. |
| 5 | Q. | And what happened -- what happened when the two |
| 6 | | cars swerved to the side of the road? |
| 7 | A. | I saw debris.  Stuff went -- |
| 8 | Q. | What happened after you saw the two cars go |
| 9 | | into Demoulas? |
| 10 | A. | I slowly, slowly proceeded, and it wasn't too |
| 11 | | far and the man was lying over here on the |
| 12 | | ground, and I parked my car across the street |
| 13 | | and I walked across the street, and a neighbor |
| 14 | | -- an elderly woman said, "What happened," and |
| 15 | | I -- I screamed -- I screamed and I said, "Call |
| 16 | | 911," and I stood over the man. |
| 17 | | MR. YEAGER:  Thank you.  No further |
| 18 | | questions of this witness, Your Honor. |
| 19 | | THE COURT:  Mr. Cruz. |
| 20 | | MR. CRUZ:  Yes, Your Honor. |
| 21 | | |
| 22 | CROSS EXAMINATION OF JOYCE POWERS BY MR. CRUZ: | |
| 23 | Q. | Good morning, ma'am. |
| 24 | A. | Good morning. |

| | | |
|---|---|---|
| 1 | Q. | Ma'am, when you were driving down Willard Street, you stated that you saw two cars basically come out from that side street, correct? |
| 5 | A. | Yes. |
| 6 | Q. | And the cars were close together when they came out? |
| 8 | A. | Yes. |
| 9 | Q. | Okay. And the second car that you saw, you said it was the color gray. |
| 11 | A. | I would say, yes. They were dark. I would say, yes. |
| 13 | Q. | Okay. And that -- that second gray car, that car didn't stop at the stop sign, did it? |
| 15 | A. | No. |
| 16 | Q. | And as you stated, you described the cars as driving in a crazy manner? |
| 18 | A. | Just flew out. |
| 19 | Q. | Okay. And you said that the cars were speeding? |
| 21 | A. | Yes. |
| 22 | Q. | Both the first and the second car. |
| 23 | A. | Yeah. |
| 24 | Q. | Okay. And you had to hit your brakes in order |

| | | |
|---|---|---|
| 1 | | to avoid hitting the second car, correct? |
| 2 | A. | Could you say that again? |
| 3 | Q. | Sure. When you were coming up to where those |
| 4 | | cars came flying out onto Willard Street, you |
| 5 | | were closer to the second car when you hit your |
| 6 | | brakes, is that fair to say? |
| 7 | A. | Well, a little distant, yeah. |
| 8 | Q. | Okay. Okay. And that second car had come up |
| 9 | | right in front of you, correct? |
| 10 | A. | No, the first one come out and the other one |
| 11 | | was bumper to bumper, like here comes one and |
| 12 | | here comes the other one, together. I said, |
| 13 | | "Oh, my God." And then the other one was on |
| 14 | | the bumper. |
| 15 | Q. | Okay. |
| 16 | A. | Two of them. Together. |
| 17 | Q. | And you're still moving but you're slowing down |
| 18 | | at this point when you see these cars. |
| 19 | A. | Oh, yes. |
| 20 | Q. | Okay. And just for the record, you had no idea |
| 21 | | who either of these individuals were, correct? |
| 22 | A. | No, I didn't. |
| 23 | Q. | Now, you continued down on Willard Street and |
| 24 | | you saw something flying up in the air, is that |

```
 1                    correct?
 2    A.              Yes.
 3    Q.              And that second car -- would it be fair to say
 4                    that that second car was behind the first car
 5                    all the way down?
 6    A.              Yeah, when they swerved --
 7    Q.              Okay.
 8    A.              -- and then they went behind Demoulas.
 9    Q.              And you saw both cars pull into that area where
10                    Demoulas is?
11    A.              Yes.
12    Q.              Now, you gave a statement to a police officer
13                    with regard to what you saw, correct?
14    A.              Yes.
15    Q.              And in your statement you had made a comment
16                    that you had to slow down to avoid these two
17                    cars, correct?
18    A.              Yes.
19                          MR. CRUZ:  I have no further
20                    questions, Your Honor.
21                          MR. YEAGER:  Brief follow-up.
22
23    REDIRECT EXAMINATION OF JOYCE POWERS BY MR. YEAGER:
24    Q.              Counsel asked you a question about what
```

           happened after the two cars were on Willard. Did you --

           Let me ask you this. In your own words, after the two cars were on Willard, what did you do between when you saw the two cars on Willard and when you saw the debris flying up in the air?

           What did you do with your car? Did you stay there or did you move it?

A.   I -- I stayed there, because I was so afraid. It was terrible, and I stayed there, and then, when they finally pulled in behind Demoulas, I moved along and I saw that man lying on the ground.

           MR. YEAGER: Thank you. No further questions.

           MR. CRUZ: Just briefly, Your Honor.

RECROSS EXAMINATION OF JOYCE POWERS BY MR. CRUZ:

Q.   Ma'am, when you saw those two cars pull out in front of you, neither of those cars looked like a police vehicle to you, did they?

A.   No.

           MR. CRUZ: Thank you.

```
 1              THE COURT:  Okay.  You may step --
 2              MR. YEAGER:  May this witness be --
 3    I'm sorry.
 4              THE COURT:  Counsel.
 5              MR. YEAGER:  May this witness be
 6    excused?
 7              THE COURT:  Yes, you may be excused.
 8    Thank you very much.  Please step down.
 9              THE CLERK:  Watch your step --
10              MR. YEAGER:  If it please the Court,
11    the next witness is --
12              THE CLERK:  -- stepping down.  Right?
13    Be careful stepping down.
14              THE WITNESS:  Okay.
15    (WITNESS STANDS DOWN.)
16              MR. YEAGER:  Patrick Keane.
17    (PAUSE.)
18    (PATRICK KEANE, SWORN.)
19              THE CLERK:  Watch your step, sir.
20    Kindly have a seat.
21              Try and keep your voice up, please.
22    That's not an amplifier.
23              THE WITNESS:  All right.
24              THE COURT:  Good morning.
```

CERTIFICATE

I, MARY G. CARLETON, DO HEREBY CERTIFY THAT THE FOREGOING TRANSCRIPT (PAGES 1 THROUGH 36) IS A COMPLETE AND ACCURATE TRANSCRIPTION OF MY STENOGRAPHIC RECORD TAKEN TO THE BEST OF MY SKILL AND ABILITY.

MARY G. CARLETON
OFFICIAL COURT REPORTER