IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF MASSACHUSETTS


AMY ANAGNOS and THE ESTATE OF
THEODORE ANAGNOS,

        Plaintiffs,

v.                                                         Case No: 04-11664-JLT

THOMAS HULTGREN, in his official
and personal capacities,
CHRISTOPHER FINNERAL, in his personal
and official capacities,
OFFICER JOHN DOE, in his personal
and official capacities, and
THE CITY OF LOWELL, MASSACHUSETTS,

        Defendants.

---------------------------------

| | |
|---|---|
| ROLAND L. MILLIARD | DANIEL S. SHARP, PC |
| Counsel for plaintiffs | Co-counsel for plaintiffs |
| 1470 Lakeview Avenue, Unit 5 | 48 Locust Street |
| Dracut, MA  01826 | Marblehead, MA  01945 |
| 978-957-6799 | 781-639-1862 |
| | |
| ATTORNEY KIMBERLY McMAHON | ATTORNEY THOMAS FREDA |
| City Solicitor | Attorney for Defendant-Officers |
| City Hall, Law Department | 43 Thorndike |
| 375 Merrimack Street, RM. 51 | Cambridge, MA  02141 |
| Lowell, MA  01852-5986 | 617-494-1188 |
| 978-970-4050 | |

_____

PLAINTIFF'S NOTICE OF INTENTION
TO INVOKE RULE OF EVIDENCE 807

       The plaintiff files this notice of her intention to invoke Federal Rule of Evidence

807 in order to introduce the sworn, trial testimony of Joyce Powers of Lowell,

Massachusetts.  Ms. Powers was a witness in the criminal trial of Mr. Zazarra, <u>Commonwealth v. Thomas Zazzara</u>, Middlesex Superior Court No: 2002-1379-001-003.

<u>Rule 807 (A)</u>: The statements of Ms. Powers are evidence of a material fact.  She testified that Defendant-Finneral's car was driven "at least seventy miles per hour" in pursuit of Zazzara. (Exhibit 2; Trial Transcript, May 27, 2003, pg. 8), that the Zazarra and Finneral vehicles were "bumper to bumper" and that they "just flew out and just kept going." (Exhibit 2; pg. 9), that, "I stopped because I thought they were crazy." (Exhibit 2; pg. 9), that the "second car" (which would have been Finneral's) "didn't stop at the stop sign." (Exhibit 2; pg. 13), and that

> No.  The first one come out and the other one was bumper to bumper, like here comes one and her comes the other one, together….  And then the other one was on the bumper." (Exhibit 2; pg. 12.)

<u>Rule 807 (B)</u>: The statements by Ms. Powers are more probative on Defendant-Finneral's driving than any other statements available to the plaintiff through reasonable efforts as other witnesses to the actual driving of the vehicles are not known.

<u>Rule 807 (C)</u>: The general purposes of the rules of evidence and the interests of justice require that the jury be allowed to have Ms. Powers cross-examined and unimpeached testimony from the Zazarra criminal trial.  Ms. Powers has been reluctant to becoming involved in this civil case involving the Lowell Police Department.  This notice is served because the plaintiff does not know whether Ms. Powers will obey a subpoena to testify at the

trial of this matter.  Ms. Powers address is Her address is 390 Mammoth Road #9, Lowell, MA  01854.

          Respectfully Submitted,

          /s/ Daniel S. Sharp

          _____
          Daniel S. Sharp (BBO 565524)
          Attorney for Plaintiff
          196 Atlantic Avenue
          Marblehead, MA  01945
          781-639-1862

## CERTIFICATE OF SERVICE

The undersigned certifies that he/she caused a true copy of the document above to served by ECF upon on all counsel of record on May 3, 2006.

          /s/ Daniel S. Sharp_____