IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF MASSACHUSETTS

AMY ANAGNOS and THE ESTATE OF
THEODORE ANAGNOS,

      Plaintiffs,

v                                                                                      Case No: 04-11664-JLT

THOMAS HULTGREN, in his official
and personal capacities,
CHRISTOPHER FINNERAL, in his personal
and official capacities,
OFFICER JOHN DOE, in his personal
and official capacities, and
THE CITY OF LOWELL, MASSACHUSETTS,

      Defendants.

---------------------------------

| | |
|---|---|
| ROLAND L. MILLIARD | DANIEL S. SHARP, PC |
| Counsel for plaintiffs | Co-counsel for plaintiffs |
| 1470 Lakeview Avenue, Unit 5 | 48 Locust Street |
| Dracut, MA  01826 | Marblehead, MA  01945 |
| 978-957-6799 | 781-639-1862 |
| | |
| ATTORNEY KIMBERLY McMAHON | ATTORNEY THOMAS FREDA |
| City Solicitor | Attorney for Defendant-Officers |
| City Hall, Law Department | 43 Thorndike |
| 375 Merrimack Street, RM. 51 | Cambridge, MA  02141 |
| Lowell, MA  01852-5986 | 617-494-1188 |
| 978-970-4050 | |

_____

WITHDRAWAL OF

PLAINTIFF'S MOTION TO CONTINUE
TRIAL AND FOR LEAVE TO
<u>COMPLETE ONE DEPOSITION</u>

      The plaintiff moved to (1) continue the trial of this matter and (2) for leave to complete

the deposition of a third-party witness.  Those matters have been mooted.

**The motion to continue** was premised upon a "date-certain" state court case. But the "date-certain" in that state case has been changed due a change in the opposing parties' counsel. Therefore, the request has been rendered moot.

**The request for leave** to take a deposition was rendered moot by the court's order of 5/12/2006 which extending discovery until May 18th.

RELIEF REQUESTED

WHEREFORE, the plaintiff moves to withdraw the motion to continue the trial.

Respectfully Submitted,

/s/ Daniel S. Sharp_____
Daniel S. Sharp (BBO 565524)
Attorney for Plaintiff
196 Atlantic Avenue
Marblehead, MA  01945
781-639-1862

CERTIFICATE OF SERVICE

The undersigned certifies that he/she caused a true copy of the document above to served by ECF upon on all counsel of record on May 13, 2006

/s/ Daniel S. Sharp_____