UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS and THE ESTATE OF THEODORE ANAGNOS, DECEASED,<br>　　Plaintiffs<br><br>vs.<br><br>THOMAS HULTGREN, in his official and personal capacities, CHRISTOPHER FINNERAL, in his personal and official capacities, OFFICER JOHN DOE, in his personal and official capacities, and THE CITY OF LOWELL, MASSACHUSETTS<br>　　Defendants | C.A. NO. 04-11664-JLT |

**DEFENDANT CHRISTOPHER FINNERAL'S
REQUEST FOR HERAING ON HIS MOTION FOR SUMMARY JUDGMENT**

　　Now comes the Defendant Christopher Finneral, and requests that this Court grant him a hearing on his previously filed Motion for Summary Judgment. Said motion was filed with the Court on April 11, 2006, (and later supplemented with a certification pursuant to Local Rule 7.1(a)) and the Plaintiff has filed its opposition with the Court on April 28, 2006. This matter is currently scheduled for jury trial on May 30, 2006.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted
　　　　　　　　　　　　　　　　　　　　　By Defendant
　　　　　　　　　　　　　　　　　　　　　Christopher Finneral

　　　　　　　　　　　　　　　　　　　　　/s/"Thomas J. Freda"
　　　　　　　　　　　　　　　　　　　　　Thomas J. Freda , BBO #178150
　　　　　　　　　　　　　　　　　　　　　**Monahan & Padellaro**
　　　　　　　　　　　　　　　　　　　　　43 Thorndike Street
　　　　　　　　　　　　　　　　　　　　　Cambridge, MA  02141
Dated: May 16, 2006　　　　　　　　　　　Tel: (617)-494-1188

1