UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS and THE ESTATE OF ) <br> THEODORE ANAGNOS, DECEASED, ) <br>     Plaintiffs ) <br> ) <br> V. ) <br> ) <br> THOMAS HULTGREN, in his official and ) <br> personal capacities, CHRISTOPHER FINNERAL, ) <br> in his personal and official capacities, OFFICER ) <br> JOHN DOE, in his personal and official capacities, ) <br> and THE CITY OF LOWELL, MASSACHUSETTS ) <br>     Defendants ) | C.A. NO. 04-11664-JLT |

## DEFENDANT CITY OF LOWELL'S MOTION FOR SUMMARY JUDGMENT

Now comes the Defendant, City of Lowell ("City"), and requests that this Honorable Court enter judgment for the City in the above-captioned matter pursuant to Fed.R.Civ.P. 56. As grounds therefor, and more fully explained in the City's Memorandum of Law in Support of its Motion for Summary Judgment, no genuine issues of material fact exist, and the City is entitled to judgment as a matter of law.

In accordance with Local Rule 56.1, the City has submitted a Statement of Undisputed Facts to the Court.

May 22, 2006                             **CITY OF LOWELL, DEFENDANT**

/s Kimberley A. McMahon
Kimberley A. McMahon, Assistant City Solicitor
BBO # 641398
City of Lowell Law Department
375 Merrimack Street, 3rd Fl.
Lowell MA 01852-5909
(978) 970-4050
FAX (978) 453-1510