UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS and THE ESTATE OF THEODORE ANAGNOS, DECEASED,<br>　　Plaintiffs<br><br>V.<br><br>THOMAS HULTGREN, in his official and personal capacities, CHRISTOPHER FINNERAL, in his personal and official capacities, OFFICER JOHN DOE, in his personal and official capacities, and THE CITY OF LOWELL, MASSACHUSETTS<br>　　Defendants | C.A. NO. 04-11664-JLT |

LIST OF EXHIBITS ATTACHED TO
DEFENDANT CITY OF LOWELL'S STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Exhibit 1:  Deposition of Thomas Hultgren, pp. 37-39, 49

Exhibit 2:  Affidavit and Statement of Police Officer Christopher Finneral

Exhibit 3:  Deposition of Christopher Finneral, pp. 1, 18-29, 34-45

Exhibit 4:  Deposition of Amy Barnes, pp. 1, 7-9, 13-21, 25-26, 29, 31-34, 37-39, Exh. No. 1-ID

Exhibit 5:  Lowell Police Dispatch Records

Exhibit 6:  Trinity EMS, Inc. Patient Care Report, pp. 1-3

Exhibit 7:  Greater Lowell EMS records, 3 pages

Exhibit 8:  Records of Lowell General Hospital, 9 pages

Exhibit 9:  Records of Russell Hart, LICSW, 18 pages

Exhibit 10:  Complaint for Divorce

Exhibit 11: Transcript Interview of Thomas Zazzara, pp. R-13, R-15, R28-30