**THOMAS HULTGREN**
**February 15, 2006**

EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS
C.A. No. 04-11664-JLT

*******************************************

AMY ANAGNOS and THE ESTATE OF
THEODORE ANAGNOS, DECEASED,
    Plaintiffs
vs.
THOMAS HULTGREN, in his official and
personal capacities, CHRISTOPHER FINNERAL,
in his personal and official capacities,
OFFICER JOHN DOE, in his personal and
official capacities, and
THE CITY OF LOWELL, MASSACHUSETTS,
    Defendants

*******************************************

-AND-                       C.A. No. 04-11665-WGY

*******************************************

ANDREW ANAGNOS and IRENE ANAGNOS-HATGIS,
    Plaintiffs
vs.
THOMAS HULTGREN, in his official and
personal capacities, CHRISTOPHER FINNERAL,
in his personal and official capacities,
OFFICER JOHN DOE, in his personal and
official capacities, and THE
CITY OF LOWELL, MASSACHUSETTS,
    Defendants

*******************************************

DEPOSITION OF: THOMAS HULTGREN

LAW OFFICES OF ROLAND L. MILLIARD

1470 Lakeview Avenue

Dracut, Massachusetts

February 15, 2006    10:10 a.m.

Linda A. Fowler - Certified Shorthand Reporter

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA  Worcester, MA  Boston, MA  Lawrence, MA  Providence, RI

THOMAS HULTGREN
February 15, 2006

Page 34

1 handing you an object and your gesture is
2 converse or just the exact opposite as you were
3 handing me an object.
4   Q.  Okay. So are you saying, if I
5 understand you right, you are saying you could
6 see a person stick their hand out of the
7 Mercedes and you could see a person stick their
8 hand out of the Toyota at the same time?
9   A.  Yes, sir.
10  Q.  Okay. But you just couldn't see
11 what was happening between their two hands?
12  A.  Correct.
13      MR. SHARP: Okay. I would like to
14 mark another exhibit.
15
16      (Exhibit 4, map, marked)
17
18  Q.  (By Mr. Sharp) And I wonder,
19 Officer Hultgren, if you can please put a mark
20 on this map as to where the Camry and the
21 Mercedes stopped --
22  A.  (Witness complying)
23  Q.  -- if you can remember where they
24 stopped.

Page 35

1   A.  (Witness complying) Let's see. I
2 would say that -- I couldn't tell you exactly
3 what the footage is on this map or anything. I
4 will pick a spot.
5      So I would have to say that I don't
6 know exactly on Ashton Ave., but it was on
7 Ashton Ave. I would say that both cars stopped
8 side by side.
9   Q.  I can't see it from here. Did you
10 put a circle there?
11  A.  Two little cars.
12  Q.  Two little cars. Okay. And then
13 where did you stop the Buick?
14  A.  Where did I stop the Buick?
15  Q.  Yeah.
16  A.  The Buick never stopped.
17  Q.  It didn't?
18  A.  You are asking me when I stopped
19 the Buick?
20  Q.  Well, where did the Buick stop, if
21 it did stop?
22  A.  The Buick stopped. I just marked
23 it right there. There was two cars. I'm sorry.
24 The Buick? Pardon me.

Page 36

1   Q.  Okay.
2   A.  Our car that we were driving in?
3   Q.  Right.
4   A.  Pardon me. We were back I couldn't
5 tell you exactly how far, but we were back, I
6 don't know, maybe 150 yards, 200 yards. I'm
7 guessing.
8   Q.  Okay. And that's the Buick is the
9 police car? The smooth car is the single car
10 that you've drawn there. Right?
11  A.  Behind is.
12  Q.  Okay. Great. And so you saw some
13 type of what you thought was an exchange and
14 then what happened?
15  A.  We discussed we were going to stop
16 the cars. I talked to Detective Finneral and
17 told him that we will pull up to the cars, I
18 will stay with the silver car, and you go with
19 the maroon car.
20  Q.  The Camry?
21  A.  Exactly, yes.
22  Q.  Okay.
23  A.  We got up to the cars. I jumped
24 out of the Buick. As I did that the Camry

Page 37

1 started to drive away and the Buick followed.
2 Detective Finneral was driving.
3      The silver car which is the
4 Mercedes that Thomas Zazarra was driving started
5 to back up toward me at me.
6   Q.  Okay. Now, let's just stick with
7 the Camry for a second.
8   A.  Okay.
9   Q.  What happened next with the Camry?
10  A.  It left. It continued straight on
11 Ashton Ave.
12  Q.  Okay. And were you able to -- so
13 did the Camry make a turn then at the end of
14 Ashton?
15  A.  I don't know where the Camry went.
16  Q.  Okay. So then please describe what
17 happened with the Mercedes.
18  A.  I got out of the Buick. The
19 Mercedes started to back up toward me. I
20 stepped aside. I pulled out my gun and yelled
21 out that I was the police, to stop the car.
22  Q.  Okay. Then what happened?
23  A.  The driver, Thomas Zazarra, put it
24 in drive and pulled up into a driveway on a

10 (Pages 34 to 37)

CATUOGNO COURT REPORTING SERVICES
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

THOMAS HULTGREN
February 15, 2006

Page 38

1  piece of property that was right next to where
2  they were stopped.
3      Q.  So he backed up toward you and then
4  after you spoke to him he took a right into a
5  driveway. Is that right?
6      A.  Correct.
7      Q.  Okay. Now, just by the way, this
8  Mercedes, can you approximate or maybe you know
9  by now what year it was?
10     A.  I don't know.
11     Q.  I think it was, like, a nice
12 brand-new SL 500 or --
13     A.  You know, I would have to look at
14 the records to see what it was, but I don't
15 remember. I'm going to guess that it was -- I
16 think it was a Mercedes 300, and the vehicle was
17 in the '90s, I think. I'm not positive.
18     Q.  Okay. But it wasn't, like, a
19 brand-new one?
20     A.  I don't know.
21     Q.  Not sure. Okay. Fine. So what
22 happens next?
23     A.  Well, I was continuing with the
24 person in the Mercedes. I was yelling at them

Page 39

1  to stop, I was the police, and he was driving up
2  into a driveway which led into the backyard of
3  the house.
4      As I was pursuing on foot I could
5  see Thomas Zazarra looking in the rearview
6  mirror. He wasn't going very fast. I just kept
7  yelling at him to stop.
8      Q.  Okay. So what happens next?
9      A.  He gets to the back of the
10 property. He starts to slow down. My opinion
11 was that maybe he thought that was the end of
12 the driveway.
13     He was slowing down but once he
14 reached the back, the very back of it, he must
15 have been able to see that it was actually,
16 like, a horseshoe driveway around the whole
17 house, and he just sped off back out of the
18 driveway out of the other side.
19     Q.  All right. And at this point where
20 is the Buick?
21     A.  The Buick at the point where the
22 Mercedes took off backed up Ashton Ave. from
23 where we came from. He started going up Ashton
24 Ave. towards Willard Street, and the Buick had

Page 40

1  come by in the same direction as where the
2  Mercedes was taking off.
3      Detective Finneral was driving and
4  I yelled out to Detective Finneral to get the
5  plate of the Mercedes. I had a partial plate at
6  the time.
7      Q.  All right. So what happens next?
8      A.  They leave the area. I'm on foot.
9  They go up Ashton Ave., the Mercedes. I can
10 hear some screeching up at the end of Ashton
11 Ave. by Willard, and I see that the Mercedes
12 goes left and the Buick which Chris is driving
13 is following and follows down the street.
14     I'm basically running on foot up
15 toward up Ashton Ave. toward Willard and I'm
16 listening on the radio trying to call in also,
17 and Detective Finneral calls out that a
18 pedestrian was struck and --
19     Q.  Okay. Now, can you estimate the
20 speed that the Mercedes attained when it was
21 getting toward Cheever Avenue or Willard Street?
22     A.  You are asking me to guess how fast
23 a person is going when I'm on foot?
24     Q.  Right.

Page 41

1      A.  My estimation is he was going fast.
2  That's all I can say. I couldn't tell you how
3  fast.
4      Q.  Okay. Can you say he was going
5  more than 35?
6      A.  I don't know.
7      Q.  Okay. And as the Mercedes got
8  toward Cheever, how closely was Officer Finneral
9  following the Mercedes?
10     A.  I don't remember. It wasn't a lot
11 of distance, but I couldn't say that there was,
12 you know, X amount of feet. I couldn't. I
13 don't know how closely.
14     Q.  Do you think there was as much as a
15 hundred feet between them?
16     A.  I don't know. I was down the
17 street. I was looking straight up the street.
18 I know that the Mercedes took the left before
19 the Buick, so he was behind them. I couldn't
20 estimate. I don't know. The answer to that is
21 I don't know.
22     Q.  Okay. There is a stop sign at
23 Ashton and Cheever. Right?
24     A.  Yes.

11 (Pages 38 to 41)

CATUOGNO COURT REPORTING SERVICES
Springfield, MA    Worcester, MA    Boston, MA    Lawrence, MA    Providence, RI

THOMAS HULTGREN
February 15, 2006

Page 46

1  accident that you wrote the report?
2  A.  Yes, sir.
3  Q.  Why the day after?
4  A.  Because I left work.
5  Q.  Did you leave work, you know, was
6  the accident such that, you know, I mean, did
7  you want to just leave work, Geez, this guy just
8  got run over, I feel rotten, I want to go home,
9  or was it just the end of the day so you went
10 home?
11      MS. MCMAHON:  Objection.
12      MR. FREDA:  You can answer.
13      THE WITNESS:  We were taken to the
14 hospital after that.
15 Q.  (By Mr. Sharp) Okay.  So do you
16 know why you were taken to the hospital?
17 A.  Because it was a traumatic
18 experience, and basically when you go through a
19 traumatic experience you should be checked
20 medically.
21 Q.  And what were the results?  As far
22 as you understand them, what were the results of
23 any examination that you underwent at the
24 hospital?

Page 47

1       MR. FREDA:  Objection.
2       THE WITNESS:  I was okay.
3  Q.  (By Mr. Sharp) And what
4  examinations did you undergo at the hospital?
5  A.  They take your blood pressure; they
6  check your heart; those type of things.
7  Q.  Was there a psychological type
8  interview --
9  A.  No.
10 Q.  -- at any time?
11 A.  No.
12 Q.  Did you talk to a doctor or a nurse
13 about what you had observed?
14 A.  Yes, sir.
15 Q.  And what hospital was that?
16 A.  Saints Memorial.
17 Q.  Do you know whether Officer
18 Finneral went to Saints also?
19 A.  Yes, sir.
20 Q.  Did you go there together?
21 A.  Yes.
22 Q.  Were you in an examining room when
23 Officer Finneral was examined?
24 A.  Yes, I think so.

Page 48

1  Q.  Okay.  And do you know -- to the
2  extent that you understand it, do you know what
3  his condition was?
4       MR. FREDA:  Objection.
5       THE WITNESS:  Do I know what his
6  medical condition was?
7       MR. SHARP:  To the extent that you
8  understand it.  I know you are not a
9  doctor.  Neither am I.
10      THE WITNESS:  I would say that he
11 was okay.
12 Q.  (By Mr. Sharp) All right.  And did
13 he have a conversation with a nurse or a doctor
14 about the events?
15 A.  Yes.
16 Q.  And that would have been at Saints
17 also?
18 A.  Correct.
19      MR. SHARP:  Let's just take a break
20 for a minute.
21
22      (Off the record)
23
24      MR. SHARP:  Back on the record.

Page 49

1  Q.  (By Mr. Sharp) What were you
2  wearing that day?
3  A.  Pants and a shirt.
4  Q.  Okay.  What kind of shirt?
5  A.  Like, a button-down shirt probably.
6  Q.  Okay.  Shortsleeved?
7  A.  I don't know.
8  Q.  And what kind of pants?
9  A.  Regular pants.
10 Q.  Well, do you remember whether they
11 were Levis?
12 A.  Nope.  I don't remember.
13 Q.  Okay.  What about your badge?
14 Where were you keeping your badge that day?
15 A.  My belt.
16 Q.  Which side?
17 A.  My left side.
18 Q.  When you stopped the Buick behind
19 the Camry and the Mercedes and they were next to
20 each other, could you hear music or a radio
21 coming from either car?
22 A.  No.
23 Q.  Are you able to say that there was
24 no music or radio coming from either car?

13 (Pages 46 to 49)

CATUOGNO COURT REPORTING SERVICES
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS and THE ESTATE OF THEODORE ANAGNOS, DECEASED, Plaintiffs<br><br>vs.<br><br>THOMAS HULTGREN, in his official and personal capacities, CHRISTOPHER FINNERAL, in his personal and official capacities, OFFICER JOHN DOE, in his personal and official capacities, and THE CITY OF LOWELL, MASSACHUSETTS Defendants | ) C.A. NO. 04-11664-JLT<br>)<br>)<br>)<br>)<br>)<br>) Affidavit of Christopher Finneral<br>)<br>)<br>)<br>)<br>) |

I, Christopher Finneral, on oath depose and state as follows:

1. I am a Defendant in the above-entitled matter;

2. I did not know Thomas Zazzara prior to July 31, 2001 and only learned about him after he had killed Theodore Anagnos.

3. I did not know Theodore Anagnos prior to July 31, 2001.

4. My intent in pursing Thomas Zazzara was to apprehend him because I believed he had committed a drug offense in my presence and also because I believed he had injured my partner, Thomas Hultgren when Officer Hultgren sought to stop him for the drug offense we had observed him commit.

5. I did not intend to harm Thomas Zazzara, only to apprehend a fleeing suspect. Mr. Zazzara, although having the opportunity to stop, on his own fled the area at a high rate of speed. I followed Mr. Zazzara while he traveled on City streets, endangering oncoming traffic.

6. I followed Mr. Zazzara for approximately 20 seconds, before I saw his vehicle strike Mr. Anagnos. During this pursuit, I did not intend to worsen anyone's legal plight.

7. After striking Mr. Anagnos, Mr. Zazzara continued in his vehicle to flee the area. He never came to a stop at the scene of the impact with Mr. Zazzara. I apprehended him when somewhere down the road, his vehicle no longer operating.

8. I adopt the two page statement I provided to the Lowell Police on August 2, 2001 as an accurate account of the events of July 31, 2001, a copy of which is attached.

Subscribed and sworn to under the pains and penalties of perjury this 29th day of March, 2006.

/s/ Christopher Finneral
Christopher Finneral

EXHIBIT 2

# LOWELL MA, POLICE DEPT
## VICTIM / WITNESS STATEMENT REPORT

DATE: August 2, 2001   TIME: 3:00 PM   TEL: 937-3242

MY NAME IS: Finneral, Christopher

ADDRESS: 50 Arcand Drive

DOB: 1/16/68   COMPOSITE FORMED? No

OCCUPATION: Police Officer   AT: Lowell Police Department
I am making a voluntary statement to officer (s): Lt. Powers, Lt. Buckley
What is the highest School grade you attended: College Degree in Criminal Justice
Are you presently under doctors care? Yes
Are taking any medication? No
Have you been drinking alcoholic beverages? No
Have you recently used any form of controlled substances? No

Summary:

For several days I was assisting Tom Hultgren in an investigation of stolen Oxycontin and an armed robbery. The robbery occurred at the CVS on Bridge St. in Lowell. On 7/31/01 we continued with this investigation. As a result of information obtained, we had set up surveillance on 423 Textile Ave. in Dracut. The targets of this surveillance were John Smith, Allan Lewis, and Kim Lewis/Smith. During the course of the surveillance we were able to identify the previously mentioned targets and could see that all three parties were at the residence.

At some point during the early afternoon I could see a small red Toyota Camry pull onto the grass area of 423 Textile Ave. There were two occupants inside the car. John Smith approached the car and conducted a transaction with the passenger of the motor vehicle. Smith leaned into the passenger side of the motor vehicle and conducted a hand-to-hand transaction that was consistent with a drug transaction based on my training and experience. Smith then stepped away from the car and the car pulled a u-turn heading back into Lowell. Hultgren and I made a decision to follow the Camry. I believe the last two letters of the license plate were "PO". We followed this M/V into Lowell, back to Dracut, and then into Lowell again. The vehicle ended up entering the shopping plaza at 1200 Bridge St. Once inside the parking lot, the Camry circled around the lot without stopping. The car then exited the parking lot. I could see that there was a heavy set Spanish female driving the car. I saw her face on more than one occasion. I could also see what appeared to be a smaller dark-skinned person in the passenger seat. I was unable to tell whether the second passenger was a male or a female. Hultgren and I maintained our surveillance from four or five cars back of the Camry. The Camry traveled outbound toward Dracut on Bridge St. It took a right onto Pleasant St. in Dracut. Hultgren then contacted Dracut PD via radio and asked for assistance in stopping the car. Before a cruiser was dispatched, the Camry took a right turn on Willard St. back into Lowell. At that time, Hultgren canceled the assistance from Dracut. The car traveled inbound on Willard St. and took a left turn onto Ashton St. As we turned onto Ashton St., I could now see a silver or gray Mercedes Benz in front of the Camry. The Mercedes continued down the street to the end and stopped at the entrance to the Pemberton Apartments. The Camry

WITNESS (S) _Lt. M Buckley_ SIGNATURES _[signature]_

PAGE 1 of 2    FILE NAME =statement

## LOWELL MA, POLICE DEPT
## VICTIM / WITNESS STATEMENT REPORT

pulled up next to the Mercedes. The passenger of the Camry and the driver of the Mercedes then conducted a hand-to-hand exchange while both still seated within their own vehicles. Based on my training and experience I believed this to also be a drug transaction. We began to approach the two M/V's. As this was happening, the Camry then began to drive away. I could now see that it was a 300E Mercedes with license plate 4488LO. Hultgren and I conversed and agreed that he would approach the Mercedes on foot, and I would follow the Camry in the car. Hultgren exited the car and identified himself as the police ordering the Mercedes to stop. The Mercedes then began to back up away from Hultgren. I could hear Hultgren screaming for the car to stop. At this time for safety concerns, I decided to stay with Hultgren and let the Camry go. I backed the car up. I could see the Mercedes driving up a driveway with Hultgren running besides the car ordering him to stop. I also began to drive up the driveway to assist Hultgren. Once the Mercedes reached the top of the driveway, I saw it accelerate around the corner. As the Mercedes was doing this, I saw Hultgren fall off to the side of the driveway. I thought that the Mercedes had hit Hultgren. Hultgren was yelling to me. He was saying, "Get him, get him". I began to follow the Mercedes down the driveway. When it hit Ashton St. it accelerated at a high rate of speed down the street. When it got to the end of the street, it went through two stop signs. As it went through the second stop sign, it nearly collided with a white motor vehicle on Willard St. The car on Willard St. had to slam on its brakes to avoid a collision. I kept the Mercedes in sight as I followed it onto Willard St. I yielded to the traffic that had already stopped on Willard St. from the erratic driving of the Mercedes. I was attempting to call in the license plate on my portable radio. I was requesting help from marked police units to stop the Mercedes. The driver of the Mercedes continued to accelerate as it traveled down Willard St. I could see a pedestrian crossing the street from right to left. I could see the pedestrian in the middle of the street. The Mercedes continued to accelerate down the street and veered into the left hand lane. As he did this, the pedestrian was directly in his path. The Mercedes hit the pedestrian and threw him high into the air. I never saw any activated brake lights on the Mercedes. Upon seeing this collision, I immediately radioed for medical assistance. The Mercedes continued inbound on Willard St. and took a right into the rear of Market Basket. I saw the vehicle turn and I followed him around the corner. As I turned the corner the Mercedes was parked close to the side of the parking area beneath the overhanging tree limbs. I then observed a white male exiting the driver's side of the Mercedes. He was a large white male wearing a white shirt and blue shorts with a bandanna covering his head. He had blood splatter on his exposed skin and what appeared to be broken glass on him. I exited my car and drew my service weapon. I ordered the male to the ground at gunpoint. I radioed my position and requested back up. After a short time, Sgt. Russ Taylor and Lt. Jon Webb arrived and assisted me. The male on the ground that was operating the Mercedes was identified as Thomas Zazzara (12/3/56). I also observed extensive damage to the roof, windshield, hood, grill, and front end of the Mercedes.

WITNESS (S) _H. M Buckley_    SIGNATURES _[signature]_

PAGE 2 of 2    FILE NAME =statement

**CHRISTOPHER FINNERAL**
February 6, 2006

**EXHIBIT 3**

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

*******************************

AMY ANAGNOS and THE ESTATE          C.A. No. 04-11664-JLT

OF THEODORE ANAGNOS, DECEASED,

                Plaintiffs

VS.

THOMAS HULTGREN, in his official and

personal capacities, CHRISTOPHER FINNERAL,

in his personal and official capacities,

OFFICER JOHN DOE, in his personal

and official capacities,

and THE CITY OF LOWELL, MASSACHUSETTS,

                Defendants

************************************************

DEPOSITION OF CHRISTOPHER FINNERAL

Law Office of Roland L. Milliard

1470 Lakeview Avenue

Dracut, Massachusetts

February 6, 2006          10:15 a.m.

Annmarie Pereira

Court Reporter

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

**CHRISTOPHER FINNERAL**
**February 6, 2006**

Page 18

1  A. Yes.
2
3      MRS. McMAHON: Are you just putting page
4  one of three as the Exhibit 1?
5      MR. SHARP: Yes.
6      MRS. McMAHON: Just the first page.
7
8      Q. And you notice there's a patient name of
9  Theodore Anagnos?
10     A. Yes.
11     Q. Okay. And according to Exhibit number 1,
12 this ambulance was dispatched at 13:21.
13     A. Yes.
14     Q. Okay. So, that would be 1:20 in the
15 afternoon?
16     A. One twenty-one.
17     Q. One twenty-one in the afternoon, does that
18 strike you as being approximately when this accident
19 involving Officer Anagnos occurred?
20     A. I'm sure it's accurate.
21     Q. Okay. So, if the accident took place at
22 1:21, does that help you at all remember
23 approximately when it is you got to work that day?
24     A. No.

Page 19

1      Q. After you got to work, after you got to
2  work that day, what's the first thing you can recall
3  doing?
4      A. I don't recall the first thing I did at
5  work that day.
6      Q. Well, what's the first thing that you can
7  recall doing at work that day?
8      A. The only thing I remember -- the first
9  thing I remember about that day is sitting in the
10 parking lot of Dracut Dispatch News during a
11 surveillance on the house on Textile Ave.
12     Q. Okay. So, you don't remember getting in a
13 car and driving over to that parking lot?
14     A. I know I did that, but I don't understand
15 the -- no, that's not my memory of the day getting in
16 the car. I get in and out of a car every day, so I
17 don't have a fond memory of getting in or out of a
18 car. I know I was in one that day, yes.
19     Q. Um-hmm.
20     A. I don't remember when I did it.
21     Q. And do you remember what, what car it was?
22     A. I remember what car it was, yes.
23     Q. Okay. What car was it?
24     A. It was a Buick Century, and I believe

Page 20

1  there's only one in the police department, so.
2      Q. And as between you and officer or Detective
3  Hultgren, you were the driver that day; right?
4      A. Yes.
5      Q. So, do you remember getting into the Buick
6  Century and driving over to the parking lot where you
7  were conducting surveillance?
8      A. Yes.
9      Q. Okay. So, you remember getting into the
10 car at the police department?
11     A. I'll say it again. I don't have a fond
12 memory of getting into the car. I did get into the
13 car, and I did drive to Dracut Dispatch parking lot.
14     Q. Do you have any idea why you used the Buick
15 Century that day?
16     A. Yes.
17     Q. Why?
18     A. Because it's what we call at the police
19 department as a smooth car, and it has no -- it's not
20 a Crown Victoria which is what we call the unmarked
21 car. They're what's called an undercover car or a
22 smooth car, and that's why we took that car that day.
23     Q. Okay?
24     A. So, we would be less likely to be observed.

Page 21

1      Q. And the Buick Century, did you have other
2  smooth cars available in the department?
3      A. Not -- I did not have access to any other
4  smooth cars, no. That's the only one that was
5  available to people in the criminal bureau.
6      Q. What other cars of any type were available
7  to people in the criminal bureau that day?
8      A. We have probably I don't know four or five
9  unmarked Crown Victorias that are assigned to the
10 criminal bureau.
11     Q. Okay. But everybody knows that's an
12 unmarked police car when they see it; right?
13     A. I believe so, yes.
14     Q. Okay. And did you have any cruisers
15 available to the criminal bureau?
16     A. We don't have any cruisers assigned to the
17 criminal bureau that I know of.
18     Q. Okay. So, it's you take one. Your choice
19 is you take one of the Crown Victorias that every
20 criminal recognizes or you take the Buick Century
21 that they might not recognize; right?
22     A. Yes.
23     Q. Okay. Now, you've mention, what did people
24 do in the criminal bureau?

6 (Pages 18 to 21)

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

# CHRISTOPHER FINNERAL
## February 6, 2006

### Page 22

1  A. The criminal bureau investigates what I
2  guess most people would consider the more serious
3  crimes, robbery, rapes, stabbings, shootings,
4  homicides, stuff like that.
5  Q. And the criminal bureau also conducts the
6  drug surveillance?
7  A. No.
8  Q. Okay. What department or division conducts
9  drug surveillance?
10  A. Vice Narcotics.
11  Q. So, why were you doing drug surveillance?
12  I mean, if you agree with me, that you were doing
13  drug surveillance?
14  A. I don't.
15  Q. Okay. What was it that you were doing in
16  the parking lot?
17  A. We were investigating a robbery.
18  Q. All right. And you had some reason to
19  believe that the people in the house you were
20  observing were connected to that robbery?
21  A. Yes.
22  Q. And, so, what were you hoping to see at
23  that location?
24

### Page 23

1  MRS. McMAHON: Objection.
2
3  A. I wasn't hoping to see anything. It was
4  part of the investigation. We had information that
5  the person that may be involved lived there and we
6  were watching the location. It was part of the
7  investigation.
8  Q. In relation to the day you were in the
9  parking lot, when did the drugstore robbery take
10  place?
11  A. I don't know.
12  Q. Can you recall whether it was a month
13  earlier or two days earlier?
14  A. No, it was a recent robbery.
15  Q. Okay?
16  A. It was, you know, an active case.
17  Q. Okay. So, probably took place within a
18  week of your surveillance?
19  A. I, if I had to guess, I would say, yes,
20  within a week.
21  Q. Do you think it would have been within a
22  day or two?
23  A. I couldn't say. It was a fresh case. It
24  had just happened, and it was a sizeable robbery and.

### Page 24

1  Q. Okay. And was the robbery of money or
2  pharmaceuticals or both?
3  A. Pharmaceuticals.
4  Q. And the pharmaceutical was Oxycontin?
5  A. Correct.
6  Q. Okay. Were there more than just Oxycontin
7  or it was a theft of Oxycontin?
8  A. There may have been more. I'm not sure.
9  Q. Okay. But you recall the Oxycontin for
10  sure?
11  A. Yes.
12  Q. And, so, can you help me to understand why
13  the criminal bureau was investigating that as opposed
14  to Vice and Narcotics?
15  A. I'll help you the best I can. It was a
16  robbery. We were investigating the robbery part of
17  it.
18  Q. Okay. What kind of things did you do when
19  you went to the parking lot and you were conducting
20  surveillance on a house, right, or it was an
21  apartment building?
22  A. It was a house.
23  Q. A house, okay. And what were you expecting
24  that you might see at the house?

### Page 25

1  A. We were -- once again, I wasn't hoping to
2  see anything. We believed that to be the location of
3  somebody involved with the robbery.
4  Q. Okay. But, I mean, like, if you saw him
5  come out on the porch, were you going to arrest him
6  or, you know, you must have had some reason for
7  conducting the surveillance other than just looking
8  at the house?
9  A. I could not say what. I don't understand
10  what you're getting at. We were conducting a
11  surveillance on a house.
12  Q. Did you have an arrest warrant at that
13  time?
14  A. No, not that I know of.
15  Q. As between you and was it Detective
16  Hultgren at the time?
17  A. Yes.
18  Q. So, you were both detectives?
19  A. Yes.
20  Q. As between the two of you, who was in
21  charge?
22  A. We share the same rank.
23  Q. Okay. So, there wasn't a senior?
24  A. No.

7 (Pages 22 to 25)

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA    Worcester, MA    Boston, MA    Lawrence, MA    Providence, RI

CHRISTOPHER FINNERAL
February 6, 2006

Page 26

1  Q. Okay. All right. So, do you recall a
2  Toyota pulling up to the house?
3  A. Yes.
4  Q. Okay. How long had you been there before
5  the Toyota arrived?
6  A. I don't recall.
7  Q. Do you think it was more than an hour?
8  A. I don't recall.
9  Q. Do you think it was less than an hour?
10 A. I don't recall.
11 Q. But you do recall a Toyota pulling up?
12 A. Yes.
13 Q. Did the Toyota pull up to the curb or did
14 it actually pull up onto the lawn in this house?
15 A. It pulled onto the driveway. I think it
16 was a dirt driveway.
17 Q. Okay. And then what happened next?
18 A. A person came out of the house, and there
19 was a transaction that took place between the
20 occupants of the car and the person that came out of
21 the house and then the car left.
22 Q. Can you describe that transaction?
23 A. It was consistent with what we believed to
24 be a drug transaction.

Page 27

1  Q. Were you actually able to see the person
2  from the house hand something to the driver?
3  A. There was an exchange, yes.
4  Q. And was it the driver's side or the
5  passenger's side where this exchange occurred?
6  A. Passenger's side, I believe.
7  Q. Were you able to see somebody from the car
8  actually hand something to the person from the house?
9  A. That's what I believe transpired, yes.
10 Q. Okay. But could you actually see something
11 going --
12 A. That's what I believe to have taken place,
13 yes.
14 Q. Well, hold on a second, okay. Did you
15 actually see something being transferred from one
16 person's hand into another?
17 A. That's what I believe transpired, yes.
18 Q. All right. I know that you believe that
19 that's what transpired. I appreciate that. But I'm
20 asking something a little bit different. Did you
21 actually see something exchanged?
22 A. That's what I believe transpired. That's
23 what appeared to have happened, yes.
24 Q. Okay. Then what happened next?

Page 28

1  A. The Camry left and we followed the Camry.
2  Q. All right. And this was a maroon color?
3  A. Yes.
4  Q. And for how long did you follow the Camry?
5  A. I couldn't put a length of time on it, but
6  it was for a couple of miles and then the car
7  zigzagged its way over towards the DeMoulas parking
8  lot on Bridge Street at several different times
9  backtracking and making no sense with the direction
10 of travel.
11 Q. The DeMoulas, is that the Market Basket?
12 A. Market Basket, DeMoulas, I guess.
13 Q. It's the same thing?
14 A. Yes.
15 Q. I just went by there, so I wanted to make
16 sure I had the right place. And the car was
17 sometimes in Lowell and sometimes in Dracut?
18 A. I'm not sure that that Camry went into
19 Dracut until after it got in the parking lot on
20 Market Basket.
21 Q. Okay. And at some point it, like, pulled a
22 loop around some type of parking lot; is that right?
23 A. No, it entered the parking lot at Market
24 Basket, and it made several loops up and down the

Page 29

1  rows of cars in Market Basket and then pulled back
2  out onto Bridge Street heading towards Dracut at that
3  time.
4  Q. Okay. And you continued to follow it?
5  A. Yes.
6  Q. Now, at some point you noticed that the
7  Camry was following a Mercedes; is that right?
8  A. My memory on that is that, that I don't --
9  I'm not sure that I knew that until they turned on
10 Ashton Street that they were together.
11    I'm not sure when I picked up on it, but
12 when they both pulled onto Ashton Street, it seemed
13 apparent that they had hooked up in DeMoulas parking
14 lot there.
15 Q. Okay. But you didn't see that they had
16 hooked up, you just deduced that one car was
17 following the other?
18 A. I didn't see them hookup, no.
19 Q. And when they pulled onto Ashton Street,
20 that was off of what street?
21 A. It may be off of Cheevers Street, actually,
22 off Cheevers Street but the main road would be
23 Willard Street. It's a funny intersection. A little
24 triangle intersection where Cheevers and Ashton and

8 (Pages 26 to 29)

CATUOGNO COURT REPORTING SERVICES
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

**CHRISTOPHER FINNERAL**
February 6, 2006

Page 34

1  Dracut, but Willard, so, I guess I'm looking at map
2  number two.
3     Q.  Now, you're looking at Exhibit number 2?
4     A.  Exactly. I'm not sure where Willard Street
5  turns to Broadway Road. And prior to being on
6  Willard slash Broadway, they were on Arlington
7  Street.
8          And Arlington Street is, actually, it is
9  shown over on the right-hand side on three, but they
10 weren't over there. They were up here at that
11 triangle part there.
12    Q.  All right. So, they came toward this funny
13 intersection? This "Y" shaped intersection?
14    A.  Um-hmm.
15    Q.  From Arlington Street?
16    A.  Or, yes, Arlington to Broadway to Willard
17 to Cheever, Ashton, whatever that intersection is
18 there.
19    Q.  Could you take the highlighter and on
20 either map, number two or number three whatever is
21 easier, just draw the route that they took to get to
22 Ashton?
23    A.  Sure.
24    Q.  Okay.

Page 35

1
2          (Witness complies.)
3
4     Q.  No, use the highlighter.
5     A.  I was going to write where DeMoulas is on
6  here, the parking lot.
7     Q.  Let's do the route.
8     A.  I believe DeMoulas is over in this area.
9  They come out of the parking lot. They come up
10 Bridge Street onto Pleasant onto Arlington onto
11 Broadway. The funny intersection, Ashton, and ended
12 up at the end of Pemberton Street.
13    Q.  Okay. All right. So, let's just have the
14 record reflect that Officer Finneral has highlighted
15 this route on Exhibit number 2. Okay. All right.
16         So, they pull over down where you've put
17 that highlighter "X" on Exhibit number 2 and then
18 what happens?
19    A.  What happens, the two cars pull up next to
20 each other, observe what appears to be another
21 transaction between the two vehicles. Me and my
22 partner were pulled to the side of the road back
23 aways when the second transaction takes place.
24         We begin to slowly move up to the road

Page 36

1  towards the two vehicles, and we have some discussion
2  about what's going to happen.
3     Q.  All right. Now, let me just stop you there
4  for a second. Can you put an "X" on Exhibit number 2
5  where you and Officer Hultgren were when you saw this
6  transaction?
7     A.  I don't know exactly where we were.
8     Q.  I understand. But can you put an "X" at
9  the best approximate area where you think you were.
10    A.  I don't know exactly. We were back a
11 couple of hundred feet from where the two vehicles
12 were. You want an "X" with a pen?
13    Q.  Sure.
14
15         (Witness complies.)
16
17    Q.  Okay. And, so, you're putting that "X"
18 about halfway between Willard Street and Pemberton;
19 right?
20    A.  Somewhere in that area, yup.
21    Q.  Okay. And you think, and as you sit here
22 today, you estimate you were about two hundred feet
23 behind?
24    A.  I don't remember exactly, but we were aways

Page 37

1  behind them, yup.
2     Q.  Okay. Well, how many feet? I understand
3  it's not going to be to the inch or anything, but how
4  much feet in back do you think you were?
5     A.  I don't recall. Exact footage I wouldn't
6  be able to say sitting here today.
7     Q.  Okay. And did you actually see something
8  exchanging hands?
9     A.  I saw what I believe to be another drug
10 transaction taking place between the two vehicles. I
11 believe I saw an exchange of items between the two
12 vehicles, yes.
13    Q.  Okay. All right. So, then what happens
14 next?
15    A.  We begin to move closer to the two
16 vehicles. We have some conversation about whose
17 going to do what. The Mercedes was off to the
18 shoulder.
19         In my best memory was we were thinking that
20 that car, we were just going to be able to stop that
21 car. Tommy was going to get out of the car and stop
22 the vehicle. And if the Camry took off, I was going
23 to go with the Camry.
24    Q.  And then what happens?

10 (Pages 34 to 37)

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA    Worcester, MA    Boston, MA    Lawrence, MA    Providence, RI

**CHRISTOPHER FINNERAL**
February 6, 2006

Page 38

1  A.  As we're approaching them, the Camry
2  appeared to get spooked or make us. The Camry begins
3  to speed off. Tommy jumped out of the car. And as
4  we approached the rear of the Mercedes, I was going
5  to go with the Camry, but the Mercedes wouldn't stop
6  when Tommy was yelling for him to stop.
7  Q.  Okay. Now, which way did the Camry go?
8  A.  The Camry went straight into the Pemberton
9  Street Apartments.
10 Q.  So, the Camry made a right into the
11 apartments?
12 A.  My memory is he went straight into. Did
13 turn to the right, but it's -- I don't believe that
14 map is accurate to what my memory is.
15 Q.  Okay.
16 A.  It's more of a large parking area, but
17 eventually did go to the right and inside that
18 parking lot.
19 Q.  And did you make any call then for somebody
20 to come and find the Camry?
21 A.  No. Not that I remember.
22 Q.  Okay. All right. So, what happens next?
23 A.  Well, I remember hearing my partner yelling
24 for the Mercedes to stop and the Mercedes was not

Page 39

1  stopping. So, I decided -- and I don't remember if I
2  just pulled a u-turn when I got into that parking
3  lot, but I decided that I would stay with my partner.
4  Q.  So, as far as July 31st is concerned, the
5  Camry is now out of the picture?
6  A.  I don't understand. As of July 31st it's
7  out of the picture. What do you mean?
8  Q.  You didn't have anymore contact with the
9  Camry that day; did you?
10 A.  Later on this day?
11 Q.  Yes.
12 A.  In a matter of another ten minutes from
13 this all happening, I had nothing to do with this
14 case whatsoever. Period.
15 Q.  Okay.
16 A.  I was --
17 Q.  And, so, you didn't see the Camry then
18 either?
19 A.  I know that the people that were in the
20 Camry were located.
21 Q.  Later that day?
22 A.  By the investigator, the guy.
23 Q.  Okay. But you had nothing to do with that?
24 A.  I never spoke with them, no.

Page 40

1  Q.  And do you know whether Hultgren had
2  anything to do with it?
3  A.  I don't know what Tom did.
4  Q.  Okay, fine. So, all right. So, what
5  happens next?
6  A.  When I get back to where Tom is, I observed
7  Tom running beside the Mercedes yelling for the
8  Mercedes to stop and the Mercedes isn't stopping.
9  He's going very slow, and he's driving
10 towards the rear of whatever the address is of the
11 last house on Ashton Street.
12 Q.  Okay. Not into the apartment complex?
13 A.  Not into the apartment complex.
14 Q.  Okay. All right. So, keep going.
15 A.  I then entered into that same driveway that
16 both Tom and the Mercedes were in, and I began to
17 follow the Mercedes.
18 Q.  All right. And the Mercedes looped around
19 the back of the house?
20 A.  The house had a horseshoe driveway that
21 went behind the house unbeknownst to me, and as the
22 Mercedes approached the top or starting coming around
23 the backside of it, I remember the Mercedes
24 accelerating down the horseshoe back towards Ashton

Page 41

1  Street.
2  Q.  Okay. And then the Mercedes went left on
3  Ashton; right?
4  A.  The Mercedes went left on Ashton, went up
5  to the intersection there of Cheever, went through a
6  stop sign at Willard Street and turned left on
7  Willard Street.
8  Q.  Okay. So, if I understand you correctly,
9  where Ashton meets up with Cheever on map number two,
10 Exhibit number 2?
11 A.  Yes.
12 Q.  There's a stop sign there?
13 A.  There was, yes.
14 Q.  Okay. And if I understand you correctly,
15 where that little street that we're not sure what it
16 is?
17 A.  Right.
18 Q.  Meets Willard, that, there's a stop sign
19 there also?
20 A.  Yes. I believe, if you went out there,
21 there's like a little triangle intersection. That's
22 what I believe. That's what I remember anyways.
23 Q.  Okay. Then the Mercedes goes through those
24 two stop signs that we've just identified and then

11 (Pages 38 to 41)

CATUOGNO COURT REPORTING SERVICES
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

**CHRISTOPHER FINNERAL**
**February 6, 2006**

Page 42

1  goes down Willard Street straight; right?
2  A. Yes.
3  Q. Can you put and "X" on Exhibit number 2
4  where the Mercedes hit Officer Anagnos?
5  A. I'm not sure exactly, but it is right at
6  the intersection of Humphrey and Willard. So, do you
7  want another "X" or do you want something different?
8  Q. Why not put an "X" with a little circle
9  around it.
10
11    (Witness complies.)
12
13  Q. So, is there, like, pedestrian markings on
14  the pavement there at Willard and Humphrey? Do you
15  recall?
16  A. No, I don't recall.
17  Q. But it was right at the intersection?
18  A. I believe so, yes.
19  Q. Okay. Now, on Ashton Avenue how fast, what
20  speed do you think the Mercedes got up to?
21  A. My memory was that I thought he was going
22  about fifty miles an hour up Ashton Street.
23  Q. Okay. And then did he slow down at all or
24  stop for these stop signs?

Page 43

1  A. Yes. He didn't stop for them, but he
2  slowed down.
3  Q. Okay. And then what did he do when he got
4  onto Willard Street?
5  A. Just accelerated down Willard Street
6  towards Bridge Street.
7  Q. So, how fast do you figure he was going on
8  Willard Street?
9  A. My estimation was I thought he was going
10  about seventy miles an hour on Willard Street.
11  Q. And then after he hit Officer Anagnos,
12  where did he go?
13  A. Continued on Willard Street and then he
14  pulled his car into the rear of DeMoulas or Market
15  Basket parking lot kind of off to the side on some
16  overhanging tree limbs.
17  Q. And where would that be on map number two
18  if it is on map number two?
19  A. Well, I'm not so sure that this is so
20  accurate. I don't know how much of this chunk stays
21  out here, but it's -- I don't know.
22  Q. Why don't you put a "D" where you think he
23  pulled into DeMoulas.
24

Page 44

1     (Witness complies.)
2
3  Q. Okay. Thanks. And could you just put your
4  signature down on the bottom of that, that map
5  somewhere?
6
7     (Witness complies.)
8
9  Q. Okay. Thank you. So, from the time that
10  you, that you pulled out of that horseshoe driveway
11  until the time that Officer Anagnos was hit, how long
12  do you think that lasted?
13  A. Approximately twenty seconds.
14  Q. And how fast do you think you were going on
15  Willard Street?
16  A. I don't know.
17  Q. This was a Buick with a six cylinder?
18  A. I believe so, yes. That's my memory of
19  what's in that car. It's a six cylinder.
20  Q. Okay. Now, the Buick had no flashing
21  lights of any kind; is that right?
22  A. Not that car, nope. Well, probably had
23  hazards but no emergency lights.
24  Q. Okay. Standard hazard lights like a car?

Page 45

1  A. Um-hmm.
2  Q. Did it have a siren?
3  A. Not that I'm aware of, nope.
4  Q. Did it have any grill lights?
5  A. No.
6  Q. There were flashing lights in the rear, but
7  you didn't activate those; right?
8  A. I'm not sure if they were there or not at
9  least the bracket.
10  Q. They wouldn't have done any good anyway?
11  A. They have, they may have had brackets and
12  the lights. But, no, I didn't activate those, no.
13  Q. Okay. And did it have any, like, did it
14  have an installed police radio?
15  A. No.
16  Q. So, it didn't have a police radio antenna?
17  A. No.
18  Q. Do you remember whether the license plates
19  were, like, state plates or just regular civilian
20  plates?
21  A. Regular plates.
22  Q. Regular civilian plates?
23  A. Um-hmm.
24  Q. On this day, July 31st, 2001, did the

12 (Pages 42 to 45)

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI