EXHIBIT 4
1

1

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

3

- - - - - - - - - - - - - - - - - -

AMY ANAGNOS and THE ESTATE OF      -
THEODORE ANAGNOS, DECEASED,        -

4

         Plaintiff        -

5

vs.                                -#0411664JL
THOMAS HULTGREN, in his official and-
personal capacities, CHRISTOPHER   -

6

FINNERAL, in his personal and      -
official capacities, OFFICER JOHN  -

7

DOE, in his personal and official  -
capacities, and THE CITY OF LOWELL, -

8

        Defendants        -
AND                                -

9

ANDREW ANAGNOS and WGY             -
IRENE ANAGNOS-HATGIS,              -

10

        Plaintiffs       -

11

vs.                                -#0411665
THOMAS HULTGREN, in his official and-
personal capacities, CHRISTOPHER   -

12

FINNERAL, in his personal and      -
official capacities, OFFICER JOHN  -

13

DOE, in his personal and official  -
capacities, and THE CITY OF LOWELL, -

14

        Defendants        -

- - - - - - - - - - - - - - - - - -

15

    **DEPOSITION** of **AMY BARNES**, called on behalf

16

of the Defendant, taken pursuant to the United

17

States Rules of Civil Procedure before Carla J.

18

Grand, Professional Court Reporter and Notary

19

Public within and for the Commonwealth of

20

Massachusetts, at Lowell City Hall, 375

21

Merrimack Street, Lowell, Massachusetts, on

22

Tuesday, May 24, 2005, commencing at 2:40 p.m.

23



24

A–PLUS COURT REPORTING SERVICES
1959 Lakeview Avenue · Dracut MA 01826-3209
Office: (978) 455-1522 · Fax: (978) 455-1523

1   A.   Approximately a year.  Maybe a little over a

2        year.

3   Q.   And then where did you live before Royal Crest

4        Estates in Nashua?

5   A.   60 Arkansas Drive in Dracut, Mass.

6   Q.   And what was the time of your residence there?

7   A.   That was from -- that's my parents' home where I

8        grew up.  And when Ted and I got married we

9        lived there.  So I guess since I was 15 up until

10       2000.  So '83.

11  Q.   So about '83 to 2000?

12  A.   Yes, about.

13  Q.   So we have a little bit of a gap between 2000

14       and 2001.  Did you move from Arkansas Drive

15       to --

16  A.   Royal Crest, yes.

17  Q.   Now, you are currently married to Stephen

18       Barnes.  Your first husband was Theodore

19       Anagnos, correct?

20  A.   Yes.

21  Q.   What was the date of your marriage to Theodore

22       Anagnos?

23  A.   July 19th, 1997.

24  Q.   And did you reside for the entirety of your

```
 1              marriage at Arkansas Drive?

 2    A.        Yes.

 3    Q.        Did the two of you ever own a home?

 4    A.        We purchased a home together.  I never lived

 5              there.

 6    Q.        What was that address?

 7    A.        37 Henry Avenue in Lowell, Mass.

 8    Q.        When did you purchase that residence?

 9    A.        June '99 maybe.  June 1999.

10    Q.        Is that an approximate date?

11    A.        Yeah. '99 or might have been 2000.

12    Q.        You never lived there?

13    A.        No.

14    Q.        Did Theodore live there?

15    A.        Yes.

16    Q.        When did he move in there?

17    A.        When we separated which would have been in the

18              summer of 2000.  Summer of 2000.

19    Q.        So what did you do with this home that you owned

20              between June of '99 and the summer of 2000?

21    A.        He wanted to fix it up.  We were painting, doing

22              cosmetic repairs.

23    Q.        But no one was living there?

24    A.        No.
```

1    Q.    You weren't using it as a rental income?

2    A.    No.  There was a rental income, and she was

3          living there before we were.  I never lived

4          there.  Ted lived there and he got a rental in

5          the second floor.  It's a two-family.

6    Q.    So when you purchased it there was someone

7          living on the first or the second floor?

8    A.    There was nobody and then Ted got somebody to

9          rent it.

10   Q.    And when did Ted move into 37 Henry Ave.?  Ted

11         is Theodore Anagnos, is that correct?

12   A.    That's correct.  That would be in the summer of

13         2000.

14   Q.    Do you still own 37 Henry Avenue?

15   A.    No, I do not.

16   Q.    Did you sell it?

17   A.    I did.

18   Q.    When did you sell it?

19   A.    Fall 2001.

20   Q.    Are you currently employed?

21   A.    Yes, I am.

22   Q.    Where are you working?

23   A.    I work at Lakeview Junior High School in Dracut,

24         Massachusetts.

1    A.    July 31st, 2001.

2    Q.    What did Theodore do for employment prior to

3          working in Salem, New Hampshire?

4    A.    He was also a police officer in Fremont, New

5          Hampshire.

6    Q.    How long did he work there?

7    A.    Maybe two years.  He also was a police officer

8          in Seabrook, New Hampshire.

9    Q.    Prior to working in Fremont?

10   A.    Yes.

11   Q.    Anywhere else?

12   A.    No.

13   Q.    Do you know what his salary was at the time of

14         his death?

15   A.    Low 30's maybe.

16   Q.    Now, I'm going to have to ask you some difficult

17         questions.  I'm not trying to embarrass you.  If

18         there is anything I can do to make you more

19         comfortable, please tell me if you need a break.

20   A.    Okay.

21   Q.    You filed for divorce with your first spouse

22         Theodore Anagnos, correct?

23   A.    Yes.

24   Q.    Do you recall when you filed for divorce?

1    A.    Must have been the summer of 2000.

2    Q.    The summer of 2000 you think?

3    A.    Yes.

4    Q.    I'm going to show you this document and see if

5          that refreshes your recollection.

6    A.    (Witness looks at document.)  Okay.  So fall of

7          2000.

8    Q.    November 29th, 2000?

9    A.    Uh-huh.

10   Q.    Is that correct?

11   A.    Yes.

12   Q.    Was Phil Byers your attorney?

13   A.    Yes, he was.

14   Q.    Now this was a contested divorce, is that

15         correct?

16   A.    Yes.

17   Q.    Were you the Plaintiff?

18   A.    Yes, I was.

19   Q.    Now, I have in front of me a Complaint for

20         Divorce, Amy Lyn Anagnos, the Plaintiff.  That

21         is you, correct?

22   A.    Yes.

23   Q.    And the Defendant is Theodore Anagnos.  And that

24         was your first husband?

1    A.    Yes.

2    Q.    And the Complaint says on or about October 28th,

3          2000 the Plaintiff says there was an

4          irretrievable breakdown of the marriage.  Was

5          that your position at the time you filed the

6          Complaint?

7    A.    Yes.

8    Q.    And October 28th of 2000, what happened on that

9          date, do you recall?

10   A.    We had been having problems, and I had asked him

11         to move out.

12   Q.    So when you say you asked him to move out that

13         was your parents' home?

14   A.    Yes.

15   Q.    Did you have an apartment?

16   A.    There's an in-law apartment in the basement of

17         my parents' house.

18   Q.    What kind of problems were you having?

19   A.    We were having problems -- he was controlling.

20         And emotionally abusive at times.  And I wanted

21         to move into the house and he didn't want to.  I

22         guess that's pretty much it.

23   Q.    When you say he was controlling, what do you

24         mean by that?

1    A.    Didn't want me to do anything with my friends or

2          my family.  And I guess --

3    Q.    Socially didn't want you to do anything?

4    A.    Right.

5    Q.    Did he just want you to be with him all the

6          time?

7    A.    Yes.

8    Q.    How was he emotionally abusive to you?

9    A.    He was very angry.  In my opinion he had an

10         anger problem.  And in my opinion pretty much

11         took everything out on me.  And he was very

12         explosive.

13   Q.    When you say, "explosive," was he verbally

14         explosive?

15   A.    Yes.

16   Q.    Was he ever physically abusive?

17   A.    Two times.  He didn't hit me, but he put me up

18         against the wall a couple of times.

19   Q.    Do you recall the date on which you asked him to

20         move out?

21   A.    No.

22   Q.    You don't recall it?

23   A.    No.  I recall asking him to move out.  I recall

24         asking him to move out, and we had a fight, and



| | | |
|---|---|---|
| 1 | | I think my father -- he wouldn't leave, and my |
| 2 | | father had to get involved. |
| 3 | Q. | Did your father have to bodily remove him? |
| 4 | A. | I believe the Dracut police were called. |
| 5 | Q. | What happened after that with your relationship, |
| 6 | | what happened after you had to have him removed |
| 7 | | from the house?  Did you have contact with him |
| 8 | | after that? |
| 9 | A. | Yes.  We definitely had contact.  He would come |
| 10 | | to my work when I got out of work.  And he would |
| 11 | | leave me letters and flowers and stuff like |
| 12 | | that.  We would talk on the phone.  Prior to him |
| 13 | | actually moving out we had separated before, but |
| 14 | | we were working on our marriage. |
| 15 | Q. | When had you separated before? |
| 16 | A. | The Christmas after we got married, so it would |
| 17 | | have been -- |
| 18 | Q. | '97? |
| 19 | A. | Yes. |
| 20 | Q. | December of '97? |
| 21 | A. | Yes. |
| 22 | Q. | How long did you separate for? |
| 23 | A. | Just maybe a month or so. |
| 24 | Q. | Did you seek marital counseling together? |

1    A.    I wanted to.  He didn't want to.

2    Q.    Did you independently seek counseling?

3    A.    Yes.  Not at that time.

4    Q.    At what time did you seek counseling?

5    A.    After we separated.  I attempted to seek

6          counseling, and he didn't want me to go.

7    Q.    So when did you first actually receive

8          counseling?

9    A.    November of 2000.

10   Q.    And who did you see?

11   A.    I saw Russell Hart in Westford.

12   Q.    Do you still treat with Russell Hart?

13   A.    No, I have a different counselor now.

14   Q.    Who is that?

15   A.    Her name is Terry Bowes.

16   Q.    When did you start treating with Terry?

17   A.    About two months ago.

18   Q.    Between November of 2000 and two months ago have

19         you seen anyone else for counseling?

20   A.    Yes.  I saw Russell for quite a few years.

21         After Russell I saw Ruth Schwartz.  And there

22         was another man, I don't remember his name.  It

23         was just for a real short time.  I don't

24         remember his name.

```
 1    Q.    Did you treat with a Dr. Chan Bhan?

 2    A.    Dr. Bhan.  I saw him for medication on a couple

 3          of occasions.

 4    Q.    Was it recommended by a counselor?

 5    A.    Yes.

 6    Q.    Which counselor?

 7    A.    Russell Hart.

 8    Q.    Do you know if Theodore ever sought counseling

 9          prior to his death?

10    A.    Not that I'm aware of.

11    Q.    Did you ever file for a restraining order

12          against Theodore?

13    A.    No, I did not.

14    Q.    Was December of '97 the first time you

15          separated?

16    A.    Yes.

17    Q.    When did you first start having problems with

18          Theodore?

19    A.    In our courtship.

20    Q.    In your courtship prior to your marriage?

21    A.    Yes.

22    Q.    Did you have any problems besides that he was

23          controlling, he didn't want you to do things

24          with your family and friends, that he was
```

1           emotionally abusive; are there any other

2           specific problems?

3      A.   Yeah.  Well, yes, there was one pretty big

4           thing.

5      Q.   What was that?

6      A.   That I was pregnant and he didn't want the baby

7           after we were married, and I had an abortion.

8      Q.   When was that?

9      A.   That was right before we separated.

10     Q.   Do you need to take a break?

11     A.   No.

12     Q.   Please feel free to do so.  I know this is

13          difficult.

14     A.   No, I'm fine.

15     Q.   So that was you were pregnant right before you

16          separated?

17     A.   Yes.

18     Q.   Did you have any other problems?

19     A.   Well, when he was working in Seabrook he was, he

20          went through the Academy from the Seabrook

21          Police Department, and he was recommended not to

22          be in law enforcement because of he had ran into

23          some problems up there with the authorities.

24          And they said his demeanor, mannerisms would be

1      best suited for other employment and not best

2      suited for law enforcement.

3    Q.  Did he have problems on-the-job or off the job?

4    A.  Both.

5    Q.  How did that affect your marriage?

6    A.  In my opinion I felt he was very angry.  And I

7        feel like I was his outlet.  And he took it out

8        on me.  And he was just angry about his -- I

9        guess he was angry that -- he was actually asked

10       to resign from Seabrook.

11   Q.  Did he resign?

12   A.  Yes, he did.

13   Q.  He wasn't terminated?

14   A.  No.  They gave him the option.  They asked him

15       to resign instead of being terminated.

16   Q.  Was there a specific incident that caused them

17       to ask him to resign?

18   A.  I just remember it was with a Sgt. Frost,

19       Michael Frost up there.  I don't recall the

20       specifics.

21   Q.  Do you recall time frame in which he was asked

22       to resign when he was having problems with

23       Seabrook?

24   A.  It must have been around '94, '95.  I can't be

```
 1    A.    Not after he moved out.

 2    Q.    Did you pay any bills for the house?

 3    A.    The savings account that we had, when he moved

 4          out he went and he took money out.  So, I mean

 5          it was both our salaries that went into it.  But

 6          he went and took money from it.

 7    Q.    Do you know how much he took from it?

 8    A.    No.

 9    Q.    But were you writing any checks for an electric

10          bill or gas bill?

11    A.    No.

12    Q.    Were you relying on him to pay any of your bills

13          after he moved out?

14    A.    No.

15    Q.    So after he moved out he wasn't paying the

16          telephone bill?

17    A.    No.

18    Q.    Car insurance?

19    A.    No.

20    Q.    Wasn't paying your credit cards?

21    A.    No.

22    Q.    You said you don't have any student loans,

23          right?

24    A.    I had a student loan from my master's degree at
```

| | |
|---|---|
| 1 | | Rivier College, but that didn't start until |
| 2 | | after I graduated.  So, yeah, it was, I was |
| 3 | | paying my own student loan for there. |
| 4 | Q. | You weren't relying on him for that? |
| 5 | A. | No. |
| 6 | Q. | I just want to backtrack a little bit.  Russell |
| 7 | | Hart, to the best of your knowledge, is his |
| 8 | | address 319 Littleton Road in Westford? |
| 9 | A. | When I saw him last that was where he was, yes. |
| 10 | Q. | And Dr. Chan Bhan, to the best of your knowledge |
| 11 | | was his address 1 Courthouse Lane in Chelmsford? |
| 12 | A. | Yes. |
| 13 | Q. | And Ruth Schwartz, 31 Devonshire Street in |
| 14 | | Tewksbury, does that sound correct? |
| 15 | A. | Yes. |
| 16 | Q. | Terry Bowes, are you still treating with Terry |
| 17 | | Bowes? |
| 18 | A. | Yes. |
| 19 | Q. | How often do you go to Terry? |
| 20 | A. | Once a week. |
| 21 | Q. | Do you treat with her for matters beyond issues |
| 22 | | involving Theodore Anagnos? |
| 23 | A. | Yes and no. |
| 24 | Q. | And her address 73 Princeton Boulevard in North |

```
 1              episode or an abusive episode?

 2    A.    No.

 3    Q.    And you mentioned two times when Ted was

 4          physical and pushed you up against a wall.  Do

 5          you recall those dates?

 6    A.    No, I don't recall the dates at all.

 7    Q.    Do you know the approximate dates?

 8    A.    One was right before we separated.  So it must

 9          have been the summer of 2000.

10    Q.    Were you pregnant?

11    A.    Yes.  And maybe a year ago before that.

12    Q.    Do you recall the event that caused him to do

13          that?

14    A.    The first time, no.  Not the first time.

15    Q.    Second time?

16    A.    The second time I was insisting that we move

17          into the house, and he didn't want me to keep

18          talking about the house.  And I told him that it

19          would be best for us to just have our own place

20          and work on our marriage.  And then I told him

21          that I was pregnant, and he said, I thought we

22          were being careful.  And that's when the second

23          time happened.  He wasn't happy about that.

24    Q.    Do you recall where you were when you found out
```

1    A.    We separated then.  Yes.

2    Q.    Let me show you the Complaint for Divorce again.

3    A.    Yes.

4    Q.    Is that correct?  Had you filed for divorce on

5          November 29th, 2000?

6    A.    Yes.

7                    MS. McMAHON:  Why don't we mark this

8          as Exhibit No. 1.

9                        (Complaint for Divorce marked for

10                        identification as Exhibit No. 1.)

11   Q.    I think the question I just asked you was you

12         filed for divorce November 29th, 2000?

13   A.    Yes.

14   Q.    And Theodore died the following July, correct?

15   A.    Yes.

16   Q.    So at that point how long had you been living in

17         Nashua?

18   A.    From the fall of 2000.

19   Q.    So six, seven, eight months, something like

20         that?

21   A.    Yes.

22   Q.    And you weren't living there at all with

23         Theodore, is that correct?

24   A.    That's correct.

32

1    Q.    And you were living there alone the entire time?

2    A.    Yes.

3    Q.    How long after the date on which you asked

4         Theodore to move out, how long was it between

5         the date in which he moved out and the date you

6         filed for divorce?

7    A.    Couple of months.

8    Q.    Did you talk to him about divorce before you

9         filed the Complaint for Divorce?

10    A.    As far as?

11    Q.    Did you discuss the possibility of staying

12         together or?

13    A.    Yes, we did.  We were together for 10 years, and

14         we had our problems.  But I wanted to do

15         whatever I could to salvage the marriage.

16    Q.    What was his position?

17    A.    He wanted to work things out also, but he didn't

18         want to go to counseling.

19    Q.    So what made you decide to file for divorce?

20    A.    I was hoping by filing for divorce that it would

21         I guess scare him, shake him up to realize that

22         I definitely would leave.  And I wanted

23         desperately to get help as a couple.  We were

24         together 10 years, and I loved him a lot, and I

1    wanted him to change and work on his issues.  I

2    had issues, too, but I guess I wanted to show

3    him how serious I was by filing for divorce.

4  Q.  And did he change once you filed for divorce?

5  A.  He said he was going to.  He said he wanted to.

6    The day of the accident I saw him and -- I was

7    going to the Christmas Tree Shop in Salem, New

8    Hampshire with my grandmother, and he was on

9    patrol, and we passed each other.  And he

10    followed me into the parking lot, and he pulled

11    up aside of me, and he said he was going to take

12    care of the insurance situation.  He cut me off

13    his health insurance.  And he said he was going

14    to put me back on.  And he said, Can I call you

15    later, and I told him that I would call him.

16    Because as far as I knew he didn't have my

17    number in New Hampshire.  So and then that was

18    around 11:30.  And from my understanding the

19    accident happened a little after one.

20  Q.  Did he do anything else to try to change that

21    you're aware of, did he show any signs of

22    wanting to change or trying to change after you

23    filed for divorce?

24  A.  He was, when I did speak with him he was nice,

1          and he said that he was going to work on his

2          anger and try to change.

3     Q.   How frequently would you speak with him after

4          you filed for divorce?

5     A.   Probably, immediately after it was regularly.

6     Q.   Do you mean daily or weekly?

7     A.   Probably weekly.  There were several times after

8          we separated when he would come to my work, you

9          know, unannounced, and he would just show up or

10         he would follow me and we would communicate.

11         And then afterwards it lessened.

12    Q.   What did you rely on him for after you filed for

13         divorce?

14    A.   We had a lot of the same friends.  We shared 10

15         years together, so I guess friendship.

16    Q.   Did you still confide in him after you filed for

17         divorce?

18    A.   Yes, at times, yes.  He would talk about his

19         job, and I would try to help him through.  His

20         mom was really sick, and that was hard for him.

21         So we just, you know, kind of friendship.

22    Q.   Would you confide in him for anything?

23    A.   In the fact that I was really sorry the way that

24         things were turning with us.

| | | |
|---|---|---|
| 1 | Q. | Did anyone give you any verbal explanation as to |
| 2 | | what happened? |
| 3 | A. | I don't think so.  I think I just asked for the |
| 4 | | records, and it was just a report. |
| 5 | Q. | Did you ever file a complaint based on the |
| 6 | | incident? |
| 7 | | MR. MILLIARD:  Can you define that a |
| 8 | | little bit more. |
| 9 | Q. | Did you ever file a complaint alleging the |
| 10 | | actions of any police officer were |
| 11 | | inappropriate? |
| 12 | | MR. MILLIARD:  Other than the one |
| 13 | | that's on file in federal court. |
| 14 | | MS. McMAHON:  Yes. |
| 15 | Q. | Other than this lawsuit? |
| 16 | A. | No. |
| 17 | Q. | No internal affairs complaint or anything? |
| 18 | A. | No. |
| 19 | Q. | Now, you are aware that in your Complaint |
| 20 | | against the City and the two police officers in |
| 21 | | this case you have alleged civil rights |
| 22 | | violations, is that correct? |
| 23 | A. | Yes. |
| 24 | Q. | What actions are you aware of, you personally, |

1           of Officer Thomas Hultgren on the day of your

2           former husband's death?

3    A.    I am aware of the fact that he along with

4          another officer was driving, was -- do you mean

5          from what I was told or the trial?

6    Q.    From whatever source you have, what do you know

7          about what Thomas Hultgren did during the events

8          that led up to Theodore Anagnos' death?

9    A.    I'm aware of the two officers witnessing the

10         defendant in the case, Thomas Zazzarra for what

11         they thought was a drug deal.  Zazzarra had

12         taken off, and they followed him and pursued

13         him, and that is when the accident happened.

14   Q.    How did you find out that information?

15   A.    I was at the trial.

16   Q.    You went to the trial?

17   A.    Yes.

18              MR. MILLIARD:  Can we go off the

19         record.

20              (Discussion held off the record.)

21   Q.    Did you receive any documents that gave you that

22         information?

23   A.    Official documents or?

24   Q.    Official, unofficial?

1    A.    I guess from the t.v., it was on the t.v. and in

2          the newspaper and from my being at the trial.

3    Q.    How many days did the trial last?

4    A.    It was about seven.

5    Q.    Seven days.  Are you aware of any actions of

6          Officer Hultgren that you contend were

7          inappropriate on that date?

8    A.    Well, again, I'm just aware of what I saw, what

9          I heard.  And then at the trial that they were

10         in an unmarked vehicle, no sirens, no lights,

11         nothing.  Going through a residential area and

12         pursuing somebody who when they get him didn't

13         have anything on him.  Didn't have, wasn't doing

14         what they thought he was doing.

15   Q.    Are you in possession of any information showing

16         that Officer Hultgren or Officer Finneral

17         violated Zazzarra's civil rights, if you know?

18   A.    Not that I am aware of.

19   Q.    Are you contending that Officer Finneral, the

20         other officer, acted inappropriately when he was

21         acting as a police officer on the day that

22         Theodore died?

23   A.    I would say the same as Officer Hultgren.

24   Q.    Are you alleging that the officers were



EXHIBIT
No. 1 ID
5/24/05

COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT
PROBATE AND FAMILY COURT DEPARTMENT

MIDDLESEX DIVISION

DOCKET #
00D 4168 DV1

## COMPLAINT FOR DIVORCE

AMY LYN ANAGNOS , PLAINTIFF

v.

THEODORE ANDREW ANAGNOS , DEFENDANT

1.  Plaintiff, who resides at 60 Arkansas Drive, Dracut, Middlesex County, Massachusetts 01826, is lawfully married to Defendant, who now resides at 37 Henry Avenue, Lowell, Middlesex County, Massachusetts 01850.

2.  The parties were married at Lowell, Ma, on July 19, 1997, and last lived together at Lowell, Ma., on October 28, 2000.

3.  The minor child of this marriage and date of birth is:

    None

    6706A222212/13/00DIV            100.00
    6706A222212/13/00SURCHARGE       10.00
    6706A222212/13/00SUMMONS          1.00

4.  Plaintiff certifies that no previous action for divorce, annulling or affirming marriage, separate support, desertion, living apart for justifiable cause, or custody of child has been brought by either party against the other except: None.

5.  On or about October 28, 2000, Defendant the Plaintiff says that there was an Irretrievable Breakdown of the marriage..

6.  Wherefore, Plaintiff requests that the Court:

    ☒ grant a divorce for Irretrievable Breakdown, pursuant to M.G.L. Chapter 208, §1B.
    ☐ prohibit Defendant from imposing any restraint on Plaintiff's personal liberty.
    ☐ grant her custody of the above-named child, _____.
    ☐ order a suitable amount for support of Plaintiff and said minor child.
    ☐ order conveyance of the real estate located at _____, standing in the name(s) of _____, as recorded with _ Registry of Deeds, Book _____, Page _____.
    ☐ allow Plaintiff to resume her former name of _____.
    ☒ Order an equitable division of property, pursuant to M.G.L. Chapter 208, §34.

Dated: November 29, 2000

Philip J. Byers, Esq.
Attorney for Plaintiff
One Elm Square
Suite 3B
Andover, Massachusetts 01810
BBO #068440

Telephone:     (978) 474-9969
Telefax:       (978) 474-8630

Filed Dec. 13, 2000

CJ-D 101 (6/90)

c.g.f. / LRAM