# CAD Operations Report

EXHIBIT 5

Call Number  01-050090          Lowell Public Safety Communications

Printed  07/31/2001 04:10 PM

## Call Detail Information

| Field | Value |
|---|---|
| Call Number | 01-050090 |
| Class | |
| Taker | C50 |
| Pos | 4 |
| Call Owner | |
| Status | A |
| Date - Time Receive | Tue 07/31/2001 13:19:18 |
| Complaint | MVA Pedest |
| Ten Cod | |
| Priority | 1 |
| ESN | 265 |
| Disp Zone | |
| | IRA 65 |
| How Recei | |
| Incident Location | 141 HUMPHREY |
| Apart/Suite | |
| Floor/Bldg | |
| Incident City | Lowell |
| Busines | |
| Caller Name | |
| Fire Run Zon | 1 |
| Fire Grade | |
| EMS Run Zone | |
| Telephone | 978- |
| Jurisdict | MA0092600 |
| Weapons | |

☐ Images   ☐ BOLO   ☐ Warrant   ☐ Medical   ☐ Hazard   ☐ Fire Plan   ☐ Previous

| Call Rec'd | Xmit | Dispatch | Enroute | OnScene | Departed | Arrived | Comp | Alarm Code | Ur |
|---|---|---|---|---|---|---|---|---|---|
| 13:19:18 | 13:19:18 | 13:19:51 | 13:19:51 | 13:22:00 | | | | | E0 |

### Narrative...

IN PURSUIT IF WHT/BLK MERCEDES MA TAG 4480LO // WHILE IN PISUIT MV HIT A PEDESSTR [07/31/2001 13:23:08 : C50074]

ASKING FOR TRNITY FIRE AND PARAMEDICS AS WELL PEDESTRIAN IS ON THE REAR SIDE OF MARK BASKET ON WILLARD ST [07/31/2001 13:25:09 : C50074]

911 HANG CALL FROM 92 WILLARD ST, APT B SAYING SOMEOEN IS KILL IN THE REAR OF MARK BASKET, OWNER INFOR IS DENISE DUNN AT 454-5969 [07/31/2001 13:25:43 : C50566]

ACCIDENT INVESTIGATION IS ON THE WAY TO LOCATION FOR RECONSTRUCTION AS WELL SPOKE SHIRLEY [07/31/2001 13:28:17 : C50074]

FROM MARTY BOISVERT SEND CAR 10 OFF QUIGLEY [07/31/2001 13:28:33 : C50074]

CAR 10 IS RESPONSDING FROM THE HIGHLAND PERC. [07/31/2001 13:29:25 : C50566]

WITNESS THAT WITNESSED THE ACCIDENT HER NAME IS ANN MACKAY 100 MERRIMACK AV, DRACU MA APT 49 970-1595 CELL # 978-697-9046 [07/31/2001 13:30:27 : C50074]

RUNNING CORRECT PLATE OF 4488LO [07/31/2001 13:36:34 : C50074]

FROM CAPT DEMOURA PULL P13 CONCEPCION AND DET BERNARD TO COME TO SCENE [07/31/20 13:48:46 : C50074]

LT DOYLE CALLED TO SAY HE WILL PULL P13 BOURRET TO WORK CAR 10 FOR WAST SECTOR [07/31/20 13:51:36 : C50074]

VICTIM IS DAVID DIZOGLIO 11-26-53 [07/31/2001 14:18:36 : C50074]

SAMARAS TO CRIMINAL [07/31/2001 14:19:50 : C50074]

C3 ENROUTE TO LGH W/BROTHER [07/31/2001 15:59:09 : C50028]

Nature of Call

## Department Numbers

| Department | Dept Number | Unit ID |
|---|---|---|
| LFD | 01-006861 | E06 |
| LPD | 01-041812 | S202N |

### Department OCA Numbers

| Department | OCA Number |
|---|---|
| | 01-015535 |

Page 1 of 3

EXHIBIT 6

# TRINITY EMS, INC.   ALS / BLS Patient Care Report    Page 1 of 3

| Unit # 14 | Service # 104 | MONTH 7 | DAY 31 | YEAR 01 | TIME 13:21 | Dispatched 13:21 | Incident # 8647 |
|---|---|---|---|---|---|---|---|
| | | | | | | Enroute 13:21 | END MILEAGE 103 |
| Incident Location: Willard + Humphrey | | | | Sex: Male ☒ / Female | | On Scene 13:25 | START MILEAGE 100 |
| Patient Name (LAST) ~~Doe~~ ANAGNOS  (FIRST) ~~John~~ THEODORE | | | Age 32 DOB MONTH 3 DAY 2 YEAR 69 | | | Lv. Scn. 13:40 | TOTAL MILES 3 |
| Home Address ~~Unk~~ 37 Henry Ave.   Town Lowell   Mass   Zip | | | | | | At Hosp 13:47 | ☐ Informed Consent  ☒ Implied Consent |
| Social Security # | | | Phone | | | Inservice 13:47 | |

**1 2 EYES OPEN**
- 4 4 Spontaneously
- 3 3 to voice
- 2 2 to pain
- ①1 none

**1 2 VERBAL**
- 5 5 Oriented
- 4 4 confused
- 3 3 inappropriate
- 2 2 incomprehensible
- ①1 none

**1 2 MOTOR**
- 6 6 Obeys Commands
- 5 5 localizes pain
- 4 4 withdraws
- 3 3 flexion
- 2 2 extension
- ①1 none

**1 2 RESPIRATORY**
- ☐☐ Normal
- ☐☒ labored
- ☒☐ shallow
- ☐☐ absent
- ☐☐ agonal
- ☐☒ assisted

**SKIN**
- 1 2 / Temp: ☐☐ normal / ☐☐ hot / ☐☐ cool/cold
- 1 2 Color: ☒☒ normal / ☐☐ flush / ☐☐ pale / ☐☐ cyanotic
- 1 2 Moisture: ☐☐ normal / ☐☐ diaphoretic / ☐☐ dry

**PERFUSION**
- 1 2 Cap Refill: ☐☐ normal / ☐☐ delayed / ☐☐ none

**Pupils**
- L reactive R
- L ⊘nonreactive ⊘R
- L dilated R
- L mid-point R
- L constricted R

| ORTHO | Immobilized ☒ back ☒ neck | C | Witnessed Arrest Y (N) | V I T A L S | Time | BP | Pulse | Reg/Rhythm | Resp. | Quality/Lungsounds |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ extremity: __ | P | Prior CPR Y (N) | | | | | | | |
| | Pre extremity CSM ☐ Y ☒ N | R | by ☐ citizen ☐ 1st responder | | | | | | | |
| | Post extremity CSM ☐ Y ☒ N | | Est. time of arrest en route | | Initial | ALS | | | | |
| | Changes ☐ Y ☒ N | | # of AED Defibs __ | | | | | | | |
| | Deficits ☒ Y ☐ N all | | (LifePak __ Forerunner __) | | SAO2 initial __ % after rx. __ % | | Capillary BS __ mg/dL | | | |

**DISPATCHED AS:** Auto Ped
**CLINICAL IMPRESSION:** unresponsive, multiple fx
**Pt. ALLERGIES:** U/K

**CURRENT MEDS.** U/K

**NARRATIVE: CC / HPI / PE / PMH / TREATMENT / PROGRESS**

Patient's Estimated Weight __ Kgs. 180 Lbs.

A14 dispatched to above location @ above time priority 1 w/LFS per request of LPD for person struck by car. On scene w/LPD, LFD to find ≈40 y.o. ♂ supine, leaning toward right side, ⓛ arm tucked under pt body, unresponsive. Noted pt to have multiple deformities. Pt resp. ~6 and shallow. Pt given O² @ 25 Lpm and resp. assisted via BVM. C-collar applied. Pt logrolled to longboard, secured then → A14 cot via longboard. ALS

**PRE-HOSPITAL CARE PROVIDED**

**AIRWAY**
- ☐ cleared  ☐ suctioned
- ☐ opa\size __  ☐ npa\size __
- ☐ ET\size __  ☐ oral __ nasal R/L
- ☐ # attempts __  ☐ lip line __
- ☐ Medic # __  time __
- ☐ Sedation Y N  RSI Y N
- ☐ end tital CO2 Y N
- End Title Reading __
- O2 @ 25 LPM
- Via BVM

- 12 Lead EKG  Y  N
- Interpretation __
- TOTAL FLUID INFUSED __

**TRAUMA SCORE**

**RESP MIN**
- ☐ 4 10-24
- ☐ 3 25-35
- ☐ 2 >36
- ☒ 1 1-9
- ☐ 0 None

**RESP EFFORT**
- ☐ 1 Normal
- ☒ 0 Retractive/None

**CAP REFILL**
- ☐ 2 Normal
- ☐ 1 Delay
- ☐ 0 None

**SYSTOLIC B/P**
- ☐ 4 > 90
- ☐ 3 70-89
- ☐ 2 50-69
- ☐ 1 0-49
- ☐ 0 No Pulse

**TOTAL**
- ☐ 14-15 = 5
- ☐ 11-13 = 4
- ☐ 8-10 = 3
- ☐ 5-7 = 2
- ☐ 3-4 = 1

**Glasgow Score** 1   **Trauma Score** 1

| TIME | RHYTHM | P | B/P | DEFIB @ | MED & DOSE | ROUTE | BY |
|---|---|---|---|---|---|---|---|

**Transported To:** HI-ER
**Destination Determined By:** ☐ Staff ☐ Family ☐ Patient ☐ Closest ☒ EMS ☐ Diversion
**Location at Dispatch:** H3
**Report Given To:** HI ER Nursing Staff
**Driving Conditions:** Dry Rain Snow Ice (Day) Night Traffic Construction Fog
**Priority To Scene:** 1
**Priority From Scene:** 1
**Medical Control Hospital** __ Via __
**Extended on-scene time due to:** ☐ Awaiting BLS ☐ Difficult Extrication ☐ Other

Doe, John
DATE 7/31/01   INCIDENT # 8647   Page 2 of 3

| CC / PE / HPI / PMH / TREATMENT / PROGRESS | VITAL SIGNS | TIME | BLOOD PRESSURE | PULSE | REG. / RHYTHM | RESP. | QUALITY / LUNGSOUNDS |
|---|---|---|---|---|---|---|---|
| scene. ALS → A14. Pt → A14 | | See Page 3 | | | | | |

| TIME | RHYTHM | P | B/P | DEFIB @ | MED & DOSE | ROUTE | BY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

scene. ALS → A14. Pt → A14 c-cot and longboard. O2 continued throughout. Pt resp. assisted throughout. ALS procedures in progress en route. Pt vitals by ALS en route. Head to toe P/E reveals deformity to pt nose, several broken teeth in pt mouth, pt pupils unequal and unreactive to light, ⊖ JVD, ⊖ trach. deviation. Noted ⊖ visual injuries to pt neck. Noted deformity to pt (Lt) shoulder, noted slight distention to pt chest and abd. ALS (P3) palpated pt abd. Pt pelvis intact. Noted ⊕ deformity to pt (Lt) arm, bruises (P?) humerus area ? open fx w/ major bleeding. ⊕ deformities to pt (Rt) humerus area w/ bruising, ⊕ bi-lat deformities to pt lower legs, tib. fib. area w/ ? open fx to (Lt) tib. fib. Pt pulse rate ↓ en route until ⊖ carotid pulse. CPR in progress en route and continued throughout. Also note trauma dressing applied to pt (Lt) arm to control bleeding. A14 arrived

IDENTIFY INJURY SITE BY NUMBER
1. Laceration
2. Abrasion
3. Hematoma
4. Contusion
5. Deformity
6. Open Fx
7. GSW
8. Stab
9. Burn
10. Cold
11. Edema
12. Amputation

CASE REVIEW: Y  N
COMFORT CARE #
BABY BANDING ID #

Crew Driver: D. Capps   846797   STATE #
Crew Technician: P. Bax   850685   STATE #
Police On-Scene: LPD
Fire Dept. On-Scene: LFD
Other EMS Members/Agencies On-Scene: GLEMS

| PATIENT NAME: Doe, John | DATE 7/31/01 | INCIDENT # 8647 | | Page 3 of 3 |

| VITAL SIGNS | TIME | BLOOD PRESSURE | PULSE | REG./RHYTHM | RESP. | QUALITY/LUNGSOUNDS |
|---|---|---|---|---|---|---|
| | en route | ALS | | | | |
| | en route | NONE | | | | |

NARRATIVE: C.C. / PE / HPI / PMH / TREATMENT / PROGRESS

@ above destination @ above time w/ above noted Δ in pt status. Pt → ER via c/t then → bed via longboard. ALS Report to staff. Pt care taken over by staff. A/W clear. Also note LPD stated on scene that pt was struck by "Mercedes" automobile, that fled the scene. @ unknown speed. Unknown damage to vehicle that struck pedestrian. Unknown if pt has any meds, hx, or allergies to meds. End Report (PP)

| TIME | RHYTHM | P | B/P | DEFIB @ | MED & DOSE | ROUTE | BY |
|---|---|---|---|---|---|---|---|

IDENTIFY INJURY SITE BY NUMBER

1. Laceration
2. Abrasion
3. Hematoma
4. Contusion
5. Deformity
6. Open Fx
7. GSW
8. Stab
9. Burn
10. Cold
11. Edema
12. Amputation

CASE REVIEW: Y / N     COMFORT CARE #     BABY BANDING ID #

Crew Driver: D. Copps     STATE # 846797
Crew Technician: P. Boss     STATE # 850685
Police On-Scene: LPD
Fire Dept. On-Scene: LFD
Other EMS Members/Agencies On-Scene: GLEMS



**SAINTS MEMORIAL MEDICAL CENTER**
*Yours for life*

EXHIBIT 7

## GREATER LOWELL EMS
## Advanced Life Support
## Paramedic Department

### CERTIFICATION OF MEDICAL RECORDS PURSUANT TO M.G.L. CHAPTER 233 SECTION 79G

This is to certify that the attached record is a true and complete copy of Greater Lowell EMS, a department of Saints Memorial Medical Center in the case of:

*Theodore Anagnos* for the following date: *July 31, 2001.*

SUBSCRIBED AND SWORN TO UNDER THE PENALTIES OF PERJURY.

_____     Date 4/5/06
Benjamin J. Podsiadlo, EMT-P
Director

One Hospital Drive    Lowell, Massachusetts 01852-1389    978-458-1411

# GREATER LOWELL EMS PATIENT REPORT
One Hospital Drive, Lowell, MA · 01853

SAINTS MEMORIAL MEDICAL CENTER  MR # 381917

| DISPATCH LOCATION | TOWN | DATE | C-MED NO. | ALS REPORT NO. | ALS TIMES |
|---|---|---|---|---|---|
| 141 Humphrey St. | Lowell | 7/31/01 | 70410 | 27366 | DISP. 1320 |
| PATIENT NAME: Theodore Anagnos / John Doe | | SEX AA · AGE 47 · DOB 03/00/69 | | | ON SCENE 1328 |
| HOME ADDRESS | TOWN | ZIP | PHONE | | LV. SCENE 1340 |
| NEXT OF KIN | RELATIONSHIP | PHONE | | | ARV. HOSP. 1348 |

## Glasgow / Exam

- EYES OPEN: 1 / 1
- VERBAL RESPONSE: 1 / 1
- MOTOR RESPONSE: 1 / 1
- RESPIRATIONS: ☒ LABORED, agonal
- TEMPERATURE: ☒ NORMAL
- COLOR: ☒ CYANOTIC
- MOISTURE: ☒ DIAPHORETIC
- CAPILLARY REFILL: ☒ DELAYED (>2 SEC)
- PUPILS: ☒ MID POINT

Dispatch as: auto/ped
Clinical Imp.: multiple trauma
Patient Wt: 90 kg

| TIME | BLOOD PRESS. | PULSE | REGULARITY/RHYTHM | RESP |
|---|---|---|---|---|
| 1329 | unable | 80 | | |
| 1339 | | 40 | | |
| 1347 | | | | |

## NARRATIVE

Subj - per bystanders, pt was struck by a m/v @ high rate of speed. Unk PMHx. Obs - 47 y/o ♂ lying supine in care of BLS. pt has agonal respirations, freq carotid pulse @ 80. Neuro - OD 5mm OS 2mm GCS 3. Moves of extremities. Resp - spont agonal c 6/min c trismus and blood in airway and fractured teeth. CV - HR c 80 NSR Jct. ∅ periph pulses present, obvious arterial bleed (L) shoulder area. Severe trauma to (L) chest, symmetrical chest movement present. GI/GU - abd distended and rig, pelvis stable, incontinent of urine. MSI - Skin cyanotic, centrally multiple fractures, head trauma c bruising, nasal flare (L) shoulder fx, humerus fx (R) humerus fx, multiple rib fx (L) bilat lower leg fx.

Plan - c-collar onto CBB, ventilated c BVM → sub IV 16g (R) AC, meds as above intubation. 8.0 ETT cords visualized blood / tube bilat breath sounds aus. ⊖ epigastric sounds ⊕ ETCO2 slight Δ (filled c blood quickly) enroute 2nd IV 18g (R) hand 1/2 485 NS = w/o while enroute pt begins to have bradycardia.

CURRENT MEDICATIONS: unk.
ALLERGIES: unk.

| TIME | RHYTHM | P | BP | DEFIB | FLUID/MED. & DOSE | ROUTE | BY |
|---|---|---|---|---|---|---|---|
| 1334 | NSR | | | | NS w/o | IV | 485 |
| 1335 | | | | | 200mcg Fentanyl IV | | 4 |
| 1335 | | | | | 100mg Succ | | 4 |
| 1342 | ✓ | | | | NS w/o | | 4 |

ETT Size 8.0 LL 22cm Time 1336
ETCO2 ☒ RSI ☒   PY

TRANSPORTED TO: LGH
MEDICAL CONTROL HOSPITAL: H3 I II P
PARAMEDIC/NUMBER: D. Gagne P4PT
PARAMEDIC/NUMBER: C. Benoit PY
BLS SERVICE: Trinity
EMT NAME: Pete
EMT NAME: Dave

# GREATER LOWELL EMS SUPPLEMENTAL PATIENT REPORT
One Hospital Drive, Lowell, MA 01853

**PATIENT NAME:** Doe, Johnagnos
**DATE:** 7/31/01
**C-MED NO.:** 037042169
**ALS REPORT NO.:** 27366

| NARRATIVE/C.C. / PE / HPI / PHM / TREATMENT / PROGRESS | TIME | BLOOD PRESS. | PULSE | REGULARITY/RHYTHM | RESP. | QUALITY/BREATH SOUND |
|---|---|---|---|---|---|---|
| tube placement confirmed enroute c̄ bilat breath sounds and ⊘ epigastric sounds lng Ep: IVP HR ↓ 0-10 ø palpable pulses present CPR initiated bilat chest decompressions 2" ICS (L) r(R) (L) has some bubbling blood ø (R) report on arrival LGH | | See previous | | | | |

LGH MR # 381917

**TRANSPORTED TO:** Lowell General
**PARAMEDIC/NUMBER:** D. Gagne P405
**PARAMEDIC/NUMBER:** C. Berner P/
**BLS SERVICE:** Trinity
**EMT NAME:** Peter
**EMT NAME:** Diane

EXHIBIT 8



© 2000 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**Lowell General Hospital**  18
295 Varnum Ave.
Lowell, MA 01854
978-937-6161

**EMERGENCY PHYSICIAN RECORD**
Multiple Trauma    (5)

Nam — MR 381917   895403-4
      DOE, JOHN
      07/31/01   M   6M
Date — 6 EMERG
       M.V. EMERGENCY ASSOC.
Medi —

TIME SEEN: _____   ROOM: T-1   ____ EMS arrival
HISTORIAN: ✓ patient __ spouse __ paramedics _____
__ HX / __ EXAM LIMITED BY: _____

**HPI**  chief complaint: Injury to: _____

**occurred:**
__ just PTA
__ today _____
__ yesterday _____
____ days PTA

**where:**
__ home        __ school
__ neighbor's  ✓ city park
__ work        ✓ street

**context:** Pedestrian hit by car @ high speed. Intubated @ scene. ∅ BP enroute.

**location of pain/injuries:**
(head) (face) mouth    right: shldr (arm) elbow f-arm wrist hand / hip thigh knee (leg) ankle foot
neck (chest) (abdomen)  left: shldr (arm) elbow f-arm wrist hand / hip thigh knee (leg) ankle foot
(back) upper mid- lower
radiating to R / L thigh / leg

**severity of pain:**
mild
moderate
severe

**associated symptoms:**
✓ lost consciousness / dazed
duration: _____
remembers:
 impact   coming to hospital
 seizure
unable to obtain ROS

**ROS** ☐ all systems neg except as markd
__ loss feeling/power arms/legs
__ headache
__ double vision/hearing loss
__ trouble breathing/ chest pain
__ nausea/vomiting
__ loss of bladder function
__ skin laceration
__ recent fever/illness

**SOCIAL HISTORY**  __ recent ETOH  __ smoker  __ drug abuse

**PAST HISTORY** __ negative
unknown
_____
_____

Meds- __ none / __ see nurses note   unknown
Allergies- __ NKDA / __ see nurses note

☒ Nurses note reviewed  ☐ Tetanus immun. UTD  ☒ Vital signs reviewed
**PHYSICAL EXAM**  __ Alert  __ Lethargic  __ Anxious
Distress- __ NAD  __ mild  __ moderate  __ severe
Other- __ c-collar (PTA / in ED)  __ back-board  __ IV  __ splint
unresponsive

**HEAD**                          __ see diagram
__ no evidence of trauma          __ Battle's sign / Raccoon Eyes

**NECK**   c-collar in place
__ non-tender                     __ see diagram
__ painless ROM                   __ vertebral point-tenderness
__ trachea midline                __ muscle spasm / decreased ROM
                                  __ pain on movement of neck

laceration STS

**EYES**                          __ unequal pupils R- __mm L- __mm
__ PERRL                          __ EOM entrapment / palsy
__ EOMI                           __ subconjunctival hemorrhage
                                  pupils 7mm ⓑ + fixed

**ENT**                           __ hemotympanum
__ nml external                   __ TM obscured by wax
   inspection                     __ clotted nasal blood
✓ no dental injury                __ dental injury / malocclusion

**RESP & CVS**                    __ see diagram (on reverse)
__ chest non-tender               ✓ decreased breath sounds
__ breath sounds nml              __ wheezing / rales
__ heart sounds nml               __ splinting / paradoxical movements

**ABDOMEN**                       __ see diagram (on reverse)
__ non-tender                     __ tenderness / guarding / rebound
__ no organomegaly                __ mass / organomegaly
                                  distended abdomen

**GENITAL / RECTAL**              __ perineal hematoma
__ nml genital exam               __ blood at urethral meatus
__ nml vaginal exam               __ decreased rectal tone
__ nml rectal exam
__ heme negative stool

**NEURO / PSYCH**                 __ confusion / disorientation
__ oriented x3                    __ EOM palsy / anisocoria
__ mood & affect                  __ facial asymmetry
__ CN'S nml                       __ unsteady / ataxic gait
   as tested                      __ sensory / motor deficit
__ sensation &
   motor nml                      unresponsive


Reflexes

**SKIN**
__ intact
__ warm, dry
__ see diagram
__ crepitus / diaphoresis

**BACK**
__ no CVA tenderness
__ no vertebral tenderness
__ see diagram
__ vertebral point-tenderness
__ CVA tenderness
__ muscle spasm / limited ROM

**EXTREMITIES**
__ atraumatic
__ pelvis stable
__ hips non-tender
__ no pedal edema
__ nml ROM
__ see diagram
__ bony point-tenderness
__ painful / unable to bear weight
__ pulse deficit    *multiple fx + deformity*

Joint Exam:
__ limited ROM / ligaments laxity / joint effusion

Diagram annotations: *large laceration c̄ abrasions c̄ CSF*, *open clavicle fx*, *lacs*, *laceration*, *deformity*, *multiple fx + deformity*

T=Tenderness
PtT=Point Tenderness
S=Swelling
E=Ecchymosis
Lac=Laceration
A=Abrasion  B=Burn
(∅=without  m=mild
mod=moderate
sv=severe)
Tnv = Tenderness on palpation (severe)

**XRAYS**  ☐ Interp. by me  ☐ Reviewed by me  ☐ Discsd w/radiologist

**C-Spine   D-Spine   LS-Spine**
__ nml / NAD
__ no fracture
__ nml alignment
__ soft tissues nml
__ reversal / straightening of cerv. lordosis
__ DJD / spondylosis / spurring

**CXR**
__ nml / NAD
__ no infiltrates
__ nml heart size
__ nml mediastinum
__ rib fracture
__ infiltrate / atelectasis

**OTHER**  ☐ See separate report

**PROGRESS:** Auscultated BS on arrival → good (B)
? dislodged ETT on transfer
stretcher to bed
ETT removed + reintubated
c̄ 8.0 ETT c̄ difficulty (+)
Rx given  Mech. BS (B) after reintub

__ Discussed with Dr.___
will see patient in: office / ED / hospital
__ Counseled patient / family regarding:
  lab results  diagnosis  need for follow-up
__ Admit orders written

CRIT CARE- 30-74 min
            75-104 min ___ min
__ Prior records ordered
__ Additional history from:
  family  caretaker  paramedics

**CLINICAL ASSESSMENT:**

**contusion**
head          wrist   R / L
face          hand    R / L
chest         hip     R / L
abdomen       thigh   R / L
back          knee    R / L
shoulder R/L  leg     R / L
arm      R/L  ankle   R / L
elbow    R/L  foot    R / L
forearm  R/L

**sprain / strain**
neck  dorsal  lumbar

**concussion**
with LOC    w/o LOC

**laceration**

1) Multiple trauma
2) Trauma arrest

**Wound Description/Repair**
length ___ cm  location ___
__ superficial  __ SQ  __ muscle  __ linear  __ stellate  __ irregular
__ clean  __ contaminated  moderately / *heavily
**distal NVT:**  __ neuro & vascular status intact  __ no tendon injury
**anesthesia:**  __ local  __ digital block ___ cc
__ lidoc 1% 2% epi / bicarb  __ marcaine .25% .5% __ LET
**prep:**
__ Betadine
__ irrigated / washed w/saline
  *extensively
__ explored
__ debrided / undermined
  *extensively
__ foreign material removed
  minimal  moderate  *extensive
**repair:**  Wound closed with:  wound adhesive / steri-strips ___
  SKIN-  # ___  -0 nylon / prolene / staples ___
  *SUBCU-  # ___  -0 vicryl / chromic ___
*may indicate intermediate repair  *may indicate intermediate or complex repair

DISPOSITION-  ☐ home  ☐ admitted  ☐ transferred  *deceased*
CONDITION-    ☐ unchanged  ☐ improved  ☐ stable

PA _____ MD/DO
PA _____ MD/DO
printed name       printed name

☐ Faxed to PCP / Attending    Date: _____

Pt. Name: _____

Multiple Trauma - 18

JOHN
7/31/01  M  6M
6 EMERG
M.V. EMERGENCY ASSOC.,

# TRAUMA FLOW SHEET

Time **1345**  ED Physician **Dr N. MacDonald**
[X] Trauma STAT @ 1345
[ ] Trauma Alert

Date & Time of Arrival
**1348    7/31/01**

## MODE OF ARRIVAL
[X] Ambulance   [ ] Walk
[ ] Car         [ ] Other

## MECHANISM OF INJURY & TIME OF INJURY

| Motor Vehicle | Burn (T-E-L) |
|---|---|
| Motorcycle | Industrial |
| Bicycle | Assault |
| [X] Pedestrian vs. **auto** | Other |
| Fall ___ ft. | Unknown |

## CRASH DATA
[ ] Driver                [ ] Spidered Windshield
[ ] Passenger - Front     [ ] Steering Wheel Damage
[ ] Passenger - Back      [ ] Ejected
reported **@ PH hi speed**  [ ] Death in same compartment

## PROTECTIVE DEVICE
| Seat Belt [ ] Lap [ ] Shoulder | Protective Clothing |
|---|---|
| Air Bag | Other: |
| Car Seat | None |
| Helmet | N/A |

## PREHOSPITAL SUMMARY
[X] ALS  [X] BLS   [ ] Prolonged Extrication
Vital Signs & Time Taken ____  [X] Run Sheet
Pulse **0**          [X] CPR
BP **0**             [ ] EBL ____ CC
RR **0**

## TREATMENT / INTERVENTIONS
[X] C-Collar   [X] BB      [ ] & immobilization to BB
[ ] Head Roll  [ ] Straps
[ ] O₂ via: **ET tube inserted**
[ ] Splint Type & Site _____
[ ] Dressing(s) _____
[X] IV Sol **NS - x2 liters**
  Site **R AC**  **R hand/R arm** Size **18 x 2** By whom **Paramedics**
[X] Intubation By Whom: **Paramedics**
  Size **8**   Site **ENDO**
[X] Other: **bilateral NEEDLE decompressions**

---

Trauma Surgeon Team Leader **N. Macdonald** M.D.

| Trauma Team | STAT | ALERT | NAME | TIME PAGED | TIME ARRIVED |
|---|---|---|---|---|---|
| Trauma Surgeon | · | · | Dr A Ghaffar | 1345 | |
| Anesthesia | · | | | | |
| Radiology | · | · | present | 1345 | 1345 |
| Laboratory | · | · | present | 1345 | 1345 |
| Respiratory | · | · | present | 1345 | 1345 |
| OR Team | · | | | 1345 | 1345 |
| Nursing Supervisor | | | | 1345 | 1345 |
| Ortho | | | Trauma covers | 1345 | 1345 |
| Neurosurgeon | | | | | |
| Other | | | | | |

Patient Information (Continued from Admissions Assessment Sheet)
[ ] Completed by: _____  Chief Complaint: **Pt unresponsive and intubated**

## ED INITIAL VITAL SIGNS
Cuff BP **0**   RR **BVM**   T **0**   Pulse **0**   SpO2 **0**

## PRIMARY SURVEY

| AIRWAY | [ ] CLEAR | [X] OBSTRUCTED **? in stomach** |
|---|---|---|
| BREATHING | [ ] Spontaneous | [ ] O₂ ___ L |
|  | [X] Assisted **ET #8** | [ ] BVM |
|  | [ ] Unlabored | [ ] Labored |
| right | [ ] Present | [X] Absent |
| left | [ ] Present | [X] Absent |

| CIRCULATION | [ ] EXTERNAL HEMORRHAGE SITE: **0 pulses palpable** |
|---|---|
| | PULSES PAP: [ ] RUE   [ ] LUE |
| | [ ] RLE   [ ] LLE |

| SKIN SIGNS | [ ] WARM | [ ] DRY | [X] PALE | [ ] FLUSHED |
|---|---|---|---|---|
| | [X] COOL | [ ] DIAPHORETIC | | [ ] CYANOTIC |

[X] C-Spine immobilized   Removed @ ____

PUPILS
R Size **7** mm Reaction **None**   L Size **7** mm Reaction **none**
N - Normal  S - Sluggish  F - Fixed
1● 2● 3● 4● 5● 6● 7● 8●

## GLASGOW COMA SCALE

| EYES | | REVISED ADULT TRAUMA SCORE | | |
|---|---|---|---|---|
| Spontaneously | 4 | | 10 - 29/min | 4 |
| To Verbal Command | 3 | Resp. Rate | > 29/min | 3 |
| To Pain | 2 | | 6 - 9/min | 2 |
| No Response | 1 | | 1 - 5/min | 1 |
| **MOTOR** | | | 0 | **0** |
| Obeys | 6 | | > 89 mm Hg | 4 |
| Localizes Pain | 5 | Systolic Blood Pressure | 76 - 89 mm Hg | 3 |
| Flexion / Withdrawal | 4 | | 50 - 75 mm Hg | 2 |
| Flexion Abnormal | 3 | | 1 - 49 mm Hg | 1 |
| Extension | 2 | | No Pulse | **0** |
| No Response | 1 | | 13 - 15 | 4 |
| **VERBAL** | | | 9 - 12 | 3 |
| Oriented & Converses | 5 | Glasgow Coma Score | 6 - 8 | 2 |
| Disoriented & Converses | 4 | | 4 - 5 | 1 |
| Inappropriate Words | 3 | | < 4 | **0** |
| Incomprehensible Sounds | 2 | | | |
| No Response | 1 | | | |

TIME:   TOTAL **3T**   TIME:   TOTAL **0**

Trauma 10/00 Page 1

* Continue q1hr and upon D/C



### PEDIATRIC COMA SCALE

| | Score | Age Over 1 Year | Less than 1 Year |
|---|---|---|---|
| Eye Opening | 4 | Spontaneously | Spontaneously |
| | 3 | To Verbal command | To Verbal command |
| | 2 | To pain | To pain |
| | 1 | No response | No response |
| Best Motor Response | 6 | Obeys | |
| | 5 | Localizes pain | Localizes pain |
| | 4 | Flexion withdrawal | Flexion withdrawal |
| | 3 | Flexion-abnormal (decorticate rigidity) | Flexion-abnormal (decorticate rigidity) |
| | 2 | Extension (decerebrate) | Extension (decerebrate) |
| | 1 | No Response | No Response |
| | | Age Over 5 Years | Age 2 - 5 Years | Age 0 - 23 Months |
| Best Verbal Response | 5 | Oriented and converses | Appropriate words & phrases | Smiles, coos |
| | 4 | Disoriented & converses | Inappropriate words & phrases | Cries, appropriate |
| | 3 | Inappropriate words | Cries and/or screams | Cries, screams |
| | 2 | Incomprehensible sounds | Grunts | Grunts |
| | 1 | No Response | No Response | No Response |

Total 3 - 15

MR 381917   895403-4
DOE, JOHN
07/31/01   M   6M
6 EMERG
M.V. EMERGENCY ASSOC.

### PEDIATRIC EMERGENCY REFERENCE
#### VITAL SIGNS - NORMAL PEDIATRIC VALUES

| Age | Pulses/Range | B/P | Resp | LB | KG | IV Maint |
|---|---|---|---|---|---|---|
| NB | 120-150 (70-170) | 80/45 | 25-40 | 9 | 4 | 16cc/hr |
| 1 yr | 120 (80-160) | 90/65 | 22-40 | 22 | 10 | 40cc/hr |
| 2 yrs | 110 (80-120) | 90/64 | 22-32 | 29 | 13 | 46cc/hr |
| 4 yrs | 100 (80-120) | 85/60 | 22-28 | 37 | 17 | 54cc/hr |
| 6 yrs | 100 (75-115) | 90/60 | 20-26 | 44 | 20 | 60cc/hr |
| 8 yrs | 90 (70-110) | 95/62 | 16-25 | 55 | 25 | 65cc/hr |
| 10 yrs | 90 (70-110) | 100/67 | 18-24 | 66 | 30 | 70cc/hr |
| 12 yrs | 90 (65-110) | 108/67 | 16-20 | 77 | 35 | 75cc/hr |

#### APGAR Scoring

| Sign | 0 | 1 | 2 |
|---|---|---|---|
| Heart Rate | Absent | Slow <100 beats/mn | ≥ 100 beats/mn |
| Respiration | Absent | Slow/irregular | Good/crying |
| Muscle Tone | Limp | Some Flexion | Active Motion |
| Reflex Irritability (cath in nares) | No Responses | Grimace | Cough, sneeze, cry |
| Color | Pale | Pink body with blue extremities | Completely Pink |

### PEDIATRIC TRAUMA SCALE

| | | |
|---|---|---|
| WEIGHT | | |
| >44 lbs. (20 kg) | | +2 |
| 22 - 44 lbs. (10 - 20 kg) | | +1 |
| <22 lbs. (10 kg) | | -1 |
| AIRWAY | Normal | +2 |
| | Assist c̄ O2 | +1 |
| | Intub / trach | -1 |
| SYST BP | >90 mmHg | +2 |
| | 50 - 90 | +1 |
| | <50 | -1 |
| LOC | Awake | +2 |
| | Any LOC | +1 |
| | Coma | -1 |
| WOUNDS | None | +2 |
| | Minor | +1 |
| | Major | -1 |
| FRACTURES | None | +2 |
| | Closed | +1 |
| | Open / Multi | -1 |

Page 4

JOHN
07/31/01  M  6M
6 EMERG
M.V. EMERGENCY ASSOC.,

## TRAUMA FLOW SHEET

### HOSPITAL PROCEDURES

| PROCEDURE | TIME | SIZE | BY WHOM | COMMENTS |
|---|---|---|---|---|
| O₂ via ___ @LPM ___ | | | | |
| ET Intubation | 1348 | 8 | Dr MacDonald | VC BS HEARD c ett tube |
| NT Intubation | | | | |
| Foley Catheter | | | | |
| Central Line | | | | |
| Chest Tube(s) | | | | Site |
| Needle Decompression | PTA | | | Site ___ cc |
| Peritoneal Lavage | | N/A | | Site ___ cc |
| Pericardiocentesis | | N/A | | ☐ Pos ☐ Neg Sent to Lab |
| NG Tube | | | | Aspirate Y  N ___ cc |



### SECONDARY SURVEY
IDENTIFY INJURIES, LOCATE BY NUMBER
1. Laceration    2. Abrasion    3. Hematoma
4. Contusion    5. Deformity   6. Open Fx
7. GSW          8. Stab        9. Burn
10. Cold       11. Edema      12. Amputation

### LABORATORY

| | TIME SENT | TIME OF RESULTS |
|---|---|---|
| Trauma Stat Panel | | |
| Trauma Alert Panel | | |
| Cardiac Panel | | |
| PT/PTT | | |
| HCG | | |
| Other: | | |

no labs obtained

### RADIOLOGY

| | TIME ORD. | TIME PERFORMED |
|---|---|---|
| C-Spine Lat Portable | | |
| Completion C-sp | | |
| C-Spine Cleared Y (N) | | |
| By ___ MD | | |
| C-Collar Removed By ___ | | |
| Removed from Spine Board By ___ | | |
| Chest Portable  Time ordered | | |
| Pelvis Portable  Time ordered | | |
| Other  1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| CT Head   Dep ___ Rtn ___ | | |
| CT Abdomen  Dep ___ Rtn ___ | | |
| CT other   Dep ___ Rtn ___ | | |
| Sonogram/Ultrasound  Dep ___ Rtn ___ | | |

### MEDICATIONS

| TIME | DRUG | DOSE | ROUTE | GIVEN BY |
|---|---|---|---|---|
| | T.D.O. 5cc/M | | | |
| 1350 | Epinephrine | 1 mg | IV | R. Coyette RN |
| 1353 | Epinephrine | 1 mg | IV | R. Coyette RN |

### BLOOD COMPONENTS

| TIME ORDERED | Components/AMT | START | STOP | AMT IN | Components/AMT | START | STOP | AMT IN | TIME ARRIVED |
|---|---|---|---|---|---|---|---|---|---|

### INTAKE

| TIME | SITE | SOLN | AMT ↑ | AMT IN |
|---|---|---|---|---|
| PTA | RAC | NS | 1000 | 500 |
| PTA | RFA | NS | 1000 | 300 |
| | | TOTAL | 800 | |

### OUTPUT

| TIME | URINE | NG | CHEST |
|---|---|---|---|
| | | | |
| TOTAL OUT | Incontinent of urine | | |

Assess: Inspection / Palpation / Auscultation

Head: Deformity noted @ occipital area c laceration frontal area → occipital area (superiorly)   ☐ nl  ☒ abnl

Maxillofacial: periorbital ecchymosis @ orbit   ☐ nl  ☒ abnl

C-Spine/Neck: immobilized in c/c, evaluation incomplete secondary to airway stabilization   ☐ nl  ☐ abnl

Chest: Crepitus (R) flank & (R) upper chest, c ecchymosis/road burn (L) chest with ecchymosis axillary area c laceration on LUE, laceration/PIS @ clavicle area   ☐ nl  ☒ abnl

Abdomen & Flanks: (R) > L ecchymotic, DISTENDED, SOFT - GIRTH ?? c CPR   ☐ nl  ☒ abnl

Pelvis & Perineum: s crepitus, c bld @ urinary meatus   ☒ nl  ☐ abnl

Musculoskeletal / Extremities:
RUE - Deformed/ecchymotic   ☐ nl  ☒ abnl
LUE - ? arterial bleed @ scene, edematous bicep area, lac @
RLE - Deformed below knee, open tib/fib, open ankle fx   ☐ nl  ☐ abnl
LLE - mx abrasions

Psychosocial: not applicable

Posteriorly - mx abrasions   ☐ nl  ☐ abnl

Survey by: V Barrett RN
Recorded by: V Barrett RN                    M.D. ___
                                              R.N. ___

**Patient Label Area**

MR 381917    895403-4
DOE, JOHN
07/31/01    M    6M
6 EMERG
M.V. EMERGENCY ASSOC.

**NARRATIVE**

Pt arrives w/ CPR in progress c̄ ALS, victim of auto pedestrian MVC. Pt was struck by auto at high rate of speed as reported by prehospital personnel. Pt intubated, BVM ventilation ongoing. Initial assessment of airway by Dr. MacDonald revealed absent BS, pt reintubated #8 by Dr. MacDon. Pt s̄ palpation of peripheral pulses c̄ CPR, pt in idio-ventricular cardiac rhythm c̄ non conducted pulses palpable. CPR continues. Pt had bilat needle decompression done in field. #14 angio's remain in chest. Bright red blood noted in ET tube. Dr MacDonald ordered Epinephrine administered. Re-eval of heart rhythm c̄ pause in CPR reveals idioventric → asystole s̄ conducted pulse. CPR continued. Epinephrine 1mg administered as second dose. Rhythm assessed again c̄ CPR paused. Asyst.

Nurse Signature / Initials: V Barnett

Cont. pg 5

| TIME | T | P | R | BP | RHYTHM | SpO2 | GCS | PAIN SCALE 1-10 |
|---|---|---|---|---|---|---|---|---|
| 1345 | | ∅ | ∅ | ∅ | CPR idioventricular | | 3T | |
| | | | ET #8 | | | | | |
| | | | | | ET #18 (re-inserted) | | | |
| | | | | | | | 3T | |
| | | | | | CPR → | | | |
| | | ∅ | BVM | ∅ | Idioventric | | | |
| 1350 | | Epinephrine 1mg IVP | | | | | | |
| | | ∅ | BVM | ∅ | CPR | | 3T | |
| 1355 | | Epinephrine 1mg IVP | | | | | | |

**PERSONAL BELONGINGS**

Dentures: ☒ None ☐ Upper ☐ Lower ☐ Partial
Contact Lens: ☒ None ☐ Right ☐ Left
Eye Glasses: ☒ None ☐ Yes
Medications: ☒ None ☐ Yes
Other Prosthesis: ☒ None ☐ Yes
Describe: upper dentition c̄ fractured teeth

Clothes: blue jogging shorts, sneakers, socks
☐ Cut off ☒ in ED ☐ at scene
☐ Family/Friend
☐ Security/Lock-up  ☐ Home
☐ LGH Valuables Receipt # none
☐ To Floor, where: 

Valuables:
☐ Family/Friend
☐ Security/Lock-up
☐ Home
☐ To Floor, where:
none c̄ pt

Alleged / Suspected findings of Abuse: N/A
|  | YES | NO |
|---|---|---|
| Domestic Violence | ☐ | ✓ |
| Elder Abuse / Neglect | ☐ | ✓ |
| Child Abuse / Neglect | ☐ | ✓ |
| Disabled Person Abuse / Neglect | ☐ | ✓ VB |

**Disposition:**
Family notified ☐ No ☒ Yes By whom: Lowell P.D.  Time 1340 am/pm
☐ Discharge to 
☒ Transfer to morgue
☐ Admit to ___ Time ___
☐ OR at
☒ Code terminated at 1358
☒ ME Case: Notified 1430 Time
Dr Zane accepts

Report to Floor
Report to Receiving Agency
Organ Bank Notified → via m.e.
Police notified yes
Pastoral services notified ☒ Yes ☐ No

**TERTIARY TRANSFER INFORMATION**

Time Transfer Arranged ___  Tsfr. Agency ___
COBRA Form ☐  Helicopter Transport ☐
Time Team Arrived ___  Ground Transport Service ☐
Time Patient / Team Departed ___

Page



MR-381917   895403-4
DOE, JOHN
07/31/01   M   6M
6 EMERG
M.V. EMERGENCY ASSOC.

| Time | T | P | R | O₂Sat | BP | Medications | Pain Scale 0-10 | Descriptive Notes |
|---|---|---|---|---|---|---|---|---|
| 1357 | | ∅ | BVM | | ∅ | CaCl - 3T | | Pronounced by Dr. Ellis. |
| 1358 | | | | | | | | Pt. pronounced by Dr. MacDonald. ME office aware and accepted. Lowell police here. Attempt to ID patient made. |

N102900



**LOWELL GENERAL HOSPITAL**
**NURSING DIVISION**

**NOTIFICATION OF DEATH**

Directions: Send completed form to the Nursing Office. If an autopsy is to be done, send the medical record to Pathology. **LEAVE NO BLANKS.**

MR 381917    895403-4
DOE, JOHN
07/31/01   M
6 EMERG
M.V. EMERGENCY ASSOC.

Name: John Doe
Home Address: Unknown
Age: ? lot 35y.  Dept: ED   Room: 11
Telephone Number: unkn
Admission Date/Time: 07/31/01  1348 pm
Physician: Dr. Nathan MacDonald
Admitting Diagnosis: multiple trauma / trauma arrest
Name of Physician notified: _____ by whom _____
Pronounced by Doctor: Nathan MacDonald   Time: 1357   Date: 07/31/01
Death certificate to be completed by: ME office
Next of Kin/Responsible Party notified: unknown _____ by whom _____
   (Name/Relationship)
Pregnancy in the last 3 months:  Yes ☐  No ☒
(Must be answered on all females ages 12 - 50)

Disposition of Valuables:  ☐ Family/Responsible Party, Name _____
  ☐ Admitting
  ☒ None
Valuables envelope Receipt: ☐ Yes  Receipt # _____   ☒ None
  ☐ Admitting   ☐ Family/responsible party, Name _____
Dentures:   ☒ None   ☐ In place
Wedding Band:  ☐ Tied   ☒ None
List all Valuables _____

Disposition of belongings ☒ Morgue
  ☐ Family/Responsible Party, Name _____
List all belongings: torn out clothing, pocket book/purse

Admitting Office notified: Case Medical-Legal: ☒ Yes ☐ No   Autopsy: ☒ Yes ☐ No
Switchboard Notified: ☒ Yes
Name of Nursing Administrative Representative notified: Debbie Burke, RN
Signature of Nurse submitting report: [signature]

Name of Pathologist notified: Dr. Zane   by whom: Dr. MacDonald
Medical Examiner notified by whom: MacDonald   Time: 1440   Date: 07/31/01
Accepted ☒   Declined ☐
Signature of Nursing Administrative Representative: D. Burke
Signature of Administration Representative

10/80; 2/91; 1/96; (1-7/97)
[LANIER#5 - DEATH$NO.00$$]
N100360

## CONSENT TO EMERGENCY TREATMENT

**ALL PATIENTS**

I, knowing that I (or _____) am (is) suffering from a condition requiring diagnosis and medical or surgical treatment do hereby voluntarily consent to such diagnostic procedures and hospital care and to such medical and/or surgical treatment by my attending physician, his assistants or designees, as is necessary in their judgement.

I understand that all of the physicians on the staff of this hospital, including the attending physician(s), are not employees or agents of the hospital, but rather, are independent contractors who have been granted the privilege of using its facilities for the care and treatment of their patients. Further, I realize that among those who attend patients at the hospital are medical, nursing, and other health care personnel in training who, unless requested otherwise, may be present during patient care as a part of their education.

I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as to the result of treatments or examinations in the hospital.

I understand the treatment rendered is emergency treatment only. Some problems will be resolved after a single visit to the Emergency Department, others may require further followup. I am advised to contact my personal physician, appropriate specialist, clinic, or return to the Emergency Department at any time if my condition worsens or new problems arise.

I certify that I have been afforded an opportunity to deposit valuables and money for safe keeping. I understand that the hospital assumes no responsibility for valuables retained by the patient.

I understand if I should leave the hospital without written physician consent, I do so at my own risk. I hereby relieve the physician and the Lowell General Hospital of all responsibility for my action.

I further acknowledge that the above has been fully explained to me and that I understand its contents.

7/31/01    X pt - expired, unable to sign
Date       Signature of Patient or Responsible Person        Relationship

7/31/01    [signature]
Date       Signature of Witness        Relationship

## FINANCIAL CONSENTS

Assignment of Benefits, Release of Information, Power of Attorney, Payment Guarantee

**ALL PATIENTS**

AUTHORIZATION TO RELEASE INFORMATION: Lowell General Hospital is authorized to release to any insurance companies having coverage on me (or to the employer if coverage is under a group insurance plan) any information pertaining to the diagnosis and/or procedures relative to this hospital admission. A photostatic copy of this authorization shall be considered as effective and valid as the original.

ASSIGNMENT OF INSURANCE BENEFITS AND RIGHT OF RECOVERY: In consideration of the services rendered, I hereby irrevocably assign and transfer to Lowell General Hospital all rights, title, and interest in the benefits payable for services rendered by said Hospital, provided by my policy(ies) of insurance. Said irrevocable assignment and transfer shall be for the purpose of said policy(ies) of insurance, but shall not be construed to be an obligation of Lowell General Hospital to pursue any such right of recovery. Provided, however, this assignment and transfer shall not take away my standing to make claim or sue for benefits individually should coverage be denied by any insurance carrier(s). I hereby authorize the insurance company(ies) to pay directly to Lowell General Hospital all benefits due under said policy(ies) by reason of services rendered therein. I will pay Lowell General Hospital for all charges incurred or alternately, for submission in excess of the sums actually paid pursuant to said policy(ies). A photostatic copy of this authorization shall be considered an effective and valid as the original.

POWER OF ATTORNEY: I (or we) hereby guarantee Lowell General Hospital payment of all charges for services rendered, in accordance with its rules, regulations and charges. Furthermore, I hereby authorize and appoint the Credit Manager of Lowell General Hospital or his successor/designee as my attorney, in fact to take measures on my behalf as may be necessary to collect any such claims or insurance proceeds and to endorse any checks made payable to me for such claims or insurance proceeds by signing my name as attorney in fact for me to any such checks and/or insurance claim forms. A photostatic copy of this authorization shall be considered as effective and valid as the original.

7/31/01    [signature]    X
Date       Witness        Patient or Parent if Minor        Insured Person

## MEDICARE CERTIFICATION

**MEDICARE**

Patient's Certification, Authorization to Release Information, and Payment Request. I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I request payment of authorized Medicare benefits to me or on my behalf for any services furnished me or by Lowell General Hospital including physician services. I authorize any holder of medical or other information about me to release to the Social Security Administration or it's intermediaries or carriers any information needed for this or a related Medicare Claim. I request that payment or authorized benefits be made on my behalf.

I further agree that I will furnish evidence along with the Medical Insurance Policy number(s) that said insurance plan payments have been exhausted or unavailable for payment prior to payment submission and anticipation of payment by Medicare.

_____    _____    _____
Date               Witness            Patient's Signature