Intake Interview

EXHIBIT 9

Amy Anagnos

11/8/00

Know Ted for 8 yrs.

Heavy marital problems. Exploded couple of weeks ago. — living apart now

Saw a lawyer 2 weeks ago. Married a little over 3 yrs ago

They'd bought a house in June — still NOT living in it. Husband wanted to do everything himself & have it be perfect. By Sept they weren't in & were living with her parents. Her parents wanted them to move to make room for Grandparents who are sick. Husband (Ted) had a fight with her parents over moving. Wey to a bedroom. Ted explodes. Not the 1st time he had one with her parents (She hates confrontation) She just wanted to move into the unfinished house. He didn't. They started to do that. (in Aug finished house in Florida with her sister & husband). Ted reneged that her sister stiffed them for $50. She & sister are close. Amy's sister — a lot like Ted. Ted wouldn't accept the apology. When Ted gets going with his mouth he won't stop. Ted holds grudges. Can be verbally & emotionally abusive

11/20/00

Amy Anagos
— Prozac — Drowsiness of memory issue

1-10 = 7 Today. Past 2 weeks OK - 1 cryg spell
Past 2 weeks. feels More Numb. Feely OK,
Is more bothered first thing - AM or when tryg to fall asleep

- sleep ok but slt great.
- Yours - little detached — feel sad
  Feels better to not see him; be her own person yet feels
  like cold turkey removed from husband.

- Again Stories of Verbal Abuse
= Depression responding to prozac - fewer cryg spells
- 2g PTSD: feels numb, detached, tries to NOT think-
                                        About him

Zipak Licsw

12/21/00

Amy Anagas

1 – 10 – at an 8 or 9.

– Sleep is good – falling asleep better – wakes up 4-430 – wakes up
    couple of times. In bed 7 or 8 hrs. Used to sleep straight
    through.

· Appetite – Eating better – coming back little by little –

· Sense of humor – better, getting better

– Crying spells – No spells
– ↓ Irritable: less than last week
– Concentration – pretty good. getting better –
– ↓ guilt about divorce – More angry / aggravation –
    ⟶ Anxiety connected to self-doubt → to her
        Judgements felt she was stupid / dumb **

– Again stories of verbal abuse

over

Amy A[...]

Sit. 2   Ted "fucks out" with her parents
~~Powerless~~ ——— Most true at the time
- I should have done something
- I couldn't stand it

-

- Intrusiveness = 2

- Validity of Statement.   1-7  = 1


( Hank 1-30

1/18/01

Amy Aganos

Thing say pretty much the same — stopped the Medication
feels fine —
        - No sleep disturbance
        - No crying spells
    - No symptoms of depression
    - yet still stories of Verbal Abuse & her fear of
        Ted

            R. Pfaut, LICSW

1/30/01

Amy Aganos

- OK. Trying to stay focused, going out w/ friends.

- Focusing on her countship to Ted. Were there
  signs? what did she think they were attracted
  to in each other? How did they decide to marry?

  R Hront, ucsw

2/13/01

Amy Aganos

Moved into new apt in Nashua. She saw her lawyer yesterday - hadn't heard from Ted who had 30 days to respond to divorce.

Still afraid of running into Ted.
Just work - trying to get settled. Trying to get out with friends

Again - focus on what was good that she remained - abusive relationship even before they married. Amy thinks that her love of him would save him & change him.

R Hartucsw

3/20/01

Amy Avagnos

- It's been quiet. Court date April 13th,
- No depressive symptoms
- Denies PTSD Symptoms of dissociation, No Numbing, but does think about the Verbal abuse & feels panicked & Angry & Sad.

- Apprehensive about up coming court date. Doesn't want to testify.
- Again theme is about what went wrong in the Marriage.

Report, LICSW

3/27/01

Amy Adagnos

- Sleep a little better - goy to bed early
- felt better this A.M. more rested -
- Not filled with energy
- Appetite the same
- Cyyy spells - <u>No</u>
- a little less "mentille q mice last week.

Feels better than last week.

Want to Doctor 1 mull ago Dione Epstein.

- Re goal: the Good
- "I'm alone"

"Will be depressed" if alone. Don't know if she believes this
but she does. Belief is fairly rigid, even after exploration

R Hprh men

4/17/01

Amy Arganos

- 1-10 = 7 today. Lowest past 7 days = 5. OK days
  because I don't think about Ted. If I see its "upsetting"

- Again stories of Ted's verbal abuse i her fear of him.
  Wants to know why he behaved this way toward her
  Trapped i the thought that her love would change
  him i he'd appreciate her for it.

- Theme is: "I can't believe this happened to me," and
  "I can't get over what happened."

- Will do more EMDR

R. Hook, LCSW

4/24/01

Amy Arguros

- 1—10 at an 8 today
- Nothing too exciting — spendy time call My sister & Shopping
   for cloths.

            - I can't erase what you said & did to
                     me.

EMDR
   - I didn't deserve this
- I can't stand it.  〉 Neg cog

I am deserving of bey treated with respect 〉
I don't deserve this abuse                    Pos.
                                              Cog
I can learn from it

  1 — 10 intrusiveness 〉 at a 4 or 5

- Image is of him at the court house dung dunor
                                        proceedy
- He acted like he was angry at her & she was frightened/angry

     R think we are

5/22/01

Amy Agarros

Depressed all day - nothing happened significantly. Having hard time feeling like I wasted a lg. part of my life i I can't get it back. → lost: years when you're suppose to meet someone & now I'm 30. I'm just mad at ~~yourself~~ myself → I married him for all the wrong reasons.

Found stuff on Verbal abuse on-line. Scary - It's a classic scenario:

- Sees herself as "dumb"
- Sees herself as damaged
- Sees herself as ~~sensitive~~ no one would want
- Has Baggage
- Presents as Bully Advice/Naive

R. York, LICSW

5/30/01

Amy Anagnos

"Better this week. Thoughts more positive. Things don't bother me. I'm not thinking about "what could have been" 1-10 = 7 today. Lowest has been a 2 - last session. Felt better the next day.

More good than God to be only relationship - Intelligence/apathy has bothered me since last week -

I have choices
I can take care of myself
I did the best I could
I learned from it
I am worthy + worthwhile -

1-7 = 6 -

{ - I'm Shameful
  - I'm damage
  - I'm a disappointment }  1-7 =
                            2 in
                            Truthfulness

Has trouble settling down - Nervous energy - a little agitated - PTSD like. A little depressed maybe. Willing to see a psychiatrist for symptoms.

R. Hand LICSW

6/6/01

Amy Andronvos

— Sleep a bit better — loo? has a wife — pretty much everything
— Ippulten Th before
— Concentration — Memory — always been questionable * stress
  related
— sense of humor — OK — fun? — sick over w/e

— Just tired — nothing happening. Has no plans for summer.
  Just drifting

— Denies depression but beginning to again show some symptoms.
— upset she isn't moving forward in her life. Wanted
  Marriage, kids, the house etc. Worried she'll never have it
— Again exploring the importance of being whole as an individual
  before being a couple

R/T fresh week

7/18/01

Amy Anagnos

Had a Grd Week — Everything like come to a head. Over whelmed
in financial situations — angy at him — She went to his work to confront
him. Angy he cut her off the memorial

- Refusal to get out of car    — manipulative
- Threats thinly veiled    — controlling
- Sept. 17th — court date

※ Don't think you're going to walk away with everything. I wouldn't
do anything to hurt you or hurt you financially. But don't back
me into a corner. I don't play to lose. —

※ Offered to give her money — "It withoucable."
  (Ginsburg)

- Sawhim on Mon, Spoke yesterday (Tues) on phone
- Saying things to her like — "you come to my place of work —
my neighbor says she saw your car parked in front of my
house last nite. Don't know what he's up to"

— Amy — Made sad, angy. Scared.

          R. Won. Licsa

8/28/01

Amy Anagnos

Thinking about going back to her own apt. Has been living w/
parents since Ted died.

Feel bad — perhaps was a pre-trial for the defendant —

3 slept - 2 mgs 1 doorge — Ambien PRN. Today Klonapin
@ RN.

Panic attacks — Have had them throughout Marriage — just
thought she was upset, Just figured out that when
they were stuck has them — as well as others.
Use Klonapin for that. Ave. ~~3/wk~~ is 3x if not ~~7x~~
Klonapin x 2/ wk.

- 1–10 ✳ at 6 or 7 today
- cryg spells — maybe 1 or 2 since last time I saw her
- Afraid About being alone in her own Apt.

R Ford LICSW

9/12/02

Amy Anxgress Skyress

- Had a good week. Glad Steve came. Put everyone *last week over sessions
on the same page
        — No incidents
        — No Anger/explosions.
        — (see) No Anxiety?
  Anxious at night time & in the Morning
  Had separation anxiety until about 6th grade. Cried
  about going to School, had stomach aches.
        — Don't live away from home during college
        — She & Ted lived together at her house
        — Only time she lived on her own is when she &
              Ted separated
        — Still sees her parents or talks to them daily
        — It made her anxious to be away from her family

- Assignment: Spend 10 mins before bedtime to worry about
  everyone & her get to bed & do EM DR relaxation

        , 2 front visit

11/27/02

Amy Anagnos Shames

- Doing well

  1-10 scale = 9

- Has Clonapine - but not taking it. Has only used it
  4 X's - prescribed 1 month ago

- No panic - no worry
  - Shores told her that her "behavior" ie: her
    complaining, anger & worry was a turn off
  - Amy made a decision to "not be like that".
  - And so it changed

- Amy beginning to understand some of her "immaturity"
  Was upset he doesn't get up at 6 am to help
  her clean her car — he worked
  until midnite - only had 5 hrs sleep at
  that point. He was upset because
  she's "the girl".

- How much is connected to Ted's death?
  R. Your West

EXHIBIT 10

## COMMONWEALTH OF MASSACHUSETTS
### THE TRIAL COURT
#### PROBATE AND FAMILY COURT DEPARTMENT

MIDDLESEX DIVISION

DOCKET # 00D4168DVI

**COMPLAINT FOR DIVORCE**

AMY LYN ANAGNOS , PLAINTIFF

v.

THEODORE ANDREW ANAGNOS , DEFENDANT

1. Plaintiff, who resides at 60 Arkansas Drive, Dracut, Middlesex County, Massachusetts 01826, is lawfully married to Defendant, who now resides at 37 Henry Avenue, Lowell, Middlesex County, Massachusetts 01850.

2. The parties were married at Lowell, Ma, on July 19, 1997, and last lived together at Lowell, Ma , on October 28, 2000.

3. The minor child of this marriage and date of birth is:

   None

4. Plaintiff certifies that no previous action for divorce, annulling or affirming marriage, separate support, desertion, living apart for justifiable cause, or custody of child has been brought by either party against the other except: None.

5. On or about October 28, 2000, Defendant the Plaintiff says that there was an Irretrievable Breakdown of the marriage..

6. Wherefore, Plaintiff requests that the Court:

   ☒ grant a divorce for Irretrievable Breakdown, pursuant to M.G.L. Chapter 208, §1B.
   ☐ prohibit Defendant from imposing any restraint on Plaintiff's personal liberty.
   ☐ grant her custody of the above-named child, _____.
   ☐ order a suitable amount for support of Plaintiff and said minor child.
   ☐ order conveyance of the real estate located at _____, standing in the name(s) of _____, as recorded with _ Registry of Deeds, Book _____, Page _____.
   ☐ allow Plaintiff to resume her former name of _____.
   ☒ Order an equitable division of property, pursuant to M.G.L. Chapter 208, §34.

Dated: November 29, 2000

Philip J. Byers, Esq.
Attorney for Plaintiff
One Elm Square
Suite 3B
Andover, Massachusetts 01810
BBO #068440

Telephone:     (978) 474-9969
Telefax:       (978) 474-8630

Filed Dec. 13, 2000

CJ-D 101 (6/90)

c.g.f. / LRAM

EXHIBIT 11

-R. 13-

1 - 1

# COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                                    SUPERIOR COURT
NO. 2001 CR 1379                                 CRIMINAL SESSION


COMMONWEALTH                    )
                                )
v.                              )         INTERVIEW #1
                                )
THOMAS ZAZZARA, JR.      .       )


Lowell Police Department
July 31, 2001
Total Pages:   83


AAA TRANSCRIBING SERVICE
505 PLEASANT STREET/P.O. BOX 341
MARSHFIELD HILLS, MASSACHUSETTS 02051
1-800-541-8085

-R. 15-

1 - 3

## PROCEEDINGS

1

2  Q.  Alright, it's 4:54 p.m. on the 31ˢᵗ. We're at Lowell P.D. This is

3      Dave Burke from the State Police.

4  Q.  John Hoyle, Lowell Police Department.

5  Q.  And ...

6  A.  Thomas Zazzara. Z-a-z-z-a-r-a.

7  Q.  Tom, you want to just tell us what your address is and your date of

8      birth?

9  A.  44 Main Street, Stoneham, Mass.

10  Q.  And your date of birth?

11  A.  12/3/56.

12  Q.  12/3/56. Okay, Tom, a little while ago I know John read a card to

13      you awhile ago, we read it again when I came back in the room at

14      2:45 and I'm going to read it to you one more time.

15  A.  Okay.

16  Q.  I know you understand them.

17  A.  Uh-huh.

18  Q.  At least you told us before you did. Did you tell us before you

19      understood them?

20  A.  My Miranda rights?

AAA TRANSCRIBING SERVICE 1-800-541-8085

-R. 28-

1 - 16

1    A.    Screaming fucking saying you killed this mother fucker, you killed

2          him.

3    Q.    Yeah. Alright.

4    A.    And I just kept saying, is he all right, Sir, is he all right?

5    Q.    Is that the guy who ran up to you in the first ...? Okay.

6    A.    He's the one that ran up to me in the parking lot.

7    Q.    No, not in the parking lot. I'm talking back on the street there, when

8          you were at the stop sign.

9    A.    That, I don't know.

10   Q.    Okay.

11   A.    That I don't know because like I said, I really didn't get a good look

12         at him.

13   Q.    Alright. And ...

14   A.    I didn't look in the rear view, I was more or less concentrated on

15         what was on that fucking road.

16   Q.    Alright.

17   A.    You had traffic coming both ways, you had a pedestrian. The last

18         thing I wanted to do was hit either a car or a pedestrian.

19   Q.    Okay.

20   A.    And I wouldn't have hit that fucking pedestrian if he didn't fucking

-R. 29-

1 - 17

1       cut over to the left.

2   Q.  The pedestrian?

3   A.  Yeah, if he hadn't fucking taken that left, there's no way on Jesus'

4       earth I would have hit him.

5   Q.  Yeah. So when you take that right, when you take the right off the,

6       where the guy's running up to you with a gun?

7   A.  That's the left.

8   Q.  You took a left at that point?

9   A.  I took a left.

10  Q.  Alright. So you take that left and now, you had said before and I

11      asked you about how you accelerated and you said you didn't spin

12      your tires when you were going around the corner, but you got on it

13      when you got onto the main drag?

14  A.  Exactly.

15  Q.  Is that fair?

16  A.  Yeah. Yeah.

17  Q.  Now how far down the main drag was it before you saw the jogger?

18      Before (inaudible)?

19  A.  Okay, I pulled out, straighten the car out. I'm bad at yards and feet.

20      Twenty feet, I spotted the jogger, twenty yards I was on top of the

AAA TRANSCRIBING SERVICE 1-800-541-8085

-R. 30-

1    jogger and twenty five yards, he cut out in front of the car. And

2    that's all rough estimates, but I guarantee I was on top of him real

3    quick.

4    Q.    Okay. And...

5    A.    He said I hit him at seventy?

6    Q.    Who said that?

7    A.    One of the cops? There's no mother fucking way. My Mercedes

8         doesn't do seventy. From zero to seventy, there's no fucking way.

9    Q.    Yeah, I didn't say that.

10   A.    No, not you.

11   Q.    Oh okay, because I didn't ...

12   A.    One of the other cops says you hit him at seventy. There's no

13        fucking way.

14   Q.    Yeah.

15   A.    The car doesn't accelerate that fast. It's only a six cylinder fucking

16        Mercedes and it's a four door.

17   Q.    So after you hit him again, now ... went up on the hood, the guy did?

18   A.    Right through the windshield.

19   Q.    And you didn't stop short? You sort of slowed down? How did that,

20        run that again?

AAA TRANSCRIBING SERVICE 1-800-541-8085