UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS and THE ESTATE OF ) <br> THEODORE ANAGNOS, DECEASED, ) <br>    Plaintiffs ) <br> ) <br> V. ) <br> ) <br> THOMAS HULTGREN, in his official and ) <br> personal capacities, CHRISTOPHER FINNERAL, ) <br> in his personal and official capacities, OFFICER ) <br> JOHN DOE, in his personal and official capacities, ) <br> and THE CITY OF LOWELL, MASSACHUSETTS ) <br>    Defendants ) | C.A. NO. 04-11664-JLT |

**CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULE 7.l(A)(2)**

I hereby certify that on May 18, 2006, I conferred with Plaintiff's counsel, Roland Milliard, Esq. and Daniel S. Sharp, Esq. and Defendant Christopher Finneral's counsel, Thomas J. Freda, Esq. and in good faith attempted to resolve or narrow the issues in this case before filing Defendant City of Lowell's Motion for Summary Judgment.

May 22, 2006                                         **DEFENDANT, CITY OF LOWELL**


/s Kimberley A. McMahon
Kimberley A. McMahon, Assistant City Solicitor
BBO #641398
City of Lowell Law Department
375 Merrimack Street, 3rd Fl.
Lowell MA 01852-5909
(978) 970-4050
FAX (978) 453-1510