UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS and THE ESTATE OF ) <br> THEODORE ANAGNOS, DECEASED, ) <br>     Plaintiffs ) <br> ) <br> V. ) <br> ) <br> THOMAS HULTGREN, in his official and ) <br> personal capacities, CHRISTOPHER FINNERAL, ) <br> in his personal and official capacities, OFFICER ) <br> JOHN DOE, in his personal and official capacities, ) <br> and THE CITY OF LOWELL, MASSACHUSETTS ) <br>     Defendants ) | C.A. NO. 04-11664-JLT |

CERTIFICATE OF SERVICE ON
CITY OF LOWELL'S MOTION FOR SUMMARY JUDGMENT FILINGS

I hereby certify that a true copy of (1) Defendant City of Lowell's Motion for Summary Judgment, (2) Defendant City of Lowell's Memorandum of Law in Support of Its Motion for Summary Judgment, (3) Defendant City of Lowell's Statement of Undisputed Facts in Support of Its Motion for Summary Judgment, (4) List of Exhibits Attached to Defendant City of Lowell's Statement of Undisputed Facts in Support of its Motion for Summary Judgment, (5) Defendant City of Lowell's Statement of Undisputed Facts in Support of its Motion for Summary Judgment (with Exhibits 1-11), and (6) Certificate of Consultation Pursuant to Local Rule 7.l(a)(2) was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on May 22, 2006.

May 22, 2006                    CITY OF LOWELL, DEFENDANT

/s Kimberley A. McMahon
Kimberley A. McMahon Assistant City Solicitor
BBO # 641398
City of Lowell Law Dept.
375 Merrimack Street, 3rd Fl.
Lowell MA 01852-5909
(978) 970-4050
FAX (978) 453-1510