UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AMY ANAGNOS** and **THE ESTATE OF THEODORE ANAGNOS, DECEASED,**<br>    Plaintiffs<br><br>V.<br><br>**THOMAS HULTGREN,** in his official and personal capacities, **CHRISTOPHER FINNERAL,** in his personal and official capacities, **OFFICER JOHN DOE,** in his personal and official capacities, and **THE CITY OF LOWELL**, MASSACHUSETTS<br>    Defendants | C.A. NO. 04-11664-JLT |

**DEFENDANT, CITY OF LOWELL'S MOTION FOR LEAVE TO CONDUCT
A DEPOSITION FOR THE PURPOSE OF OBTAINING DOCUMENTS**

Now comes the Defendant, City of Lowell ("City"), and respectfully requests that this Honorable Court grant the City leave to conduct a deposition of the Keeper of the Records of the Dracut, Massachusetts Police Department for the purpose of obtaining records. As grounds therefor, the City of Lowell states the following:

1.    The Plaintiff, Amy Anagnos, made claims in her Complaint for emotional distress. She claimed that actions of City employees caused her distress, and in particular, caused the untimely end of her relationship with her spouse, Theodore Anagnos, now deceased.

2.    Through discovery, the City of Lowell knows that, at the time of Theodore Anagnos' death, Amy and Theodore Anagnos had separated, were living apart and were involved in divorce proceedings. Discovery has further revealed that Amy and Theodore had an unhappy, tumultuous marriage.

3.  In particular, Amy Anagnos' counselor's records indicate that Amy had to call the police to remove Ted from her apartment on at least one occasion, and she advised police that Ted was "stalking" her.

4.  The City seeks permission to subpoena any and all documents from the Dracut Police Department concerning Amy and Theodore Anagnos. The City believes that these records will be relevant to many of the factual claims that Amy Anagnos made in her Complaint, her claims for damages, and possibly credibility issues.

5.  Counsel for Plaintiff Amy Anagnos advised counsel for the City that Plaintiff does not possess any of the aforementioned documents. When advised by counsel for the City of its intent to file the instant motion, counsel for Plaintiff Amy Anagnos did not have any objection.

WHEREFORE, the Defendant City of Lowell respectfully requests that this Honorable Court grant the City of Lowell leave to serve a subpoena duces tecum upon the Dracut Police Department.

May 23, 2006                           CITY OF LOWELL, DEFENDANT

/s Kimberley A. McMahon
Kimberley A. McMahon, Assistant City Solicitor
BBO #641398
City of Lowell Law Department
375 Merrimack Street, 3rd Fl.
Lowell MA 01852-5909
(978) 970-4050
FAX (978) 453-1510

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document, was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on May 23, 2006.

/s Kimberley A. McMahon
Assistant City Solicitor