UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS and THE ESTATE OF ) <br> THEODORE ANAGNOS, DECEASED, ) <br>     Plaintiffs ) <br> ) <br> V. ) <br> ) <br> THOMAS HULTGREN, in his official and ) <br> personal capacities, CHRISTOPHER FINNERAL, ) <br> in his personal and official capacities, OFFICER ) <br> JOHN DOE, in his personal and official capacities, ) <br> and THE CITY OF LOWELL, MASSACHUSETTS ) <br>     Defendants ) | C.A. NO. 04-11664-JLT |

### CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULE 7.l(A)(2)

I hereby certify that I conferred with Plaintiff's counsel, Roland Milliard, Esq., and in good faith attempted to resolve or narrow the issues in this case before filing Defendant City of Lowell's Motion for Leave to Conduct a Deposition for the Purpose of Obtaining Documents.

May 23, 2006　　　　　　　　　　　　　　**CITY OF LOWELL, DEFENDANT**

　　　　　　　　　　　　　　　　　　　　/s Kimberley A. McMahon
　　　　　　　　　　　　　　　　　　　　Kimberley A. McMahon, Assistant City Solicitor
　　　　　　　　　　　　　　　　　　　　BBO #641398
　　　　　　　　　　　　　　　　　　　　City of Lowell Law Department
　　　　　　　　　　　　　　　　　　　　375 Merrimack Street, 3rd Fl.
　　　　　　　　　　　　　　　　　　　　Lowell MA 01852-5909
　　　　　　　　　　　　　　　　　　　　(978) 970-4050
　　　　　　　　　　　　　　　　　　　　FAX (978) 453-1510