IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF MASSACHUSETTS

AMY ANAGNOS and THE ESTATE OF
THEODORE ANAGNOS,

      Plaintiffs,

v                                                                 Case No: 04-11664-JLT

THOMAS HULTGREN, in his official
and personal capacities,
CHRISTOPHER FINNERAL, in his personal
and official capacities,
OFFICER JOHN DOE, in his personal
and official capacities, and
THE CITY OF LOWELL, MASSACHUSETTS,

      Defendants.

----------------------------------

| | |
|---|---|
| ROLAND L. MILLIARD | DANIEL S. SHARP, PC |
| Counsel for plaintiffs | Co-counsel for plaintiffs |
| 1470 Lakeview Avenue, Unit 5 | 48 Locust Street |
| Dracut, MA  01826 | Marblehead, MA  01945 |
| 978-957-6799 | 781-639-1862 |
| | |
| ATTORNEY KIMBERLY McMAHON | ATTORNEY THOMAS FREDA |
| City Solicitor | Attorney for Defendant-Officers |
| City Hall, Law Department | 43 Thorndike |
| 375 Merrimack Street, RM. 51 | Cambridge, MA  02141 |
| Lowell, MA  01852-5986 | 617-494-1188 |
| 978-970-4050 | |

PLAINTIFF'S MOTION TO CONTINUE
HEARING ON CITY'S MOTION FOR
<u>SUMMARY JUDGMENT</u>

      The plaintiff moves that the court continue any hearing on the City's motion for summary judgment. Counsel for the plaintiff did not even see the motion until May 23rd. Counsel has not had an adequate opportunity to prepare a reply.

An important deposition was taken on May 18th. Attorney Sharp does not have it yet, and needs it to adequately respond.

If the court does not continue the hearing, the plaintiff adopts as its opposition to the City's motion the exhibits and argument filed in reply to Officer Finneral's motion.

## RELIEF REQUESTED

WHEREFORE, the plaintiff requests that the court:

(1)    Continue the hearing on the City's motion.


Respectfully Submitted,


/s/ Daniel S. Sharp_____
Daniel S. Sharp (BBO 565524)
Attorney for Plaintiff
196 Atlantic Avenue
Marblehead, MA  01945
781-639-1862


## CERTIFICATE OF SERVICE

The undersigned certifies that he/she caused a true copy of the document above to served by ECF upon on all counsel of record and by in hand service on May 25, ,2006.

/s/ Daniel S. Sharp_____

2