IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF MASSACHUSETTS

AMY ANAGNOS and THE ESTATE OF
THEODORE ANAGNOS,

       Plaintiffs,

v                                                      Case No: 04-11664-JLT

THOMAS HULTGREN, in his official
and personal capacities,
CHRISTOPHER FINNERAL, in his personal
and official capacities,
OFFICER JOHN DOE, in his personal
and official capacities, and
THE CITY OF LOWELL, MASSACHUSETTS,

       Defendants.

---------------------------------

| ROLAND L. MILLIARD | DANIEL S. SHARP, PC |
|---|---|
| Counsel for plaintiffs | Co-counsel for plaintiffs |
| 1470 Lakeview Avenue, Unit 5 | 48 Locust Street |
| Dracut, MA  01826 | Marblehead, MA  01945 |
| 978-957-6799 | 781-639-1862 |
| | |
| ATTORNEY KIMBERLY McMAHON | ATTORNEY THOMAS FREDA |
| City Solicitor | Attorney for Defendant-Officers |
| City Hall, Law Department | 43 Thorndike |
| 375 Merrimack Street, RM. 51 | Cambridge, MA  02141 |
| Lowell, MA  01852-5986 | 617-494-1188 |
| 978-970-4050 | |

PLAINTIFF'S RULE 56(F) AFFIDAVIT
REGARDING THE CITY'S MOTION FOR
<u>SUMMARY JUDGMENT</u>

     Plaintiff's counsel states that he has not been able to prepare an opposition to the City's motion because:

     1.     Counsel for the plaintiff did not even see the motion until May 23rd.

2. Counsel has not had an adequate opportunity to prepare a reply.

3. An important deposition was taken on May 18th.

4. Attorney Sharp does not have it yet, and needs it to adequately respond.

5. The City's motion is not timely.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

                              Respectfully Submitted,

                              /s/ Daniel S. Sharp_____
                              Daniel S. Sharp (BBO 565524)
                              Attorney for Plaintiff
                              196 Atlantic Avenue
                              Marblehead, MA  01945
                              781-639-1862

CERTIFICATE OF SERVICE

The undersigned certifies that he/she caused a true copy of the document above to served by ECF upon on all counsel of record and by in hand service on May 25, 2006.

                              /s/ Daniel S. Sharp_____