IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF MASSACHUSETTS

AMY ANAGNOS and THE ESTATE OF
THEODORE ANAGNOS,

      Plaintiffs,

v                                        Case No: 04-11664-JLT

THOMAS HULTGREN, in his official
and personal capacities,
CHRISTOPHER FINNERAL, in his personal
and official capacities,
OFFICER JOHN DOE, in his personal
and official capacities, and
THE CITY OF LOWELL, MASSACHUSETTS,

      Defendants.

---------------------------------

| | |
|---|---|
| ROLAND L. MILLIARD | DANIEL S. SHARP, PC |
| Counsel for plaintiffs | Co-counsel for plaintiffs |
| 1470 Lakeview Avenue, Unit 5 | 48 Locust Street |
| Dracut, MA  01826 | Marblehead, MA  01945 |
| 978-957-6799 | 781-639-1862 |
| | |
| ATTORNEY KIMBERLY McMAHON | ATTORNEY THOMAS FREDA |
| City Solicitor | Attorney for Defendant-Officers |
| City Hall, Law Department | 43 Thorndike |
| 375 Merrimack Street, RM. 51 | Cambridge, MA  02141 |
| Lowell, MA  01852-5986 | 617-494-1188 |
| 978-970-4050 | |

PLAINTIFF'S ASSENTED-TO MOTION FOR AN
ENLARGEMENT OF TIME IN WHICH TO RESPOND
TO DEFENDANT-CITY'S
<u>MOTION FOR SUMMARY JUDGMENT</u>

The plaintiff appears through counsel and, with the assent of the Defendant-City, requests an enlargement of time to respond to the City's motion for summary judgment until 10 days after mediation of the case is completed.

In support of this motion, the plaintiff states:

1. The Defendant-City does not oppose this motion. The moving party has complied with Local Rule 7.1.

2. The case has been assigned to mediation.

3. Filing the opposition will not aid the mediation process.

4. No party will be prejudiced by granting this motion.

5. The plaintiff's opposition to the motion for summary judgment filed by Defendant-Finneral largely addresses the City's issues in any event.

## RELIEF REQUESTED

WHEREFORE, the plaintiff requests the court enlarge the time in which to respond to the City's motion for summary judgment until 10 days after mediation is completed. t to Chapter 258.

Respectfully Submitted,

/s/ Daniel S. Sharp_____
Daniel S. Sharp (BBO 565524)
Attorney for Plaintiff
196 Atlantic Avenue
Marblehead, MA  01945
781-639-1862

CERTIFICATE OF SERVICE

The undersigned certifies that he/she caused a true copy of the document above to served by ECF upon on all counsel of record on June 19, 2006

/s/ Daniel S. Sharp