UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMY ANAGNOS, et al., )
)
    Plaintiffs, )
v. ) CIVIL ACTION
) NO. 04-11664-JLT
THOMAS HULTGREN, )
et al., )
    Defendants. )

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE TAURO

[ ]    The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On July 12, 2006, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

    __X__ MEDIATION      _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

All parties were represented by counsel.

The parties were present in person or by authorized corporate officer.

The case was:

[ ]    Settled. Your clerk should enter a 30-day order of dismissal.

[X]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[X]    Suggested strategy to facilitate settlement:

    Further mediation should be considered after a ruling on the pending summary judgment motions.

    / s / Judith Gail Dein
    Judith Gail Dein, U.S. Magistrate Judge
DATED: July 12, 2006      ADR Provider