3

84    Volume ll

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                    CRIMINAL NO. 01-01379


COMMONWEALTH                    <u>TRANSCRIPT OF THE EVIDENCE</u>

          V

THOMAS ZAZZARA


BEFORE:   SCJ MUSE AND JURY

APPEARANCES:   ASSISTANT DISTRICT ATTORNEY NATHANIEL

          YEAGER, ESQ.; APPEARING ON BEHALF OF THE

          COMMONWEALTH.

               OSCAR CRUZ, ESQ.; APPEARING IN BEHALF OF

          THE DEFENDANT.

               BENJAMIN H. KEENE, ESQ.; APPEARING IN

          BEHALF OF THE DEFENDANT.




                              CAMBRIDGE. MA.

                              MAY 23, 2003

FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE COUNTY OF MIDDLESEX

NOV 1 7 2003

CLERK

4

INDEX

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | F.D.FC |
|---------|--------|-------|----------|---------|--------|
| JOYCE POWERS | 5 | 10 | 13 | 14 | |
| PATRICK KEANE | 15 | 33 | 58 | 62 | |
| JOHN GUILFOYLE | 71 | 93 | 121 | | |
| KEVIN BILBEAU | 130 | | | | |

EXHIBITS

NO. 7 - PHOTO-                                37

NO. 8 - DIAGRAM                              57

NO. 9 - PHOTOGRAPH                           82

NO. 10 -MIRANDA CARD                         85

NO. 11 - AUDIO-CASSETTE TAPE                 91

NO. 12 - PHOTOGRAPH                         136

NO. 13 - PHOTOGRAPH                         136

NO. 14 - PHOTOGRAPH                         136

NO. 15 - PHOTOGRAPH                         152

NO. 16 - PHOTOGRAPH                         155

NO. 17 - PHOTOGRAPH                         155

NO. 18 - PHOTOGRAPH                         159

NO. 19 - PHOTOGRAPH                         160



1    NO. 20 - PHOTOGRAPH                                        161

2    NO. 21 - PHOTOGRAPH                                        164

3    NO. 22 - PHOTOGRAPH                                        167

4    NO. 23 - MIRANDA CARD                                      175

5    NO. 24 - WAIVER FORM                                       176

6    NO. 25 - AUDIO-CASSETTE TAPE                               181

7

8                    IDENTIFICATION

9    C FOR IDENTIFICATION  - DIAGRAM                            17

10   D FOR IDENTIFICATION -  DIAGRAM                            36

11   E FOR IDENTIFICATION - UNREDACTED TRANSCRIPT              70

12   F FOR IDENTIFICATION - TRANSCRIPT OF INTERVIEW OF

13                     MR. ZAZZARA                              91

14   G FOR IDENTIFICATION - UNREDACTED TRANSCRIPT             129

15   H FOR IDENTIFICATION - TRANSCRIPT OF INTERVIEW           181

16

FORM FED ® PENGAD · 1-800-631-6989

1  Tuesday, May 27, 2003

2  P R O C E E D I N G S

3  THE COURT:  Good morning, everyone.

4  And before we begin, let me apologize to

5  everyone in the Courtroom.  It's my fault, I'm

6  going to take responsibility.  I don't like the

7  trial being interrupted for many reasons, most

8  of which is I think that each of your hours

9  being spent in this Court are so necessary and

10  vital, and I recognize that for every half hour

11  or an hour that I detain you it's really

12  multiples of that one hour.

13  I apologize.  When we had left last

14  Friday, I had another case that was assigned to

15  me for another matter which I thought was going

16  to be finished up by shortly before ten

17  o'clock, and I thought that extra half an hour

18  that we had was going to do it.  So, I

19  apologize.  I don't like any of you ever to

20  feel that your time is not going to be

21  respected, and that goes for everyone, counsel

22  and parties and spectators and witnesses.

23  So, if we may proceed.  But before I

24  do, I need to inquire of the jury whether,

1  since your departure last Friday, you have had

2  any contact with any of the facts or the issues

3  or the parties involved in this case.

4         And the answer, for the record, is

5  "no."

6         More particularly, have you seen or

7  heard about this case through any source --

8  whether it's a newspaper or radio or television

9  or any other kind of media outlet.

10        The answer to that question is "no."

11        Have you had any discussions about

12 this case?

13        The answer to that is "no."

14        And more particularly, have you

15 discussed this case among yourselves.

16        I find that the jury remains

17 indifferent.

18        And Mr. Yeager?

19        MR. YEAGER:  Good morning, Your

20 Honor.

21        THE COURT:  Good morning.

22        MR. YEAGER:  Counsel, members of the

23 jury.

24        Your Honor, if it please the Court,

1    the Government's first witness is Joyce Powers.

2                    THE COURT:  What is the first name

3    again?

4                    MR. YEAGER:  Joyce Powers.

5                    THE COURT:  Thank you.

6    (PAUSE.)

7    (JOYCE POWERS, SWORN.)

8                    THE CLERK:  You may be seated.  Try

9    and keep your voice --

10                   THE COURT:  Good morning.

11                   THE WITNESS:  Good morning.

12                   THE CLERK:  -- up, please.  This is

13   not an amplifier, so keep your voice up,

14   please.

15                   MR. YEAGER:  May I proceed, Your

16   Honor?

17                   THE COURT:  Yes, please.

18

19   DIRECT EXAMINATION OF JOYCE POWERS BY MR. YEAGER:

20   Q.       Good morning.  Would you please state your

21            name, spelling your last name for the record.

22   A.       Joyce Powers, p-o-w-e-r-s.

23   Q.       And Miss Powers, what city do you live in?

24   A.       Lowell, Mass.

1  Q.  And what do you do?

2  A.  I'm retired.

3  Q.  Did you have occasion to be on Willard Street

4      on July 31st 2001?

5  A.  I did.

6  Q.  And what were you doing?

7  A.  I was leaving Mass. Bank in Dracut.

8  Q.  Miss Powers, just to be clear, what's your date

9      of birth?

10 A.  December 8th 1938.

11 Q.  And when you say you were leaving the Mass.

12     Bank in Dracut, where were you going after

13     leaving the Mass. Bank in Dracut?

14 A.  To Demoulas Market Basket.

15 Q.  And what kind of car were you driving?

16 A.  Pontiac.

17 Q.  And what color was your car?

18 A.  White.

19 Q.  And when you say you were on Willard Street,

20     what direction were you traveling on Willard

21     Street?

22      Let me ask you this.  Were you traveling

23     towards Dracut or away from Dracut?

24 A.  I was going into Lowell.



1  Q.    All right.  And describe what happened while

2        you were driving on Willard Street towards

3        Lowell.

4  A.    I was going down the road and there's a side

5        road and a car come flying out of there, and

6        then another one come bumper to bumper, and I

7        had to stop.

8  Q.    And describe how you stopped.

9  A.    Immediately.

10  Q.    All right.  And when you stopped, describe the

11       first car, what did it do as it came out of the

12       side street, specifically.

13  A.   It just come -- I'm coming like this.  It come

14      flying right out.

15  Q.   And how far away was that car from your car?

16  A.   I was like about there.

17  Q.   How many feet?

18      Or, let me say, how many car lengths away

19      was your car from the car when it came -- was

20      coming out?

21  A.   Let's see.  I'm -- they're coming out here and

22      I'm coming here.  Not far.  I don't know

23      footage.

24  Q.   All right.  And what did you do when you first

saw that car come flying out?  Specifically, as

far as operating your car is concerned, what

did you do?

A.    What -- I -- I stopped my car.

Q.    All right.  And how quickly did you stop your

car?

A.    Fast.  Just -- right away.

Q.    All right.  And how -- do you have a driver's

license?

A.    Yes.

Q.    And how long have you been driving?

A.    Since I'm eighteen.

Q.    Can you tell us -- describe the speed of the

vehicle, how fast was it going, the one that

cut in front of you.

A.    I would say, at least seventy miles an hour.

            MR. CRUZ:  Objection.

            It's the form of the question.

            THE COURT:  No, I'll allow it.

            You may answer -- the answer may

stand.

            Be careful next time, Mr. Yeager, in

terms of the form.

            MR. YEAGER:  Yes, Your Honor.