-R. 36-

1 - 24

1     Christmas Slit my throat with a box cutter

2   Q.   Yeah.

3   A.   Let me see. Stabbed in Chelsea 19, I'm sorry this was 1985. 1982,

4     stabbed in Chelsea. Sticking up for a black kid. What else.

5     Whacked over the head with tire irons.

6   Q.   Now is that all, okay.

7

8

9

10

11

12   Q.   Sure. Now when you saw those guys today, did they look like cops

13     or did they, any look like, what was the

14   A.   The officers that got me?

15   Q.   Yeah.

16   A.   Dead up. Thought they were fucking heisters. I thought they were

17     going to ice me.

18   Q.   Yeah

19   A.   Dead up. Dead up. Honest to God.

20

-R. 41-

1-29

| | | |
|---|---|---|
| 1 | A. | And it was bang, and then I said holy shit, and I had kept my foot. I |
| 2 | | had kept my foot on the thing, you know, just enough to slow the car |
| 3 | | down so he wouldn't go zooming off the top like I said. I didn't |
| 4 | | want to be, I didn't want to be screeching on the brakes so he'd |
| 5 | | catapult off on me, you know? |
| 6 | Q. | That's the one thing I forgot to ask you about. Anything else? |
| 7 | Q | No, not that I can think of. |
| 8 | Q | Anything else that I asked about before or we talked about and we |
| 9 | | didn't talk about on the tape? I think we've covered it pretty well. |
| 10 | A. | Yeah. I felt .. besides the asinine move of me, besides the asinine |
| 11 | | move I made by me taking off. |
| 12 | Q. | Okay. |
| 13 | A. | I feel like I did everything more or less right. |
| 14 | Q. | Okay. What do you mean ... by pulling over? |
| 15 | A. | Instead of pulling the fuck over. |
| 16 | Q. | Yes. |
| 17 | A. | I should have just fucking pulled it over and ended it right there. |
| 18 | Q. | When are you talking? In the beginning or? |
| 19 | A | In the beginning. When I saw the gun, fuck it, if he's going to shoot |
| 20 | | me, he's going to shoot me. I don't know who it is |

AAA TRANSCRIBING SERVICE 1-800-541-8085

07/14/2006 16:00    9789575322    ROLAND MILLIARD    PAGE 15

-R. 42-

| | | |
|---|---|---|
| 1 | Q. | Yeah. |
| 2 | A. | You know? I just like to avoid any gun conflict |
| 3 | Q. | Yeah. |
| 4 | A. | Whether it was a cop or not, you know? I honestly say, and I can |
| 5 | | honestly say this on my brother that died in 1983, in 1983, I did not |
| 6 | | see a badge. Nobody ever told me he had a badge, nobody said, |
| 7 | | stop- police, nobody said squat to me like that. All I heard was, |
| 8 | | slow that fucking car down, and there was a barrel of a gun pointed |
| 9 | | at me. |
| 10 | | - fucking |
| 11 | | |
| 19 | Q. | Okay. Alright. |
| 20 | A. | Okay? |

AAA TRANSCRIBING SERVICE 1-800-541-8085

1 - 30