| | | |
|---|---|---|
| 1 | Q. | And you were living there alone the entire time? |
| 2 | A. | Yes. |
| 3 | Q. | How long after the date on which you asked |
| 4 | | Theodore to move out, how long was it between |
| 5 | | the date in which he moved out and the date you |
| 6 | | filed for divorce? |
| 7 | A. | Couple of months. |
| 8 | Q. | Did you talk to him about divorce before you |
| 9 | | filed the Complaint for Divorce? |
| 10 | A. | As far as? |
| 11 | Q. | Did you discuss the possibility of staying |
| 12 | | together or? |
| 13 | A. | Yes, we did.  We were together for 10 years, and |
| 14 | | we had our problems.  But I wanted to do |
| 15 | | whatever I could to salvage the marriage. |
| 16 | Q. | What was his position? |
| 17 | A. | He wanted to work things out also, but he didn't |
| 18 | | want to go to counseling. |
| 19 | Q. | So what made you decide to file for divorce? |
| 20 | A. | I was hoping by filing for divorce that it would |
| 21 | | I guess scare him, shake him up to realize that |
| 22 | | I definitely would leave.  And I wanted |
| 23 | | desperately to get help as a couple.  We were |
| 24 | | together 10 years, and I loved him a lot, and I |

| | | |
|---|---|---|
| 1 | | and he said that he was going to work on his |
| 2 | | anger and try to change. |
| 3 | Q. | How frequently would you speak with him after |
| 4 | | you filed for divorce? |
| 5 | A. | Probably, immediately after it was regularly. |
| 6 | Q. | Do you mean daily or weekly? |
| 7 | A. | Probably weekly. There were several times after |
| 8 | | we separated when he would come to my work, you |
| 9 | | know, unannounced, and he would just show up or |
| 10 | | he would follow me and we would communicate. |
| 11 | | And then afterwards it lessened. |
| 12 | Q. | What did you rely on him for after you filed for |
| 13 | | divorce? |
| 14 | A. | We had a lot of the same friends. We shared 10 |
| 15 | | years together, so I guess friendship. |
| 16 | Q. | Did you still confide in him after you filed for |
| 17 | | divorce? |
| 18 | A. | Yes, at times, yes. He would talk about his |
| 19 | | job, and I would try to help him through. His |
| 20 | | mom was really sick, and that was hard for him. |
| 21 | | So we just, you know, kind of friendship. |
| 22 | Q. | Would you confide in him for anything? |
| 23 | A. | In the fact that I was really sorry the way that |
| 24 | | things were turning with us. |

| | | |
|---|---|---|
| 1 | Q. | If you had problems did you turn to him for |
| 2 | | help?  I'm talking about the time after you |
| 3 | | filed for divorce? |
| 4 | A. | I guess just again as a friendship type of |
| 5 | | thing. |
| 6 | Q. | After you filed for divorce did he make any |
| 7 | | regular support payments to you? |
| 8 | A. | No. |
| 9 | Q. | As a result of his accident and death did you |
| 10 | | lose any time from work? |
| 11 | A. | Yeah.  Well, the following school year I had a |
| 12 | | lot of absences.  I remember debating whether or |
| 13 | | not to go back right away or to take some time |
| 14 | | off.  I decided to go back to work in September. |
| 15 | | But I ended up not being able to get out of bed |
| 16 | | a lot in the morning.  So I didn't go to work a |
| 17 | | lot. |
| 18 | Q. | Do you know how many days you missed from work? |
| 19 | A. | About 30.  25, 30. |
| 20 | Q. | Do you have any employment records that show |
| 21 | | that? |
| 22 | A. | I don't have them in my possession.  It would be |
| 23 | | on record at the School Department. |
| 24 | Q. | Were you at the same school? |