**JOYCE POWERS**
May 18, 2006

### Page 10

1  This road comes, and it's almost like it's
2  a blind road and almost you have to come up to, like,
3  a peek, like a hill. And all of a sudden I'm coming
4  down this way and this car comes flying out.
5       I go: Woe, somebody's going to be chasing
6  him or something, and I stopped. And then all of a
7  sudden there was a car right behind it and come right
8  out.
9       The two of them right out on that drag.
10 Oh, my gracious, and they went flying down the road
11 about seventy or better. And they -- now I, I got
12 stopped because there was no other cars around.
13      So, I stopped. They come out like this,
14 and instead of going down on this side of the road,
15 they were trying to. They swerved. They went like
16 this, and they were bumper to bumper like this.
17      And all I can see was debris going in the
18 air, and I didn't know what it was. So, whatever
19 they hit, they just kept going.
20      And then they went straight down, and right
21 here behind DeMoulas it's a big fence right here, and
22 they both pulled in right there.
23      So, there was nobody still coming yet, so I
24 was like shaking. So, I took my car and I parked it

### Page 11

1  and I saw the man laying on the ground.
2       And I went over and I stood in front of
3  him, and an elderly woman across the street yelled
4  out her door: "What's happening?" I said, "Call
5  911!".
6       And I yelled very loud so I could see if I
7  could get a response out of him because I was
8  standing right over him and he was just looked up.
9       And, so, she called 911, and I stood there
10 with him. And then all of a sudden people started
11 coming, then the ambulance came.
12      And when he heard that ambulance, he made
13 one loud groan or growl, like, he knew it was coming.
14      And then they, then that detective that was
15 following him, he come running down and they were
16 putting him in the ambulance.
17      And then he started roping everything off,
18 and all of the neighbors started coming out and
19 everything.
20      And then his face was all red and I says,
21 I says: You look all upset or something. He said,
22 Well, wouldn't you? He said.
23      And he was all flustered, and he said: "Did
24 you see this?" "Yes, I did." "Well, you have to

### Page 12

1  come down to the police station." And I says: "I
2  really can't." He says: "Why?" I said: "Because
3  cable -- this was one-thirty -- "cable is coming to
4  my house at two-thirty." He said: "Well, what's
5  more important, cable or this?" And I said: "I
6  suppose this."
7       And, so, they were going to give, give me a
8  ride down in their cruiser, but I ended up following
9  them and I took my own car and I was very concerned.
10      I really knew he was pretty bad. And, so,
11 I went down to the station, and I kept asking down
12 there to one of the detectives that took my
13 information. I asked him if the man had passed on,
14 and he said, "We don't know yet."
15      So, he took the whole thing, and then when
16 we were done he says to me: "Joyce, I'm going to
17 walk you out."
18      They made me park in the back. So, I'm
19 going to walk you out, and he said there's newspaper
20 people out there and other people, he said, so, I'll
21 walk you out to the back to your car.
22      And as he was walking me out, he said:
23 "Joyce, the man did pass on." And then I was very
24 sad.

### Page 13

1   Q. When you said that after you pulled over
2  and you were standing by the man and you told the
3  woman across the street to dial 911, the man gave out
4  a growl or groan of some sort. Did he say or do
5  anything else?
6   A. He was laying there. I think he was -- he
7  had a broken neck or something. I don't know. He
8  was just laying there. Like, this arm was over near
9  here. His sneakers were off, and he was staring in
10 the air, like this.
11      And when I come down, I parked my car right
12 here and I guess when they hit him, I don't know if
13 he was on the street or over here, he ended up right
14 in front of people's houses.
15      So, I just parked my car here and walked
16 right across the street to get him some help.
17  Q. Okay.
18  A. And that's when the woman opened the door.
19 She was an elderly woman. She said: "What happened?"
20 I screamed: "Call 911."
21      And I looked down at him so I could see if
22 I could get a little, but he just -- but that man the
23 minute he heard that ambulance come, he gave his last
24 hurrah and that was it. He gave me a little hope,

4 (Pages 10 to 13)

CATUOGNO COURT REPORTING SERVICES

## JOYCE POWERS
## May 18, 2006

Page 14

1  but at the same token, no.
2  Q. Right. And you're talking about the man
3  who was hit by the car; right?
4  A. Um-hmm.
5  Q. When he was lying there, you say his eyes
6  were opened?
7  A. He was staring.
8  Q. Did you get any sense that he was, you
9  know, were his eyes moving? Did you get any sense
10 that he was conscious?
11
12    MRS. McMAHON: Objection.
13
14 A. No. So, I could not tell you.
15 Q. You just couldn't tell one way or the
16 other?
17 A. All I could tell you is that it didn't look
18 good. That's all. But when I heard him groan, I
19 said, well, but then at the same token I didn't think
20 so.
21 Q. And that groan came right after you could
22 hear the siren?
23 A. As soon as he heard the siren, like, he was
24 here. Like, the siren was right about right here,

Page 15

1  and they had it screaming, right. And that's when he
2  let -- he had a deep, deep voice; and then I just
3  backed off, and they took him, him away and I prayed
4  for him.
5  Q. Could you tell whether he was moving at all
6  when the ambulance people were putting -- the
7  ambulance people probably put him on one of those
8  roll beds; didn't they? What did the ambulance
9  people do?
10 A. To be honest with you, when the ambulance
11 come, we all had -- all had to back up. I think I
12 just turned, and I thought I saw him going in.
13    So, I can't really say. I'm not going to
14 give you something that I'm not positive of.
15 Q. Sure.
16 A. But I had, because they were saying: "Get
17 away." "Get away." And I think I just turned, and
18 by that point I think they were rolling him in.
19 Q. Okay. Now, when you said earlier that when
20 these two cars came by you, they were bumper to
21 bumper?
22 A. Yes.
23 Q. Can you explain that a little better?
24 Maybe my bumper to bumper is a little different than

Page 16

1  yours. What do you mean by bumper to bumper? How
2  close were they?
3  A. All right. All right. Say my car is
4  coming this way; all right. And I'm coming down this
5  way. This is a side road which, like I say, you
6  can't see too much. And I think when you're coming
7  up that road there's a little hill, like.
8     So, when I was back here, I saw that car
9  coming up that little -- it's like a little hill,
10 like. And that's when I put on my brakes. So, I go,
11 woe.
12    And he'd come over the hill, and as soon as
13 he comes over the hill, that other car that was
14 following -- say this is the back of this guy's car;
15 he was bumper to bumper.
16 Q. Okay.
17 A. And I would say seventy or better. And if
18 anybody -- it's a busy street, and thank gosh nobody
19 was on that road.
20    And if I had been going faster, it would
21 have been me.
22 Q. Was there a stop sign for your road? The
23 road you were on?
24 A. No.

Page 17

1  Q. Okay. But you just stopped because you saw
2  the other cars?
3  A. Oh, yes. Yup, but I was like about here
4  when they come flying out. So, if I had -- if I
5  wasn't together, I don't know.
6  Q. Now, you said that an officer came running
7  toward you from DeMoulas; is that right?
8  A. Oh, he come. You're talking about the red
9  headed man? Yes. Oh, and I said to him: "Were you
10 driving the car?" He said: "Yes."
11    I could tell right away. He was all
12 flushed and whatever. He started roping off and
13 getting people out of the way and he was very upset.
14 Q. Okay. Do you remember having any other
15 conversation with that officer?
16 A. No. No, I just told him I really didn't
17 want to go down, and he told me I had to.
18
19    MR. SHARP: Let's just hold on a second.
20 Could I talk to you a minute, Roland?
21    MR. MILLIARD: Sure.
22    THE WITNESS: He did say something to me.
23    MR. SHARP: Oh, sure.
24 Q. Go ahead.

5 (Pages 14 to 17)