UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS, and THE ESTATE OF THEODORE ANAGNOS, DECEASED,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS HULTGREN, in his official and personal capacities, CHRISTOPHER FINNERAL, in his official and personal capacities, OFFICER JOHN DOE, in his official and personal capacities, and THE CITY OF LOWELL, MASSACHUSETTS,<br><br>Defendants. | Civil Action No. 04-11664-JLT |

ORDER

August 24, 2006

TAURO, J.

This court hereby orders that:

1. Defendant Christopher Finneral's Motion for Summary Judgment [#32] is ALLOWED.

2. Defendant City of Lowell's Motion for Summary Judgment [#46] is ALLOWED with respect to Counts II, III, IV, and V, and DENIED as MOOT with respect to Count I.

3. Count I is DISMISSED WITHOUT PREJUDICE to refiling this claim with the appropriate plaintiff in the appropriate court.

IT IS SO ORDERED.

                                                      /s/ Joseph L. Tauro
                                              United States District Judge