UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ANAGNOS and THE ESTATE OF ) <br> THEODORE ANAGNOS, DECEASED, ) <br>   Plaintiffs ) <br> ) <br> V. ) <br> ) <br> THOMAS HULTGREN, in his official and ) <br> personal capacities, CHRISTOPHER FINNERAL, ) <br> in his personal and official capacities, OFFICER ) <br> JOHN DOE, in his personal and official capacities, ) <br> and THE CITY OF LOWELL, MASSACHUSETTS ) <br>   Defendants ) | C.A. NO. 04-11664-JLT |

### CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULE 7.l(A)(2)

I hereby certify that on February 21, 2007, I conferred with Plaintiff's counsel, Roland Milliard, Esq., and in good faith attempted to resolve or narrow the issues in this case before filing Defendant City of Lowell's Motion for Clarification of Court's Memorandum and Order of August 23, 2006.

February 27, 2007           **DEFENDANT, CITY OF LOWELL**

/s Maria Sheehy
Maria Sheehy, Assistant City Solicitor
BBO #560102
City of Lowell - Law Department
375 Merrimack Street, 3rd Fl.
Lowell MA 01852-5909
Tel: 978-970-4050
Fax: 978-453-1510

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document, was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on February 27, 2007.

/s Maria Sheehy
Maria Sheehy, Assistant City Solicitor